AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __Southern Division__

DARRYL ANDERSON et al.,

V.

PERDUE FARMS INCORPORATED

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06-CV-1000-WKW

TO: (Name and address of Defendant)

Perdue Farms Incorporated
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph D. Lane
Lance H. Swanner
Samuel A. Cherry, Jr.,
Cochran, Cherry, Givens,
Smith, Lane & Taylor, P.C.
163 West Main Street
Dothan, AL 36301

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  11-7-06