**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Perdue Farms Incorporated
    c/o The Corporation Company
    2000 Interstate Park Drive
    Suite 204
    Montgomery, AL 36109

    #4817

2. Article Number (Transfer from service label)

    7005 1160 0000 5940 0020

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name)
   David Peterson

C. Date of Delivery
   11-30-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   1:06cv1000
   5fc

3. Service Type
   ☒ Certified Mail
   ☐ Registered
   ☐ Insured Mail
   ☐ Express Mail
   ☐ Return Receipt for Merchandise
   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540