IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, HORRIS ANDREWS, OLIVIA BRACKINS, GUYZARICK CARSAR FRAZIER, DEANNA JACKSON, HARRY LETT, ANGELA M. WILLIAMS, SHANETHA R. ADAMS, KATINA BINION, NORLINE BLACK, GENEVA BYNUM, ANTHONY D. DAVIS, VELVERLYN ANN GIBSON, VETA GRIFFIN, WALTER J. HAMILTON, CLARICE HICKS, LAQUNDA KEGLER, ROY LEE KING, HORACE LOVE, BRITANNICA MCCOY, CAROLYN L. MCCOY, DON MURRY, BILLY JOE NEWBY, FELISHA SIMON, HATTIE N. SMITH, RANDY SOL JR., MICHELLE TILLER, KATRINA WARD and ANNIE J. WOODLEY<br><br>Plaintiffs,<br><br>v.<br><br>PERDUE FARMS INCORPORATED, a Maryland corporation doing business in Alabama,<br><br>Defendant. | Case Action No.:<br>1:06-CV-1000-MEF-WC<br><br>JURY TRIAL DEMANDED |

**CONSENT MOTION FOR EXTENSION OF TIME FOR
DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant Perdue Farms, Inc. ("Defendant"), with the consent of Plaintiffs in the above-captioned case, and, through its undersigned counsel, moves this Honorable Court for an extension of 30 days in which to file its initial pleading responsive to Plaintiffs' Complaint. In support of this motion, Defendant shows the Court as follows:

1. Plaintiffs filed this cause of action on November 3, 2006.

2. Defendant was served with process on November 30, 2006.

3. The initial responsive pleading of Defendant is due to be filed no later than December 20, 2006.

4. Counsel for Plaintiffs has consented to the request of Defendant for a 30-day extension subject to the approval of this Court.

5. Should the requested extension be granted, the initial responsive pleading of Defendant will be due to be filed on or before January 19, 2007.

6. This cause of action is a collective action brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and a 30-day extension should not unduly delay these proceedings.

WHEREFORE, premises considered, Defendant requests this Honorable Court Grant this Motion and allow it until January 19, 2007, to file its initial responsive pleading in this case.

The parties hereto have agreed that Sandra Reiss will e-file the Consent Motion.

*s/Sandra B. Reiss*
Sandra B. Reiss, Esq.
Alabama Bar No. ASB-3650-S80S
**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203
(205) 328-1900 (Telephone)
(205) 328-6000 (Facsimile)
sandra.reiss@odnss.com

*Counsel for Defendant, Perdue Farms Incorporated*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing Consent Motion for Extension of Time for Defendant to Respond to Plaintiffs' Complaint has been electronically filed on this **14th day of December, 2006** using the CM/ECF system which will send a notice of electronic filing as well as the full text of the Consent Motion to counsel of record, Samuel A. Cherry, Jr., Lance H. Swanner, and Joseph D. Lane, who are confirmed to be individually registered for e-filing and will receive the same electronically from the Court.

<u>*s/Sandra B. Reiss*</u>
Sandra B. Reiss, Esq.
Alabama Bar No. ASB-3650-S80S
**Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203
(205) 328-1900 (Telephone)
(205) 328-6000 (Facsimile)
sandra.reiss@odnss.com

*Counsel for Defendant, Perdue Farms, Incorporated*