IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>PERDUE FARMS INCORPORATED, )<br>)<br>Defendants. ) | CASE NO. 1:06-cv-1000-MEF |

## **O R D E R**

Upon consideration of the defendant's Consent Motion for Extension of Time for Defendant to Respond to Plaintiffs' Complaint (Doc. #5) filed on December 14, 2006, it is hereby

ORDERED that the motion is GRANTED to and including January 19, 2007.

DONE this the 19th day of December, 2006.

                                        /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE