IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No.: 06-CV-1:06CV1000-WKW ) |
| PERDUE FARMS INCORPORATED, a Maryland corporation doing business in Alabama, | ) ) ) ) ) |
| Defendant. | ) |

## MOTION FOR AND NOTICE OF WITHDRAWAL

COMES NOW Joseph D. Lane, one of the attorneys for the Plaintiffs of the law firm Cochran, Cherry, Givens, Smith, Lane and Taylor in the above styled cause and files this Motion for and Notice of Withdrawal as attorney for Plaintiffs. Lance H. Swanner and Samuel A. Cherry with Cochran, Cherry, Givens, Smith, Lane and Taylor, will continue to serve as counsel for Plaintiffs from this point forward.

WHEREFORE, premises considered, Joseph D. Lane, requests that he be allowed to withdraw as counsel of record on behalf of the Plaintiffs, and requests that this Court grant this motion to withdraw.

Respectfully submitted this the 20th day of December 2006.

COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.

/s/ Joseph D. Lane
JOSEPH D. LANE (lane9991)
SAMUEL A. CHERRY, JR., (CHE008)

                                  **LANCE H. SWANNER (SWA013)**
Attorneys for Plaintiffs
Alabama Bar No. 118498
163 West Main Street
P.O. Box 927
Dothan, AL 36302
(334) 793-1555
**FAX (334) 793-8280**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served upon the following counsel by placing a copy of same in the United States Mail, postage prepaid, and properly addressed, on this the 20th day of December, 2006.

James J. Kelley
MORGAN LEWIS BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004

Sandra B. Reiss
OGLETREE DEAKINS NASH
SMOCK & STEWART, P.C.
One Federal Place
Suite 1000
1819 5th Avenue North
Birmingham, AL 35203

                                  /s/ Joseph D. Lane
                                  **JOSEPH D. LANE**