IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:06-cv-1000-MEF |
| ) | |
| PERDUE FARMS INCORPORATED, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendant's Second Consent Motion for Extension of Time for Defendant to Respond to Plaintiffs' Complaint (Doc. #10) filed on January 9, 2007, it is hereby

ORDERED that the motion is GRANTED to and including February 18, 2007.

DONE this the 10th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE