IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | CASE NO. 1:06-cv-1000-MEF |
| ) | |
| PERDUE FARMS INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the Motion for Admission Pro Hac Vice (Doc. # 9) filed on January 4, 2007, it is hereby ORDERED as follows.

(1) The Motion for Admission Pro Hac Vice (Doc # 9) is GRANTED IN PART with respect to Brian Z. Liss.

(2) The Motion for Admission Pro Hac Vice (Doc. # 9) is DENIED IN PART with respect to James J. Kelley because the affidavit in support of the motion does not address whether, as required by Local Rule 83.1, Mr. Kelley is admitted to practice before the United States District Court for the district in which he resides or regularly practices law.[1]

DONE this the 10th day of January, 2007.



/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The fact that an attorney in authorized to practice in and is in good standing with the Bar of the District of Columbia and the District of Columbia Court of Appeals is insufficient.