IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRYL ANDERSON, et al., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 1:06-cv-01000-MEF-WC |
| PERDUE FARMS, INC., | § § § | |
| Defendant. | § § § | |

## NOTICE OF APPEARANCE

COME NOW Robert J. Camp of the Cochran Firm, P.C., 505 North 20th Street, Suite 825, Birmingham, Alabama 35203, and enters his appearance as additional counsel of record of the Plaintiffs in the above style cause.

Dated: January 16, 2007

Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT JOSEPH CAMP**
505 North 20th Street, Suite 825
Birmingham, Alabama 35203
(205) 930-6900-Telephone
(205) 930-6910- Facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2007, I electronically filed the above Notice of Appearance with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:


Samuel A. Cherry
Attorney for Plaintiffs
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com


Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com


Sandra R. Reiss.
Sandra.reiss@odnss.com


/s/ Robert J. Camp
**ROBERT J. CAMP**