IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | ) CASE NO. 1:06-cv-1000-MEF |
| | ) |
| PERDUE FARMS INCORPORATED, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the Renewed Motion for Admission *Pro Hac Vice* of James J. Kelley (Doc. #15) filed on January 22, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 23rd day of January, 2007.

                                                /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE