IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRYL ANDERSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | 1:06-cv-01000-MEF-WC |
| | ) | |
| PERDUE FARMS INC., | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED MOTION FOR AND NOTICE OF WITHDRAWAL

COMES NOW Joseph D. Lane, one of the attorneys for the Plaintiffs of the law firm Cochran, Cherry, Givens, Smith, Lane and Taylor in the above styled cause and resubmits his amended motion for leave to withdrawal as attorney for Plaintiffs counsel, and sets forth the following as grounds:

1. Because of the complexities involved in litigating a class action claim combined with the undersigned's current case load, the undersigned counsel is incapable of devoting the necessary time required to adequately represent Plaintiffs in this matter.

2. Plaintiffs will not be prejudiced by the withdrawal of counsel as they will continue to be represented by attorneys Lance H. Swanner and Samuel A. Cherry with Cochran, Cherry, Givens, Smith, Lane and Taylor, as well as other firm counsel of record including Bernard D. Nomberg and Robert J. Camp, and associated counsel, Richard Celler.

WHEREFORE, for the grounds stated above, the undersigned respectfully requests that he be allowed to withdraw as counsel of record on behalf of the Plaintiffs.

Respectfully submitted this the 6th day of February 2007.

                        **COCHRAN, CHERRY, GIVENS,**
                        **SMITH, LANE & TAYLOR, P.C.**

/s/ Joseph D. Lane
**JOSEPH D. LANE (lane9991)**
SAMUEL A. CHERRY, JR., (CHE008)
LANCE H. SWANNER (SWA013)
Attorneys for Plaintiffs
Alabama Bar No. 118498
163 West Main Street
P.O. Box 927
Dothan, AL 36302
(334) 793-1555
FAX (334) 793-8280

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2007, I electronically filed the foregoing Amended Motion for and Notice of Withdrawal with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Sandra B. Reiss
Sandra.Reiss@odnss,com

James J. Kelley
jkelley@morganlewis.com

Brian Z. Liss
bliss@morganlewis.com

                        /s/ Joseph D. Lane
                        **JOSEPH D. LANE**