IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | )   CASE NO. 1:06-cv-1000-MEF |
| | ) |
| PERDUE FARMS INCORPORATED, | ) |
| | ) |
|    Defendants. | ) |

# **O R D E R**

Upon consideration of the Joseph Lane's Amended Motion to Withdraw as Attorney (Doc. #21) filed on February 6, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 9th day of February, 2007.

                                               /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE