IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>PERDUE FARMS INCORPORATED,<br>a Maryland corporation doing business<br>in Alabama,<br><br>       Defendant. | Case Action No.: 1:06-CV-1000-MEF-WC<br>JURY TRIAL DEMANDED |

**DEFENDANT PERDUE FARMS INCORPORATED'S
CORPORATE DISCLOSURE STATEMENT**

**COMES NOW**, Defendant, **PERDUE FARMS INCORPORATED** ("Perdue" or "Defendant"), by and through its undersigned counsel, and pursuant to this Court's Order in Civil Misc. No. 3047 of January 14, 2000, states as follows:

1. Perdue Farms Incorporated, while a non-governmental corporate entity, has no parent companies, subsidiaries and/or affiliates, as it understands such terms, that have issued shares to the public.

2. Perdue Farms Incorporated is not involved as a debtor in bankruptcy proceedings.

1-WA/2673301.1

Dated: February 16, 2007    Respectfully submitted,

**/s/Brian Z. Liss**
James J. Kelley (admitted pro hac vice)
D.C. Bar No. 194746
202-739-5095
jkelley@morganlewis.com
Brian Z. Liss (admitted pro hac vice)
D.C. Bar No. 468886
202-739-5579
bliss@morganlewis.com
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
202-739-3001 (fax)

Sandra B. Reiss
Alabama Bar No.  ASB-3650-S80S
**Ogletree, Deakins, Nash,**
**Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203
205-328-1900
205-328-6000 (fax)
sandra.reiss@odnss.com

*Counsel for Defendant, Perdue Farms Incorporated*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing Defendant Perdue Farms Incorporated's Corporate Disclosure Statement has been electronically filed on this **16th day of February, 2007** using the CM/ECF system which will send a notice of electronic filing as well as the full text of the Consent Motion to Plaintiffs' counsel of record who are confirmed to be individually registered for e-filing and will receive the same electronically from the Court.

/s/Brian Z. Liss
Brian Z. Liss (admitted pro hac vice)
D.C. Bar No. 468886
202-739-5579
bliss@morganlewis.com
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
202-739-3001 (fax)

*Counsel for Defendant Perdue Farms Incorporated*