IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRYL ANDERSON, et al., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 1:06-cv-01000-MEF-WC |
| PERDUE FARMS, LLC, | § § § | |
| Defendant. | § § § | |

**NOTICE OF FILING ADDITIONAL NOTICES OF
<u>CONSENT TO JOIN</u>**

Plaintiff, DARRYL ANDERSON,et.,al., gives notice of filing the attached Notices of Consent to Join executed by, KENYATA SMITH, JANICE ALLEN, KELVIN WALKER, LISA WIMBERLY, NORVA K. BAXTER, KENNETH BEACHEM, LATESHA COOK, RODERICK DENT, MARIA F. FLOWERS, BRYAN FREEMAN, MONTY TOWNSEND, SCOTTIE MCDONALD, THERESA POWELL, TOYYA ROGERS, LATONYA SMITH and ANDREA WILLIAMS, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above-captioned lawsuit.

Dated: February 20, 2007

- and -

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

- and -

Richard Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, Florida 33324
Toll Free: 1-877-435-9243 (WAGE)
Facsimile: (954) 333-3515

Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP**
**BERNARD NOMBERG**
505 North 20th Street, Suite 825
Birmingham, AL 35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2007, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

James Kelley
jkelley@morganlewis.com

Sandra Reiss
sandra.reiss@odnss.com

//s/ Robert J. Camp
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_____Kenyarta Smith_____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by ____Perdue Farms____ at
   [Name of plant]
   the facility located in __Dothan, AL__. I worked at this location from
   [City/State]
   __6/29/1998__ to __7/14/2006__.
   [Date]         [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue Farms__ plant in __Dothan AL.__, and
   [Name of Plant]                                   [City/State]
   possibly other plants owned by __Perdue Farms__. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __25__ day of __January__, 2007.

__Kenyarta Smith__                __Kenyarta Smith__
PRINT NAME                        SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

__Janice Allen__ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by __Perdue Farms__ at [Name of plant] the facility located in __Dothan, AL__. I worked at this location from [City/State] __6/01/91__ to __present__.
    [Date]   [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the __Perdue Farms__ plant in __Dothan, AL__, and [Name of Plant]   [City/State] possibly other plants owned by __Perdue Farms__. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __05__ day of __December__, 2006.

__Janice Allen__                    __Janice Allen__
PRINT NAME                          SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_Kelvin Walker_ [Print Name] states the following:

1. I am over 13 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Purdue Farms_ [Name of plant] at the facility located in _Dothan, AL._ [City/State]. I worked at this location from _Aug. 4 03_ [Date] to _Sept. 05_ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Purdue Farms_ [Name of Plant] plant in _Dothan, AL._ [City/State], and possibly other plants owned by _Perdue Farms_ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29_ day of _January_, 2007.

_Kelvin Walker_
PRINT NAME

_Kelvin Walker_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

__Lisa Wimberly__ [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farms__ [Name of plant] at the facility located in __Dothan, AL__ [City/State]. I worked at this location from __10/20/97__ [Date] to __present__ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue Farms__ [Name of Plant] plant in __Dothan, AL__ [City/State], and possibly other plants owned by __Perdue Farms__ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __16__ day of __February__, ~~2006~~ 2007.

__Lisa Wimberly__
[PRINT NAME]

__Lisa Wimberly__
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Norva K. Baxter_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Perdue Farms_ at the facility located in _Dothan AL_. I worked at this location from _July 28, 2003_ to _Present_.
   [Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan AL_, and possibly other plants owned by _Perdue Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28th_ day of _Jan_, 2007.

_Norva K. Baxter_                        _Norva K. Baxter_
[PRINT NAME]                             [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Kenneth Beachem__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farms__ at the facility located in __Dothan, AL__. I worked at this location from __01/05/03__ to __present__.

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue Farms__ plant in __Dothan, AL__, and possibly other plants owned by __Perdue Farms__. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __05__ day of __February__, 2007.

__Kenneth K Beachem__                __Kenneth K Beachem__
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Lateisha Cook__ [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farms__ [Name of plant] at the facility located in __Dothan, AL__ [City/State]. I worked at this location from __8-30-98__ [Date] to __present__ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue Farms__ [Name of Plant] plant in __Dothan, AL__ [City/State], and possibly other plants owned by __Perdue Farms__ [Name of Plant] If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __19__ day of __October__, 2006.

__Lateisha Cook__   __Lateisha Cook__
[PRINT NAME]        [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_____Roderick Dent_____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farms__ at
   [Name of plant]
   the facility located in __Dothan, AL__. I worked at this location from
   [City/State]
   __Aug. 25, 2003__ to __present__.
   [Date]         [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue Farms__ plant in __Dothan, AL__, and
   [Name of Plant]              [City/State]
   possibly other plants owned by __Perdue Farms__. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __29th__ day of __January__, 2007.

__Roderick Dent__         __Roderick Dent__
PRINT NAME                SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Maria F. Flowers__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farms__ at [Name of plant] the facility located in __Dothan, AL__. I worked at this location from [City/State] __04/27/2001__ to __07/01/2006__.
[Date]   [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue Farms__ plant in __Dothan, AL__, and [Name of Plant]   [City/State] possibly other plants owned by __Perdue Farms__. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __8__ day of __November__, 2006.

__Maria F Flowers__        __Maria F. Flowers__
[PRINT NAME]              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

__Bryan Freeman__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farms__ at
   [Name of plant]
   the facility located in __Dothan, Al__. I worked at this location from
   [City/State]
   __2-9-04__ to __Present__.
   [Date]   [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue Farms__ plant in __Dothan, Al__, and
   [Name of Plant]   [City/State]
   possibly other plants owned by __Perdue Farms__. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __1__ day of __Oct.__, 2006.

__Bryan Freeman__          __Bryan Freeman__
[PRINT NAME]               [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

Monty Townsend [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Perdue Farm [Name of plant] at the facility located in Dothan Al [City/State]. I worked at this location from 10-23-2004 [Date] to 1-12-2006 [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Perdue Farm [Name of Plant] plant in Dothan Al [City/State], and possibly other plants owned by Perdue Farm [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 24 day of Feb, 2007.

Monty Townsend
[PRINT NAME]

[Signature]
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

__Scottie McDonald__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farms__ at
[Name of plant]
the facility located in __Dothan, AL__. I worked at this location from
[City/State]
__6/2006__ to __8/2006__.
[Date]   [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue Farms__ plant in __Dothan, AL__, and
[Name of Plant]   [City/State]
possibly other plants owned by __Perdue Farms__. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __13th__ day of __Nov.__, 2006.

__Scott E. McDonald__          __Scott E. McDonald__
[PRINT NAME]                    [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_____Theresa Powell_____ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farms__ at
[Name of plant]
the facility located in __Dothan Ala__. I worked at this location from
[City/State]
__6-94__ to __5-05__.
[Date]        [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue Farms__ plant in __Dothan AL__, and
[Name of Plant]                                [City/State]
possibly other plants owned by __Perdue Farms__. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __10th__ day of __Oct__, 2006.

__Theresa Powell__                __Theresa Powell__
PRINT NAME                         SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Andrea Williams__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farms__ at [Name of Plant] the facility located in __Dothan, AL__. I worked at this location from [City/State] __10/20/2002__ to __02/09/2007__. [Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue Farms__ plant in __Dothan, AL__, and [Name of Plant] [City/State] possibly other plants owned by __Perdue Farms__. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __12__ day of __February__, 2007.

__Andrea Williams__      __Andrea Williams__
[PRINT NAME]             [SIGN NAME]