IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRYL ANDERSON, et al., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 1:06-cv-1000-MEF |
| PERDUE FARMS, LLC. | § § § § | |
| Defendant. | § § | |

### NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, BENNIE WALKER, RAY CHARLES STARKS, JACQUELINE STANFORD, TYRONE MURRELL, GWENDOLYN MICHELLE LEE, ANNIE MARTHA HODGE and CAROLYN COCHRAN, similarly situated employees to Plaintiffs, who likewise are or were subjected to the illegal pay practices at issue, and who wish to join the above captioned lawsuit.

Dated: March 6, 2007                                  Respectfully submitted,

                                                      THE COCHRAN FIRM, P.C.

/s/ Robert J. Camp
**ROBERT JOSEPH CAMP**
505 North 20th Street, Suite 825
Birmingham, Alabama 35203
(205) 930-6900-Telephone
(205) 930-6910- Facsimile

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2007, I electronically filed the above Notice with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiff
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiff
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiff
bnomberg@cochranfirm.com

James Kelley
Attorney for Defendant
jkelley@morganlewis.com


Sandra Reiss
Attorney for Defendant
Sandra.reiss@odnss.com


                                        /s/ Robert J. Camp
                                        **ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Bennie Walker_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Perdue Farms_ at [Name of plant] the facility located in _Dothan AL_. I worked at this location from [City/State] _12-15-93_ to _10-15-06_. [Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Perdue_ plant in _Dothan, AL_, and [Name of Plant] [City/State] possibly other plants owned by _Perdue_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _19_ day of _December_ 2006.

_Bennie Walker_           _Bennie E Walker_
PRINT NAME                SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Ray Charles Starks [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Perdue Farms [Name of Plant] at the facility located in Dothan Alabama [City/State]. I worked at this location from May 12, 1994 [Date] to 11/24/2006 [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Perdue Farms [Name of Plant] plant in Dothan Alabama [City/State] and possibly other plants owned by Perdue Farms [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 16th day of Feb., 2007.

Ray C. Starks
[PRINT NAME]

Ray C. Starks
[SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Jacqueline Stanford__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Perdue Farms_ at [Name of plant] the facility located in _Dothan Al._. I worked at this location from [City/State] _7/2003 Mar 01_ to _Sept 2006 still there Present_.
[Date]   [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan Al_, and [Name of Plant]   [City/State] possibly other plants owned by _Wayn Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _Sept_, 2006.

_Jacqueline Stanford_         _Jacqueline Stanford_
[PRINT NAME]                  [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

___Tyrone Murrell___ [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Produe Farms__ [Name of Plant] at the facility located in __Dothan, AL__ [City/State]. I worked at this location from __1-26-03__ [Date] to __6-A-06__ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Produe Farms__ [Name of Plant] plant in __Dothan, AL__ [City/State], and possibly other plants owned by __Produc Farms__ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __12__ day of __February__, 2007.

___Tyrone Murrell___
[PRINT NAME]

___[signature]___
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Gwendolyn Michelle Lee_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Perdue farm_ at [Name of plant] the facility located in _Dothan, Al._. I worked at this location from [City/State] _08/09/04_ to _Present_.
[Date]     [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Perdue farm_ plant in _Dothan, Al_, and [Name of Plant]                              [City/State] possibly other plants owned by _Perdue farm_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15_ day of _October_, 2006.

_Gwendolyn M. Lee_                    _Gwendolyn M. Lee_
PRINT NAME                             SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Annie Martha Hodge__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farms__ at [Name of plant] the facility located in __Dothan, AL__ [City/State]. I worked at this location from __6-10-93__ [Date] to __Present__ [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action, covering employees at the __Perdue Farms__ [Name of Plant] plant in __Dothan, AL__ [City/State], and possibly other plants owned by __Perdue Farms__ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.
DATED the __27th__ day of __Sept__, 2006.

__Annie Martha Hodge__          __Annie Martha Hodge__
PRINT NAME                              SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__CAROLYN COCHRAN__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __PERDUE FARMS__ at the facility located in __DOTHAN ALABAMA__. I worked at this location from __NOV. 3 - 2003__ to __PRESENT__.
[Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __PERDUE FARMS__ plant in __DOTHAN AL__, and possibly other plants owned by __PERDUE FARMS__. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 9th day of September 2006.

__CAROLYN COCHRAN__          __Carolyn Cochran__
[PRINT NAME]                 [SIGNATURE]