## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARRYL ANDERSON, et. al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **1:06-cv-01000-MEF-WC** |
| | § | |
| **PERDUE FARMS. INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## NOTICE OF FILING ADDITIONAL
## <u>NOTICES OF CONSENT TO JOIN</u>

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, TYRONZA SMITH, PETRONIA D. LOVE, JONAS SOL, MICHAEL HALE, and VERONICA HOWIE, similarly situated employees to Plaintiffs who likewise are or were subjected to the illegal pay practices at issue and who wish to join the above-captioned lawsuit.

Dated: <u>March 21, 2007</u>

Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

<u>/s/ Robert J. Camp</u>
**ROBERT J. CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825

Birmingham, AL 35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

– and –

Richard B Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, FL 33324
(954) 318-0268 (Phone)
(954) 333-3515 (Fax)

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>March 21, 2007</u>, I electronically filed the foregoing Notice of Filing Additional Notices of Consent to Join with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Sandra B. Reiss
sandra.reiss@odnss.com

Lance Harrison Swanner
lswanner@cochranfirm.com

James J. Kelley
jkelley@morganlewis.com

Bernard D. Nomberg
bnomberg@cochranfirm.com

Brian Z. Liss
bliss@morganlewis.com

Samuel A. Cherry, Jr.
scherry@cochranfirm.com


/s/ Robert J. Camp
**ROBERT J. CAMP**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Tyronza  Smith_____ states the following:
          [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Perdue  Farms  Inc._ at
     the facility located in _Dothan, AL_ . I worked at this location from
          [Name of plant]
     _1-11-88_ to _2-21-06_ .
     [Date]        [Date, or if still working write "present"]
          [City/State]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Perdue Farms Inc_ plant in _Dothan, AL_ , and
          [Name of Plant]                    [City/State]
     possibly other plants owned by _Perdue Farms Inc._ . If brought as a class
          [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _5_ day of _March_ , 2007.


_Tyronza Smith_                    _Tyronza Smith_
[PRINT NAME]                       [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Petronia D. Love_ _____ states the following:
        [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms_ _____ at the facility located in _Dothan Alabama_ . I worked at this location from
        [Name of plant]          [City/State]
_9-7-99_ _____ to _3-3-07 still working_ _present_
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ _____ plant in _Dothan Alabama_, and
        [Name of Plant]          [City/State]
possibly other plants owned by _Perdue Farms_ _____. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

        DATED the _2nd_ day of _March_ _____, 2007.

_Petronia D. Love_ _____        _Petronia D. Love_ _____
[PRINT NAME]                [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Michael Hale_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Perdue Chicken_ at the facility located in _Dothan Alabama_ I worked at this location from
[Name of Plant]
[City/State]
_Dec.28-05_ to _Feb-26-06_ .
[Date]
[Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Perdue Chicken_ plant in _Dothan Alabama_ and
[Name of Plant]
[City/State]
possibly other plants owned by _Perdue chicken_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14_ day of _February_, 2007.

_Michael Hale_                    _Michael Hale_
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jonas Sol_____ states the following:
      [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___Perdue_____ at the facility located in __Dothan, AL_____. I worked at this location from
                                     [Name of plant]        [City/State]
    _6/24/05_ to ___present___.
      [Date]         [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Perdue__ plant in __Dothan AL__, and
                  [Name of Plant]             [City/State]
    possibly other plants owned by __Perdue__. If brought as a class
                                [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the _6th_ day of _October_, 2006.


_JONAS SOL_____      _Jonas Sol_____
[PRINT NAME]                   [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Veronica Howie_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms, Inc._, at
[Name of Plant]
the facility located in _Dothan, AL,_. I worked at this location from
[City/State]
_10-11-04_ to _Present_.
[Date]      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Perdue Farms, Inc._ plant in _Dothan, AL._, and
[Name of Plant]                        [City/State]
possibly other plants owned by _Perdue Farms, Inc._. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27th_ day of _February_, 2007.

_Veronica Howie_                    _Veronica Howie_
[PRINT NAME]                         [SIGN NAME]