IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRYL ANDERSON, individually and on behalf of all others similarly situated, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 1:06-cv-1000-MEF |
| PERDUE FARMS INCORPORATION, | ) ) ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the plaintiffs' Motion for Leave to File First Amended Complaint (Doc. #28) filed on March 13, 2007, it is hereby

ORDERED that the defendant show cause in writing on or before April 6, 2007 as to why the motion should not be granted.

DONE this 28th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE