## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA,
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARRYL ANDERSON, et. al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **1:06-cv-01000-MEF-WC** |
| | § | |
| **PERDUE FARMS. INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

### NOTICE OF FILING ADDITIONAL
### NOTICES OF CONSENT TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, GREGORY JOHNSON, ILENE INEZ ANTHONY, ESTELL SNELL, BOBBIE WIMES WILSON, BETTY L. OLIVER, BARBARA DENT JOHNSON, ANGELA BURKS CARLSISLE, KATRINA CUFF, CYNTHIA G. PERRY, DARIUS GRIFFIN, TONYA L. FORD, SAMUEL L. OLIVER, CHERYL GRIGGS GILBERT, DEBORAH COCHRAN, LEANDER LYNN, WILLIE JONES, DOROTHY FOSTER, MARY L. WASHINGTON, LACY MARTIN, SHERRY J. BARBER, ANTHONY J. GRUBBS, GREG SIMPSON, YVONNE SAFFOLD, KENNETH J. THOMAS, ANNIE R. PEARSON, CLIFFORD E. TERRY, ALPHONSO J.

ANGLIN, ALONSO GILBERT, BRENDA JOHNSON, DELORES

LINDER, DOROTHY J. DANIELS, ROBERT L. DURTON, TERRANCE

CREWS,  and JAMES DANIELS, similarly situated employees to Plaintiffs

who likewise are or were subjected to the illegal pay practices at issue and

who wish to join the above-captioned lawsuit.

Dated: <u>March 30, 2007</u>                    Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

– and –

Richard B Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, FL 33324
(954) 318-0268 (Phone)
(954) 333-3515 (Fax)

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>March 30, 2007,</u> I electronically filed the foregoing Notice of Filing Additional Notices of Consent to Join with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Sandra B. Reiss
<u>sandra.reiss@odnss.com</u>

Lance Harrison Swanner
<u>lswanner@cochranfirm.com</u>

James J. Kelley
<u>jkelley@morganlewis.com</u>

Bernard D. Nomberg
<u>bnomberg@cochranfirm.com</u>

Brian Z. Liss
<u>bliss@morganlewis.com</u>

Samuel A. Cherry, Jr.
<u>scherry@cochranfirm.com</u>


/s/ Robert J. Camp
**ROBERT J. CAMP**

4

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Gregory Johnson_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _perdue Farms_ at
     [Name of plant]
     the facility located in _doThan a/g_. I worked at this location from
     [City/State]
     _3-07-87_ to _present_.
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _perdue Farms_ plant in _doThan a/g_, and
     [Name of Plant]                [City/State]
     possibly other plants owned by _perdue Farms_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _19_ day of _March_, 2007.


     _Gregory Johnson_            _Gregory Johnson_
     [PRINT NAME]                 [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Ilene Inez Anthony_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms Inc_ at
the facility located in _Dothan, Ala_ . I worked at this location from
[Name of plant]
_9-13-99_ to _Present_ .
[Date]          [City/State]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Perdue Farms Inc_ plant in _Dothan, Ala_ , and
[Name of Plant]          [City/State]
possibly other plants owned by _Perdue Farms Inc_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _18th_ day of _March_ , 2007.

_Ilene Inez Anthony_
[PRINT NAME]

_Ilene Inez Anthony_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Estell, Snell _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Perdue Farms at the facility located in Dothan, Al . I worked at this location from
[Name of plant]
[City/State]
Sept. 85 to Present .
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Perdue Farms plant in Dothan Al , and
[Name of Plant]    [City/State]
possibly other plants owned by Perdue Farms If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 18 day of March , 2007.

Estell. Snell _____          Estell. Snell _____
[PRINT NAME]                     [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Bobbie Wimes Wilson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms_ at the facility located in _Dothan Al_. I worked at this location from
[Name of plant]          [City/State]
_April 03_ to _April 04_.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _perdue Farms_ plant in _Dothan Al_, and
[Name of Plant]          [City/State]
possibly other plants owned by _Perdue Farms_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _18_ day of _March_, 2007.


_Bobbie wimes Wilson_                    _Bobbie Wimes Wilson_
[PRINT NAME]                              [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

## TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Betty L. Oliver_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Perdue Farms_ at
[Name of plant]
the facility located in _Dothan AL._. I worked at this location from
[City/State]
_8-4-03_ to _Present_.
[Date]                                              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, AL._, and
[Name of Plant]                                        [City/State]
possibly other plants owned by _Perdue Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _17th_ day of _March_, 2007.


_Betty L. Oliver_
[PRINT NAME]

_Betty L. Oliver_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Barbara Dent Johnson states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Perdue Farms at
     [Name of plant]
     the facility located in Dothan, Alabama worked at this location from
     [City/State]
     May 1994 to February 2004
     [Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the Perdue Farms plant in Dothan, Al , and
     [Name of Plant]                      [City/State]
     possibly other plants owned by Perdue Farms . If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 17 day of March , 2007.

Barbara Dent Johnson          Barbara Dent Johnson
[PRINT NAME]                   [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Angela Burks- Carlisle _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Predue Farms _____ at
[Name of plant]
the facility located in Dothan, AL. _____. I worked at this location from
[City/State]
10-19-2004 _____ to Aug. 2, 2006 _____.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Predue Farms _____ plant in Dothan, AL. _____, and
[Name of Plant]                    [City/State]
possibly other plants owned by Predue Farms _____. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 16th day of March, 2007.

Angela Burks-Carlisle            Angela Burks-Carlisle
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_____ Katrina Cuff _____ states the following:
          [Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Perdue Farms_ at
                                                            [Name of plant]
    the facility located in _Dothan Alabama_ I worked at this location from .
                                         [City/State]
    _April 05_ to _October 06_ .
    [Date]           [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan Al_ , and
                      [Name of Plant]                [City/State]
    possibly other plants owned by _Perdue Farms_ . If brought as a class
                                     [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

    DATED the _15_ day of _March_ , 2007.

_Katrina Cuff_                 _Katrina Cuff_
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Cynthia G. Perry_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _PerDue farms_ at
    [Name of plant]
    the facility located in _Dothan Alabama_ worked at this location from
    [City/State]
    _5-10-99_ to _3-14-07_ . _PResent_
    [Date]        [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _PerDue farms_ plant in _Dothan Al_ , and
    [Name of Plant]                           [City/State]
    possibly other plants owned by _PerDue farms_ If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14th_ day of _March_, 2007.

_Cynthia G. PeRily_                    _Cynthia B Perry_
[PRINT NAME]                            [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Darius Griffin_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Perdue Farms_ at the facility located in _Dothan, AL_. I worked at this location from
[Name of plant]
_6/2005_ to _12/2005_.
[City/State]
_____     _____
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, Al_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Perdue Farms_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13th_ day of _March_, 2007.

_Darius Griffin_                    _Darius Griff_
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tony L. Ford_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Perdue Farms_ at
[Name of plant]
the facility located in _Dothan, Al._. I worked at this location from
[City/State]
_Nov. 2003_ to _San. 2007_.
[Date]                [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action, covering employees at the _Perdue Farms_ plant in _Dothan, Al._, and
[Name of Plant]                          [City/State]
possibly other plants owned by _Perdue farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _6_ day of _March_, 2007.

_Tony L. Ford_                    _Tony Ford_
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

SAMUEL L OLIVER _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by Perdue Farms at
the facility located in Dothan Alabama. I worked at this location from
[Name of plant]
[City/State]
9-5-91 to Present.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the Perdue Farm plant in Dothan Alabama, and
[Name of Plant]                    [City/State]
possibly other plants owned by Perdue Farms. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 13 day of March, 2007.

SAMUEL L OLIVER _____          Samuel L Oliver _____
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Cheryl (Griggs) Gilbert_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am (currently) or was formerly employed, by _Perdue Farms_ at
[Name of plant]
the facility located in _Dothan, Alabama_ I worked at this location from
[City/State]
_11-21-91_ to _11-24-06 (Present)_
[Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, Alabama_ and
[Name of Plant]                    [City/State]
possibly other plants owned by _Perdue Farms_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _24_ day of _Oct November_, 2006.
_11-24-2006_

_Cheryl (Griggs) Gilbert_          _Cheryl (Griggs) Gilbert_
[PRINT NAME]                              [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Deborah    Cochran_____ states the following:
    [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue  Farms_____ at the facility located in _Dothan    Al___. I worked at this location from
        _____[Name of plant]
    _1-9-96_____ to ~~Currently working~~ Present
    [Date]                 [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Perdue  Farms___ plant in _Dothan  Al___, and
        [Name of Plant]                      [City/State]
    possibly other plants owned by _Perdue  Farms_. If brought as a class
        [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _14th_ day of _Nov._, 2006.

_Deborah    Cochran_____
**PRINT NAME**

_Deborah    Cochran_____
**SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Leander Lynn_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms_ at
the facility located in _Dothan, Ala_. I worked at this location from
[Name of plant]                [City/State]
_9/06_ to _Present_.
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _~~Keystone~~ Perdue Farms_ plant in _~~Baker Hill Ala~~ Dothan, AL_, and
[Name of Plant]                [City/State]
possibly other plants owned by _~~Keystone~~ Perdue Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1st_ day of _Nov_, 2006.

_Leander Lynn_                    _Leander Lynn_
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Willie Jones_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Perdue Farms_ at
   [Name of plant]
   the facility located in _Dothan AL_ . I worked at this location from
   [City/State]
   _11-9-96_ to _7-4-04_ .
   [Date]                [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan AL_ and
   [Name of Plant]                    [City/State]
   possibly other plants owned by _Perdue Farms_ . If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _1st_ day of _Nov._, 2006.

_Willie Jones_                    _Willie Jones_
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_DOROTHY   FOSTER_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _PERDUE   Farms_____ at
the facility located in _DOTHAN,  AL_.  I worked at this location from
[Name of plant]
_05-05-1993___ to _PRESENT_____.
[Date]              [City/State]
                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _PERDUE  Farms_ plant in _DOTHAN  AL_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _PERDUE  farms_.  If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _NOVEMBER_, 2006.


_DOROTHY   FOSTER_
**PRINT NAME**

_Dorothy Foster_
**SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_MARY    L    WASHINGTON_    states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Perdue    FARMS_    at
the facility located in _Dothan Al_
[Name of plant]
_____. I worked at this location from
[City/State]
_Jan 6 1995_    to _Present_    .
[Date]                [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre-
and post-production time activities from my employer. I also understand that
the lawsuit may seek recovery for unpaid production time. I understand that
the suit is brought pursuant to both federal law and applicable state statutes,
if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
employees at the _Perdue    FARMS_    plant in _Dothan Al_    , and
[Name of Plant]                          [City/State]
possibly other plants owned by _Perdue_    . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such
class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _4_ day of _Nov_    , 2006.


_MARY L WASHINGTON_

[PRINT NAME]

_Mary L Washington_

[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Lacy Martin_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed by _PERDUE Farms_ at the facility located in _Dothan    AL_. I worked at this location from
[Name of plant]    [City/State]
_10-2003_ to _10-2004_.
[Date]    [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, AL_, and
[Name of Plant]    [City/State]
possibly other plants owned by _Perdue Farms_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _7_ day of _Nov_, 2006.

_Lacy Martin_                    _Lacy Martin_
PRINT NAME                       SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

<u>Sherry J. Barber</u>       states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by <u>Perdue Farms</u> at
the facility located in <u>Dothan, AL</u> . I worked at this location from
[Name of plant]
<u>01/11/1999</u> to <u>12/2004</u> .
[Date]          [Date, or if still working write "present"]
[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the <u>Perdue Farms</u> plant in <u>Dothan, AL</u> , and
[Name of Plant]                              [City/State]
possibly other plants owned by <u>Perdue Farms</u>. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the <u>6</u> day of <u>November</u>, 2006.

<u>Sherry J. Barber</u>              <u>Sherry J. Barber</u>
PRINT NAME                              SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Anthony J. Grubbs_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Perdue Farms_ at the facility located in _Dothan, AL_. I worked at this location from [Name of plant] _Jan. 06, 2004_ to _Feb. 03, 200_. [Date]          [City/State]     [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, AL_, and [Name of Plant]          [City/State] possibly other plants owned by _Perdue Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _02_ day of _November_, 2006.

_Anthony J. Grubbs_
**PRINT NAME**

_Anthony J. Grubbs_
**SIGN NAME**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Greg Simpson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms_ at the facility located in _Dothan, Al_ . I worked at this location from
[Name of plant]
[City/State]
~~(1987-1988)(1994-1999)~~ 08/2003 to _present_ .
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, Al_ , and
[Name of Plant]    [City/State]
possibly other plants owned by _Perdue Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _18th_ day of _August_ , 2006.

_Greg Simpson_                          _[signature]_
[PRINT NAME]                            [SIGNATURE]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

Yvonne Saffold _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by __Perdue Farm__ at
the facility located in __Dothan Al__.    I worked at this location from
__5-1999__ to __PRESENT__.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.    I also understand that the lawsuit may seek recovery for unpaid production time.    I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the __Perdue farm__ plant in __Dothan Al__, and
possibly other plants owned by __Perdue__.    If brought as a class
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __29th__ day of __Sept.__, 2006.

Yvonne Saffold                Yvonne Saffold
PRINT NAME                SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_____Kenneth J. Thomas_____ states the following:
          [Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Perdue Farms_____ at the facility located in _Dothan, Al._____. I worked at this location from
     [Name of plant]         [City/State]
     _10·15·01_ to _____present_____.
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_____ plant in _Dothan, Al_, and
     [Name of Plant]                  [City/State]
     possibly other plants owned by _Perdue Farms_. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
     [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _10th_ day of _October___, 2006.

_____Kenneth J. Thomas_____          _____(signature)_____
**PRINT NAME**                        **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Annie R. Pearson_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms_ at
the facility located in _Dothan, AL_ . I worked at this location from
[Name of plant]
_03/12/1986_ to _03/11/2005_ .
[Date]        [City/State]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, AL_ , and
[Name of Plant]        [City/State]
possibly other plants owned by _Perdue Farms_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _October_, 2006.

_[signature]_
[PRINT NAME]

_[signature]_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Clifford E. Terry_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms_ at
the facility located in _Dothan, Ala_. I worked at this location from
[Name of plant]
_12-14-93_ _6-8-05_ to _3-8-03_ _10-11-06_.
[Date]      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Perdue Farms_ plant in _Dothan, Ala._, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Perdue Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16_ day of _Oct._, 2006.

_Clifford E. Terry_
[PRINT NAME]

_Clifford E. Terry_
[SIGN NAME]

## <u>CONSENT TO JOIN SUIT AS PARTY PLAINTIFF</u>

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alphonso J Anglin_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter. yes

2.    I am currently, or was formerly employed, by _PERDUE FARMS_ at
the facility located in _Dothan Alabama_.  I worked at this location from
[Name of plant]
_7/05  11/05_ to _11 800 S_.
[Date]        [City/State]        [Date, or if still working write "present"]  ao

3.    I understand that this suit is being brought to recover compensation for pre-
and post-production time activities from my employer.  I also understand that
the lawsuit may seek recovery for unpaid production time.  I understand that
the suit is brought pursuant to both federal law and applicable state statutes,
if any.

4.    I believe I have not been paid for all compensable time, which I have worked,
including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any
settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _PERDUE Farms_ plant in _Dothan Alabama_, and
[Name of Plant]        [City/State]
possibly other plants owned by _PERDUE Farms_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such
class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _9_ day of _10_, 2006.

Alphonso J Anglin
_Alphonso J Anglin_____        _Alphonso Anglin_____
PRINT NAME        SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Alonzo    Gilbert_ states the following:

[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Perdue Farms_ at
    the facility located in _Dothan Ala._.   I worked at this location from
    [Name of plant]
    _9|2006_ to _Present_.
    [Date]                    [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan Ala._ and
    [Name of Plant]                        [City/State]
    possibly other plants owned by _Perdue Farms_.  If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _6_ day of _Oct._, 2006.

_Alonzo    Gilbert_                    _Alonzo Gilbert_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Brenda Johnson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms_ at
[Name of plant]
the facility located in _Dothan, Ala_. I worked at this location from
[City/State]
_4-14-95_ to _Present_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, Ala_, and
[Name of Plant]                        [City/State]
possibly other plants owned by _Perdue Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27_ day of _September_, 2006.

_Brenda Johnson_                    _Brenda Johnson_
**PRINT NAME**                        **SIGN NAME**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Delores Linder_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Perdue   Farms___ at
     [Name of plant]
     the facility located in _Dothan, Al_____. I worked at this location from
     _4-1987_____ to _12 - 2003_____.
     [Date]              [Date, or if still working write "present"]
     [City/State]

3.   I understand that this suit is being brought to recover compensation for pre-
     and post-production time activities from my employer. I also understand that
     the lawsuit may seek recovery for unpaid production time. I understand that
     the suit is brought pursuant to both federal law and applicable state statutes,
     if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
     including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
     settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     employees at the _Perdue   Farms___ plant in _Dothan, Al_____, and
     [Name of Plant]                    [City/State]
     possibly other plants owned by _Perdue   Farms__. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such
     class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _25_ day of _Sept._____, 2006.


_Delores Linder_____          _Delores Linder_____
[PRINT NAME]                      [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Dorothy J. Daniels_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms, Inc_ at
[Name of plant]
the facility located in _Dothan, AL_. I worked at this location from
[City/State]
_7/21/89_ to _Present_.
[Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, AL_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Perdue Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23_ day of _September_, 2006.

_Dorothy J. Daniels_                    _Dorothy J. Daniels_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Robert L. Dunton_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms_ at the facility located in _Dothan Al_. I worked at this location from _10-1-1991_ to _present_.
[Name of plant]
[City/State]
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan Al_, and possibly other plants owned by _Perdue Farms_ if brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
[Name of Plant]    [City/State]
[Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _12th_ day of _Sept_, 2006.

_Robert L Dunton Sr_    _Robt L Dunton sr_
PRINT NAME    SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_James Daniels_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _PeRdue Farms_ at
the facility located in _DotHAN, Al._. I worked at this location from
[Name of plant]
_Aug. 12-97_ to _To-6-06 Present_
[Date]                [Date, or if still working write "present"]
[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _PeRdue Farms_ plant in _DotHAN, Al_, and
[Name of Plant]                     [City/State]
possibly other plants owned by _PeRdue Farms_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _6_ day of _October_, 2006.

_James Daniels_                    _James Daniels_
PRINT NAME                          SIGN NAME