IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRYL ANDERSON, et. al., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 1:06-cv-01000-MEF-WC |
| PERDUE FARMS. INC., | § § | |
| Defendant. | § § § | |

**NOTICE OF FILING ADDITIONAL
<u>NOTICES OF CONSENT TO JOIN</u>**

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by RAY C. SMITH, MARY BRYANT, MARILYN BATTLE, TOMIKA DAWKINS, and ELEANOR ELANE VICKERS, similarly situated employees to Plaintiffs who likewise are or were subjected to the illegal pay practices at issue and who wish to join the above-captioned lawsuit.

Dated: <u>April 16, 2007</u>                Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP**

**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, AL 35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

– and –

Richard B Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, FL 33324
(954) 318-0268 (Phone)
(954) 333-3515 (Fax)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on <u>April 16, 2007</u>, I electronically filed the foregoing Notice of Filing Additional Notices of Consent to Join with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

| | |
|---|---|
| Sandra B. Reiss<br>sandra.reiss@odnss.com | Lance Harrison Swanner<br>lswanner@cochranfirm.com |
| James J. Kelley<br>jkelley@morganlewis.com | Bernard D. Nomberg<br>bnomberg@cochranfirm.com |
| Brian Z. Liss<br>bliss@morganlewis.com | Samuel A. Cherry, Jr.<br>scherry@cochranfirm.com |

/s/ Robert J. Camp
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Ray C Smith [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Perdue Farms [Name of plant] at the facility located in Dothan AL [City/State]. I worked at this location from 3-21-91 [Date] to 4-19-06 [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Perdue Farms [Name of Plant] plant in Dothan AL [City/State], and possibly other plants owned by Perdue Farms [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 15 day of March, 2007.

Ray C. Smith
[PRINT NAME]

Ray C. Smith
[SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Mary Bryant__ [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farms__ [Name of plant] at the facility located in __Dothan, AL__ [City/State]. I worked at this location from __8-8-89__ [Date] to __Present__ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue Farms__ [Name of Plant] plant in __Dothan, AL__ [City/State], and possibly other plants owned by __Perdue__ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __18__ day of __March__, 2007.

__Mary Bryant__     __Mary Bryant__
[PRINT NAME]        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Marilyn Battle__ [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farms__ [Name of Plant] at the facility located in __Dothan Alabama__ [City/State]. I worked at this location from __08/30/04__ [Date] to __Present__ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action, covering employees at the __Perdue Farms__ [Name of Plant] plant in __Dothan Alabama__ [City/State] and possibly other plants owned by __Perdue Farms__ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __13th__ day of __February__, 2007.

__Marilyn Battle__
[PRINT NAME]

__Marilyn Battle__
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

__Tomika Dawkins__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farms__ at [Name of plant] the facility located in __Dothan, AL__. I worked at this location from [City/State] __Aug 15 1998__ to __Dec 11 2004__.
[Date]  [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue Farms__ plant in __Dothan, AL__, and [Name of Plant]  [City/State] possibly other plants owned by __Perdue Farms__. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __28__ day of __March__, 2007.

__Tomika Dawkins__                __Tomika Dawkins__
PRINT NAME                         SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Eleanor Elane Vickers_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Perdue Farms Inc._ at [Name of plant] the facility located in _Dothan, AL_. I worked at this location from [City/State] _11/12/1986_ to _6/30/2006_. [Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Perdue Farms Inc._ plant in _Dothan, AL_, and [Name of Plant] [City/State] possibly other plants owned by _Perdue Farms Inc._. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _13_ day of _March_, 2007.

_Eleanor Elane Vickers_     _Eleanor Elane Vickers_
[PRINT NAME]                [SIGN NAME]