IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARRYL ANDERSON, et. al.,** § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. |
| v. § | 1:06-cv-01000-MEF-WC |
| § | |
| **PERDUE FARMS INC.,** § | |
| § | |
| Defendant. § | |
| § | |

**NOTICE OF FILING ADDITIONAL**
**NOTICES OF CONSENT TO JOIN**

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, JUANITA JOHNSON, JACQUELINE MOORE, LEVORNE WEST, similarly situated employees to Plaintiffs who likewise are or were subjected to the illegal pay practices at issue and who wish to join the above-captioned lawsuit.

Dated:  June 15, 2007               Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 930-6900 (Phone)

(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

– and –

Richard B Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, FL 33324
(954) 318-0268 (Phone)
(954) 333-3515 (Fax)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on June 15, 2007, I electronically filed the foregoing Notice of Filing Additional Notices of Consent to Join with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

| | |
|---|---|
| Sandra B. Reiss<br>sandra.reiss@odnss.com | Lance Harrison Swanner<br>lswanner@cochranfirm.com |
| James J. Kelley<br>jkelley@morganlewis.com | Bernard D. Nomberg<br>bnomberg@cochranfirm.com |
| Brian Z. Liss<br>bliss@morganlewis.com | Samuel A. Cherry, Jr.<br>scherry@cochranfirm.com |

                                        /s/ Robert J. Camp
                                        **ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Juanita Johnson__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue farms__ at
[Name of plant]
the facility located in __Dothan, AL__. I worked at this location from
[City/State]
__9/30/05__ to __4/11/06__.
[Date]       [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue farms__ plant in __Dothan, AL__, and
[Name of Plant]                                 [City/State]
possibly other plants owned by __Perdue farms__. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __18__ day of __May__, 2007.

__Juanita Johnson__         __Juanita Johnson__
[PRINT NAME]                [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

___Jacqueline A Moore___ states the following:
　　　　[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farms__ at
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[Name of plant]
   the facility located in __Dothan, Al__. I worked at this location from
　　　　　　　　　　　　　　　[City/State]
   __May 1999__ to __June 06__.
   　　[Date]　　　　　　[Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue Farms__ plant in __Dothan, Al__, and
   　　　　　　　　　　　　　[Name of Plant]　　　　　　　　　　　[City/State]
   possibly other plants owned by __Perdue Farms__. If brought as a class
   　　　　　　　　　　　　　　　　　　　[Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __26__ day of __May__, 2007.


__Jacqueline A Moore__　　　　　__Jacqueline A Moore__
[PRINT NAME]　　　　　　　　　　　　[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Lievorne West_ [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Perdue Farms_ [Name of plant] at the facility located in _Dothan / Alabama_ [City/State]. I worked at this location from _March 17, 2005_ [Date] to _Present_ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ [Name of Plant] plant in _Dothan / Alabama_ [City/State], and possibly other plants owned by _Perdue Farms_ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _29_ day of _May_, 2007.

_Levorne West_
[PRINT NAME]

_Levorne West_
[SIGN NAME]