IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-1000-MEF |
| ) | |
| PERDUE FARMS INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Motion for Leave to File First Amended Complaint (Doc. # 28) filed on March 13, 2007, it is hereby ORDERED that the motion is GRANTED.

DONE this the 25th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE