IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARRYL ANDERSON, et. al.,** § | |
| § | |
| Plaintiffs, § | |
| § | **CIVIL ACTION NO.** |
| v. § | **1:06-cv-01000-MEF-WC** |
| § | |
| **PERDUE FARMS INC.,** § | |
| § | |
| Defendant. § | |
| § | |

**NOTICE OF FILING ADDITIONAL**
**NOTICES OF CONSENT TO JOIN**

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, RICKY EDWARDS, YVONDIA BLACK, OSCAR TRUITT, JR., similarly situated employees to Plaintiffs who likewise are or were subjected to the illegal pay practices at issue and who wish to join the above-captioned lawsuit.

Dated: <u>October 31, 2007</u>        Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, AL 35203
(205) 930-6900 (Phone)

(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

– and –

Richard B Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, FL 33324
(954) 318-0268 (Phone)
(954) 333-3515 (Fax)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 31, 2007, I electronically filed the foregoing Notice of Filing Additional Notices of Consent to Join with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

| | |
|---|---|
| Sandra B. Reiss | Lance Harrison Swanner |
| sandra.reiss@odnss.com | lswanner@cochranfirm.com |
| | |
| James J. Kelley | Bernard D. Nomberg |
| jkelley@morganlewis.com | bnomberg@cochranfirm.com |
| | |
| Brian Z. Liss | Samuel A. Cherry, Jr. |
| bliss@morganlewis.com | scherry@cochranfirm.com |

                                            /s/ Robert J. Camp
                                            **ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Ricky Edwards_ [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Perdue Farms_ [Name of Plant] at the facility located in _Dothan Ala_ [City/State]. I worked at this location from _07/2003_ [Date] to _2007_ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ [Name of Plant] plant in _Dothan Ala_ [City/State], and possibly other plants owned by _Perdue Farms_ [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _10_ day of _August_, 2007.

_Ricky Edwards_
[PRINT NAME]

_Ricky Edwards_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Yvondia Black__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farm__ at [Name of Plant] the facility located in __Dothan Ala__. I worked at this location from [City/State] __1/4/04__ to __2/17/06__.
[Date]    [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action, covering employees at the __Perdue farm__ plant in __Dothan Ala__, and [Name of Plant]    [City/State] possibly other plants owned by __Perdue farm__. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __11__ day of __October__, 2007.

__Yvondia Black__                __Yvondia Black__
[PRINT NAME]                     [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Oscar Truitt Jr_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Perdue Farms_ at
   [Name of Plant]
   the facility located in _Dothan AL_. I worked at this location from
   [City/State]
   _10/03_ to _9/04_.
   [Date]    [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan AL_, and
   [Name of Plant]                    [City/State]
   possibly other plants owned by _Perdue Farms_. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _24_ day of _September_, 2007.

_Oscar Truitt, JR._          _Oscar Truitt, Jr._
[PRINT NAME]                  [SIGN NAME]