IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, individually and on behalf of all others similarly situated, *et al.*, )<br>)<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>PERDUE FARMS INCORPORATION, )<br>)<br>Defendant. ) | CASE NO. 1:06-cv-1000-MEF |

## **O R D E R**

Upon consideration of the plaintiffs' Motion for an Order Permitting Court Supervised Notice to Employees of Their Opt-In Rights (Doc. #49) filed on November 5, 2007, it is hereby ORDERED that:

1 The defendant file a response which shall include a brief and any evidentiary materials on or before November 26, 2007.

2. The plaintiffs may file a reply brief on or before December 3, 2007.

DONE this the 13th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE