IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-1000-MEF |
| ) | |
| PERDUE FARMS INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Consent Motion for Extension of Time (Doc. # 51) filed by Defendant, it is hereby

ORDERED that the motion is GRANTED. The deadline for Defendant's response to Plaintiffs' Motion for an Order Permitting Court Supervised Notice to Employees of Their Opt-in Rights (Doc. # 49) is extended from November 26, 2007 to January 14, 2008. The deadline for Plaintiffs' reply is extended from December 3, 2007 to January 21, 2008.

Done on this 20th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE