## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARRYL ANDERSON, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **1:06-cv-01000-MEF-WC** |
| | § | |
| **PERDUE FARMS, LLC.** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## CONFLICT DISCLOSURE STATEMENT

**COME NOW** Shanetha Adams, Gloria Allen, Janice Allen, Sarah M. Allen, Darryl Anderson, Henrietta Andrews, Horris Andrews, Alphonso Anglin, Ilene Anthony, Patricia Austin, Sherry J. Barber, Amy Barkley, Marilyn Battle, Norva Baxter, Kenneth Beachem, Cassandra Belcher, Katina Binion, Norline Black, Yvondia Black, Louronda Walker Bolden, Olivia Brackins, Carllean Brantley, Bobby J. Brewer, Gloria J. Brown, Mary Bryant, Henry Bullock, Sandra Burks, Angela Burks-Carlisle, Norman Butler, Geneva Bynum, Deborah Carroll, Carolyn Cochran, Deborah Cochran, Tacheka Collins, Lateisha M. Cook, Terrance Crews, Shirley Critten, Katrina Cuff, Dorothy Daniels, James Daniels, Anthony Davis, Catherine Davis, Lashondra Davis, Senitra Davis, Tomika Dawkins, Roderick Dent, Ulysses Dickey, Marsha Dixon, Angela Dunbar, Robert L. Dunton, Sr., Allie Dupree, Mary Eaford, Ricky Edwards, Clifton Ray Enoch, Tamekia Favors, Helen

Flagg, Maria F. Flowers, Tonya Ford, Dorothy Foster, Guyzarick Frazier, Tonya

Y. Frederick, Bryan Freeman, Linda Freeman, Shameka Freeman, Debra A. Fudge,

Velverlyn A. Gibson, Alonzo Gilbert, Cheryl Gilbert, LaShanda Glenn, Louise

Glover, Debra Goodwin, Stacey Goss, Corey Grier, Janice Grier, Darius Griffin,

Veta Griffin, Anthony Grubbs, Michael Hale, Walter Hamilton, Brandon Hanks,

Angela Haynes, Belinda Henderson, Tammie Henderson, Wellington Henderson,

Sharon Hester, Clarice Hicks, Annie M. Hodge, Donald Holley, Jerry Holloway,

Veronice Howie, Christina Ingram, James Isom, Betty Jackson, Deanna Jackson,

Elisha A. Jackson, Latonya Jackson, Philip Jackson, Willie Jackson, Angela Jay,

Barbara Dent Johnson, Brenda L. Johnson, Charlie Johnson, Horace L. Johnson,

Juanita Johnson, Vanesther Johnson, Gregory Johnson, Brandy L. Jones, Shawn

Jones, Willie Jones, Laqunda Kegler, Katrina Denise Kennedy, Felecia King,

Pamela King, Roy L. King, Stephanie M. Lampley, Deborah J. Langston-Love,

Constance Lee, Demetrice Lee, Gwendolyn Lee, Jackie Lee, Janet Lee, Joann Lee,

Harry Lett, Teketa Lewis, Delores Linder, Narada Lloyd, Horace Love, Petronia

Love, Leander Lynn, Lacy Martin, Michael McCallister, Britannica McCoy,

Carolyn L. McCoy, Scottie McDonald, Willie C. McGriff, Latasha Miller, Jerri

Mitchell, Ezzard Moore, Jacqueline Moore, Shirley Moore, Polly Mosley, Tyrone

Murrell, Don Murry, Dionne D. Neal, Billie Jo Newby, Betty Oliver, Samuel

Oliver, Annie R. Pearson, Cynthia Perry, Linda Pollard, Patricia Pollock, Major

Ladon Powell, Theresa Powell, Shirley Price, Latonja Ramsey, Kizzy Lynette

Reed, Evelyn T. Reese, Jestean Reese, Cathelene Register, Rosie Register, Toyya

Rogers, Napoleon Rollins, Yvonne Saffold, Diane Samples, Cecil A. Satchell,

James Severson, Diane Sewell, Felisha Simon, Carlos Simpson, Greg Simpson,

Gloria Smith, Hattie N. Smith, Kenyarta Smith, Latoya Smith, Ray Smith, Stephan

Smith, Thaya Smith, Tyronza Smith, Eddie Snell, Estell Snell, Melissa Snell,

Randy Sol, Jr., Anthony Sol, Jonas Sol, Jacqueline Stanford, Ray Charles Starks,

Angela Strum, Clifford Terry, Annie Thomas, Dennis Thomas, Kenneth Thomas,

Stella M. Thomas, Cyrenthia Thompson, Cornelia L. Thornton, Sherman Thorton,

Willie Thornton, Michelle Tiller, Monty Townsend, Oscar Truitt, Jr., Lisa Turner,

Yvette Turner, Maxure E. Underwood, Nicholas Upson, Keitha Venable, Antonio

Vickers, R. L. Vickers, Eleanor E. Vickers, Bennie Walker, Kelvin Walker, Sandy

Walker, Katrina Ward, Mary Washington, Teresa Watford, Christopher Watson,

Von D. Watson, Levorne West, Erica Whigan, Jimmy R. White, Regina M.

Whitfield, Diane Wiggins, Mattie Wilbon, Andrea Williams, Angela Williams,

Antonio Williams, Calvin Williams, Edward Charles Williams, Eveleta Williams,

Maxine Williams, Natasha Williams, Teresa Williams, Bobbie Wilson, Jacquelyne

Wilson, Queen E. Wilson, Cortez Wimberly, Lisa Wimberly, Annie Woodley,

Angela Woods, Kimberly Worlds, Christopher Wright, Curtis Wymes and Michael

Young, Plaintiffs in the above-captioned matter, and in accordance with the order

of this Court, make the following disclosure concerning parent companies,

subsidiaries, partners, limited liability entity members and managers, trustees (but

not trust beneficiaries), affiliates, or similar entities reportable under the provisions

of the Middle District of Alabama's General Order No. 3047:

**All Plaintiffs in this action are individuals.**

Dated:  December 14, 2007                          Respectfully submitted,

                                                                    **THE COCHRAN FIRM, P.C.**

                                                                    /s/ Robert J. Camp
                                                                    **ROBERT J. CAMP**
                                                                    505 North 20th Street, Suite 825
                                                                    Birmingham, AL  35203
                                                                    (205) 930-6900 (Phone)
                                                                    (205) 930-6910 (Fax)


         – and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)


                                                                    *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 14, 2007, I electronically filed the foregoing Conflict Disclosure Statement with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Samuel A. Cherry, Jr.
scherry@cochranfirm.com
samcherry@cochranfirm.com

Bernard D Nomberg
bnomberg@cochranfirm.com

Lance Harrison Swanner
lanceswanner@cochranfirm.com

Brian Z. Liss
bliss@morganlewis.com

Sandra B. Reiss
sandrareiss@odnss.com
cheryl.hosey@odnss.com

James J. Kelley
jkelley@morganlewis.com

/s/ Robert J. Camp
**ROBERT J. CAMP**