IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. 1:06-cv-01000-MEF-WC |
| v. | ) |
| | ) |
| PERDUE FARMS , INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Plaintiffs' Motion to Quash Notices of Deposition and Stay Discovery Pending the Court's Decision on Plaintiffs' Motion for Court Supervised Notice (Doc. # 55), it is hereby

ORDERED that Defendant show cause on or before December 19, 2007 as to why this motion should not be granted.

Done on this 17th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE