IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, individually and on behalf of all others similarly situated, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>PERDUE FARMS INCORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 1:06-cv-1000-MEF<br>)<br>)<br>)<br>) |

## **O R D E R**

Upon consideration of the defendant's Motion to Set Aside Order Staying Discovery (Doc. #60) filed on January 14, 2008, it is hereby

ORDERED that the plaintiffs show cause in writing on or before January 24, 2008 as to why the motion should not be granted.

DONE this the 17th day of January, 2008.

　　　　　　　　　　　　　　　　　　　／s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE