## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARRYL ANDERSON, et. al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **1:06-cv-01000-MEF-WC** |
| | § | |
| **PERDUE FARMS INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

### NOTICE OF FILING ADDITIONAL
### <u>NOTICES OF CONSENT TO JOIN</u>

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, DANIEL E. BATES, HARRY EUGENE SIMMONS, ANNIE KNIGHT and JOHN F. INGRAM, similarly situated employees to Plaintiffs who likewise are or were subjected to the illegal pay practices at issue and who wish to join the above-captioned lawsuit.

Dated: <u>January 18, 2008</u>    Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

– and –

Richard B Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, FL 33324
(954) 318-0268 (Phone)
(954) 333-3515 (Fax)

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>January 18, 2008</u>, I electronically filed the foregoing notice with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Sandra B. Reiss
<u>sandra.reiss@odnss.com</u>

Lance Harrison Swanner
<u>lswanner@cochranfirm.com</u>

James J. Kelley
<u>jkelley@morganlewis.com</u>

Bernard D. Nomberg
<u>bnomberg@cochranfirm.com</u>

Brian Z. Liss
<u>bliss@morganlewis.com</u>

Samuel A. Cherry, Jr.
<u>scherry@cochranfirm.com</u>

/s/ Robert J. Camp
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Daniel E Bates_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms_ at
the facility located in _Dothan, AL_. I worked at this location from
[Name of Plant]
[City/State]
_12/1/03_ to _8/9/05_.
[Date]      [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan AL_, and
[Name of Plant]
[City/State]
possibly other plants owned by _Perdue Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _October_, 2007.

_Daniel E Bates_                    _Dl R Bates_
**[PRINT NAME]**                    **[SIGN NAME]**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Harry Eugene Simmons_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Perdue Farms_ at
     [Name of Plant]
     the facility located in _Dothan, Alabama_. I worked at this location from
     [City/State]
     _9-30-06_ to _Present_.
     [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, Alabama_, and
     [Name of Plant]                         [City/State]
     possibly other plants owned by _Perdue Farms_. If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _5th_ day of _November_, 2007.

_Harry E Simmons_                    _Harry C Simmons_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Annie Knight _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by ___Per due___ at the facility located in ___Dothan Ala___. I worked at this location from
[Name of Plant]
___1989___ to ___2007___.
[Date]                    [Date, or if still working write "present"]
[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the ___Per due___ plant in ___Dothan Ala___, and
[Name of Plant]                          [City/State]
possibly other plants owned by ___Per due___. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the ___6___ day of ___November___ 2007.

___Annie P Knight___                    ___Annie P. Knight___
[PRINT NAME]                                 [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_John F. Ingram_     states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by _Perdue Farm_ at
    [Name of Plant]
    the facility located in _Dothan Alb._ . I worked at this location from
    [City/State]
    _Dec. 4. 1996_ to _Present_ .
    [Date]         [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the _Perdue Farm_ plant in _Dothan Alb._ , and
    [Name of Plant]        [City/State]
    possibly other plants owned by _Perdue Farm_ . If brought as a class
    [Name of Plant]
    action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _30_ day of _October_ , 2007.

_John F. Ingram_
[PRINT NAME]

_John F. Ingram_
[SIGN NAME]