IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case Action No.: |
|  | ) 1:06-cv-1000-MEF-WC |
|  | ) JURY TRIAL DEMANDED |
| PERDUE FARMS INCORPORATED, | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.1(e), the undersigned counsel notifies this Court of the withdrawal of the appearance of counsel Brian Z. Liss for Defendant, Perdue Farms, Incorporated. James J. Kelley of Morgan, Lewis & Bockius LLP and Sandra B. Reiss of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. remain counsel of record for Perdue Farms, Incorporated. This withdrawal is with the client's consent and will not interrupt the orderly operation of the court or be unfair to the client.

Dated: February 29, 2008

1-WA/2931700.1

| | |
|---|---|
| Respectfully submitted, | */s/  Brian Z. Liss* |
| | James J. Kelley (admitted pro hac vice) |
| | D.C. Bar No. 194746 |
| | 202-739-5095 |
| | jkelley@morganlewis.com |
| | Brian Z. Liss (admitted pro hac vice) |
| | D.C. Bar No. 468886 |
| | 202-739-5579 |
| | bliss@morganlewis.com |
| | Morgan, Lewis & Bockius LLP |
| | 1111 Pennsylvania Avenue, N.W. |
| | Washington, DC  20004 |
| | 202-739-3001 (fax) |
| | |
| | Sandra B. Reiss |
| | Alabama Bar No.  ASB-3650-S80S |
| | Ogletree, Deakins, Nash, |
| | Smoak & Stewart, P.C. |
| | One Federal Place, Suite 1000 |
| | 1819 5th Avenue North |
| | Birmingham, Alabama 35203 |
| | 205-328-1900 |
| | 205-328-6000 (fax) |
| | sandra.reiss@odnss.com |

*Counsel for Defendant, Perdue Farms Incorporated*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the Notice of Withdrawal of Appearance of Brian Z. Liss has been electronically filed on this 29th day of February 2008 using the CM/ECF system which will send a notice of electronic filing as well as the full text of the Notice to Plaintiffs' counsel of record who are confirmed to be individually registered for e-filing and will receive the same electronically from the Court.

*/s/Brian Z. Liss*
Brian Z. Liss (admitted pro hac vice)
D.C. Bar No. 468886
202-739-5579
bliss@morganlewis.com
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
202-739-3001 (fax)

*Counsel for Defendant Perdue Farms, Incorporated*

1-WA/2931700.1