IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, *et al.*, ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-1000-MEF |
| ) | |
| PERDUE FARMS INCORPORATED, ) | |
| ) | |
|    Defendant. ) | |

## **ORDER**

Upon consideration of the Notice of Withdrawal of Appearance (Doc. # 66), which the Court construes as a Motion to Withdraw, it is hereby

ORDERED that the motion is GRANTED.

Done on this the 4th day of March, 2008.

                                              /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE