IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRYL ANDERSON, et. al., | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 1:06-cv-01000-MEF-WC |
| PERDUE FARMS. INC., | § § § | |
| Defendant. | § § | |

## NOTICE OF FILING ADDITIONAL
## NOTICES OF CONSENT TO JOIN

Plaintiffs give notice of filing the attached Notices of Consent to Join executed by, DENISE DOUGLAS, and similarly situated employees to Plaintiffs who, likewise, are or were subjected to the illegal pay practices at issue and who wish to join the above-captioned lawsuit.

Dated: March 7, 2008           Respectfully submitted,

                               **THE COCHRAN FIRM, P.C.**

                               /s/ Robert J. Camp
                               **ROBERT J. CAMP**
                               **BERNARD D. NOMBERG**
                               505 North 20th Street, Suite 825
                               Birmingham, AL  35203
                               (205) 930-6900 (Phone)
                               (205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

– and –

Richard B Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, FL 33324
(954) 318-0268 (Phone)
(954) 333-3515 (Fax)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on <u>March 7, 2008</u>, I electronically filed the foregoing Notice of Filing Additional Notices of Consent to Join with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

James J. Kelly
Attorney for Defendant
jkelley@morganlewis.com

Sandra Beth Reiss
Attorney for Defendant
Sandra.reiss@odnss.com

Robert Camp
Attorney for Plaintiffs
rcamp@cocharanfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Lance Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

            /s/ Robert J. Camp
            **ROBERT J. CAMP**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Denise Douglas [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Perdue Farms [Name of Plant] at the facility located in Dothan AL [City/State]. I worked at this location from 9-2003 [Date] to 5-2005 [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Perdue Farms [Name of Plant] plant in Dothan AL [City/State], and possibly other plants owned by Perdue Farms [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 20 day of August, 2007.

Denise Douglas
[PRINT NAME]

Denise Douglas
[SIGN NAME]