IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, individually and on behalf of all others similarly situated, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> PERDUE FARMS INCORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO. 1:06-cv-1000-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion to Stay (Doc. #69) filed on March 7, 2008, it is hereby

ORDERED that the plaintiffs show cause in writing on or before March 18, 2008 as to why the motion should not be granted.

DONE this the 11th day of March, 2008.

                                                  /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE