IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 MAR 18 A 10: 10
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DARRYL ANDERSON, HORRIS ANDREWS, OLIVIA BRACKINS, GUYZARICK CARSAR FRAZIER, DEANNA JACKSON, HARRY LETT, ANGELA M. WILLIAMS, SHANETHA R. ADAMS, KATINA BINION, NORLINE BLACK, GENEVA BYNUM, ANTHONY D. DAVIS, VELVERLYN ANN GIBSON, VETA GRIFFIN, WALTER J. HAMILTON, CLARICE HICKS, LAQUNDA KEGLER, ROY LEE KING, HORACE LOVE, BRITANNICA MCCOY, CAROLYN L. MCCOY, DON MURRY, BILLY JOE NEWBY, FELISHA SIMON, HATTIE N. SMITH, RANDY SOL JR., MICHELLE TILLER, KATRINA WARD and ANNIE J. WOODLEY  Plaintiffs,  v.  PERDUE FARMS INCORPORATED, a Maryland corporation doing business in Alabama,  Defendant. | Case Action No.: 1:06-CV-1000-MEF-WC  JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION TO APPEAR PRO HAC VICE

I, Lexer I. Quamie, state as follows:

1.  I am an attorney with the law firm of Morgan, Lewis & Bockius LLP, which is representing the Defendant Perdue Farms Incorporated, in this case.

1-WA/2933115.1

2. I am a member in good standing of the State of New York Bar and the Bar of the District of Columbia.

3. I am authorized to practice in and am in good standing with the District of Columbia Court of Appeals and The United States District Court for the District of Columbia. A Certificate of Good Standing is attached hereto as "Exhibit A." I am also admitted to practice in the United States Court of Appeals for the Fourth Circuit, and the United States District Court for the District of Maryland.

4. I am familiar with all rules and regulations governing proceedings in federal court, and certify that I have read and am familiar with the Uniform Local Rules of the United States District Court for the Middle District of Alabama.

5. I certify that I have studied the local rules and agree that, unless permitted to withdraw sooner by order of the Court, will continue to represent the Defendant Perdue Farms, Inc., in these proceedings until the final determination thereof.

6. I understand that, with reference to all matters incident to these proceedings, I will be deemed to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in preparation for, proceedings in this case.

Dated: 12th day of March, 2008.

                                                Respectfully submitted,

                                                Lexer I. Quamie
                                                MORGAN, LEWIS & BOCKIUS LLP
                                                1111 Pennsylvania Avenue, N.W.
                                                Washington, D.C. 20004
                                                Telephone: 202-739-5579
                                                Facsimile: 202-739-3001

                                                ATTORNEY FOR PERDUE FARMS
                                                INCORPORATED

# EXHIBIT A

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW

Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**LEXER   I.   QUAMIE**

was, on the  1st  day of  October  A.D.  2007  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  12th  day of  March  A.D. 2008.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
Deputy Clerk

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004358
Cashier ID: khaynes
Transaction Date: 03/18/2008
Payer Name: MORGAN LEWIS BOCKIUS
------------------------------------
PRO HAC VICE
 For: LEXER I QUAMIE
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
------------------------------------
CHECK
 Check/Money Order Num: 134117
 Amt Tendered:  $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

Anderson et al v. Perdue Farms
Incorporated

MPHV- Lexer I. Quamie
```