IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DARRYL ANDERSON, individually          )
and on behalf of all others similarly  )
situated, *et al.*,                    )
                                       )
      Plaintiffs,         )
v.                                     )          CASE NO. 1:06-cv-1000-MEF
                                       )
PERDUE FARMS INCORPORATION,            )
                                       )
      Defendant.          )

# **O R D E R**

Upon consideration of the Motion for Lexer I. Quamie to Appear *Pro Hac Vice* (Doc.

#71) filed on March 18, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this 20th day of March, 2008.

                /s/ Mark E. Fuller
           CHIEF UNITED STATES DISTRICT JUDGE