IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,

| | | |
|---|---|---|
| DARRYL ANDERSON, et al., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 1:06-cv-01000-MEF-WC |
| PERDUE FARMS, INC., | § § § | |
| Defendant. | § § | |

**PLAINTIFFS' MOTION FOR LEAVE TO
FILE RESPONSE TO DEFENDANT'S SUPPLEMENT DOC. # 74**

Plaintiffs' request this Court grant them leave to file a Response to Defendant's March 28, 2008 filing of supplemental authority, Doc. # 74, in support of their Motion to Stay, Doc. # 69.

Dated: March 31, 2008            Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP
BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, AL 35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

– and –

Richard B Celler
**MORGAN & MORGAN, P.A.**
284 South University Drive
Fort Lauderdale, FL 33324
(954) 318-0268 (Phone)
(954) 333-3515 (Fax)

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on <u>March 31, 2008</u>, I electronically filed the foregoing Motion with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

James J. Kelly
Attorney for Defendant
jkelley@morganlewis.com

Sandra Beth Reiss
Attorney for Defendant
Sandra.reiss@odnss.com

Robert Camp
Attorney for Plaintiffs
rcamp@cocharanfirm.com

Bernard D. Nomberg
Attorney for Plaintiffs
bnomberg@cochranfirm.com

Lance Swanner
Attorney for Plaintiffs
lswanner@cochranfirm.com

Richard B. Celler
Attorney for Plaintiffs
rceller@forthepeople.com

Lexer I. Quamie
Attorney for Defendant
lquamie@morganlewis.com

                          /s/ Robert J. Camp
                          **ROBERT J. CAMP**