IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-1000-MEF |
| ) | |
| PERDUE FARMS INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Defendant's Motion to Stay Issuance of Court-Supervised Notice (Doc. # 69), it is hereby ORDERED as follows:

(1) The motion is DENIED.

(2) Plaintiffs' Motion for Leave to File Response to Defendant's Supplement Doc. # 74 (Doc. # 75) is DENIED as moot.

Done this the 28th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE