IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-1000-MEF |
| ) | |
| PERDUE FARMS INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

The proposed notice submitted by the parties is approved and may be sent to potential opt-in Plaintiffs. Furthermore, it is hereby ORDERED as follows:

(1) Plaintiffs shall mail the Notice to the class of potential opt-in Plaintiffs conditionally certified on or before May 9, 2008.

(2) Plaintiffs shall file all Consents to Become Party Plaintiffs in this lawsuit within sixty (60) days of the Notice being mailed to the class of potential opt-in Plaintiffs conditionally certified.

Done this the 28th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE