IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, individually ) <br> and on behalf of all others similarly ) <br> situated, *et al.,* ) <br>   ) <br>     Plaintiffs, ) <br> v. ) <br>   ) <br> PERDUE FARMS INCORPORATION, ) <br>   ) <br>     Defendant. ) | CASE NO. 1:06-cv-1000-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #78) filed on May 17, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on June 11, 2008.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before June 4, 2008. The defendant may file a reply brief on or before June 11, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 20th day of May, 2008.

                                              /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE