# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARRYL ANDERSON, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **1:06-cv-1000-MEF** |
| | § | |
| **PERDUE FARMS, LLC.** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiff hereby files the following Notices of Consent in connection with the above-titled and numbered actions, attached hereto:

1. Coffy Beaty
2. Jeffery D. Bigham
3. Annette Bradley
4. Crystal Butler
5. Shannon Chambers
6. Patrice D. Condry
7. Norman L. Critten
8. Shirley J. Critten
9. Kevis Dickson
10. Bernid Dunlap
11. RonDale Dunlap
12. Lavra V. Edward
13. Sandra Ethridge
14. Luretha Flowers
15. Gaberial D. Franklin
16. Malissia Glassow
17. Jamal Graham
18. Violet Green
19. Letha A. Grier
20. Tara Grissom Hunter

21.    Homer Harper
22.    Mary R. Harris
23.    Derris Henson
24.    Quenthorsha E. Hill
25.    Vanessa A. Hunter
26.    Carl Ingram
27.    Demetreran Jackson
28.    Kenneth Jones
29.    Jeffrey J. Lee
30.    Dorothy Lyles
31.    Sharon Martin
32.    Orlondo Maybin
33.    Mary MccClendon
34.    Felicia McGhee
35.    T.J. McGriff
36.    Yvette  S. McMiller
37.    Perry McPherson
38.    Stacey Meadows
39.    Angela Meeks
40.    Rojellio Morales
41.    Anthony Newby
42.    David T. Newby
43.    Tracy Newman
44.    Eddie J. Nunnally
45.    Diane Perdue
46.    Veronica Peterman
47.    Nicole Pinkney
48.    David M. Pride
49.    Stacey Ransom
50.    Shirley A. Ray
51.    Rodney Rhodes
52.    Ron Robinson
53.    Sarah Roseborough
54.    Erica Saffold
55.    Mary Joyce Smith
56.    Eddie C. Snell
57.    Edward Tharp
58.    Willie d, Thomas
59.    Kimberly Thornton
60.    Marla Tinson
61.    Oshaun Walker
62.    Sandra Walker
63.    Brenda J. Warren
64.    Brandy Whatley

65.    Latisha Baxter

Dated:  May 29, 2008                    Respectfully submitted,

                                        **THE COCHRAN FIRM, P.C.**

                                        /s/ Robert J. Camp

                                        **ROBERT J. CAMP**
                                        **BERNARD D. NOMBERG**
                                        505 North 20th Street, Suite 825
                                        Birmingham, AL  35203
                                        (205) 930-6900 (Phone)
                                        (205) 930-6910 (Fax)

            – and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>May 29, 2008</u> I electronically filed the above

Notice with the Clerk of the District Court using CM/ECF System, which sent

notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiff
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiff
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiff
bnomberg@cochranfirm.com

Robert J. Camp
Attorney for Plaintiff
rcamp@cochranfirm.com

James Kelley
Attorney for Defendant
jkelley@morganlewis.com

Sandra Reiss
Attorney for Defendant
Sandra.reiss@odnss.com

Richard B. Celler
Attorney for Plaintiff
Richard@cellarlegal.com

/s/ Robert J. Camp_____
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Brandy Whatley_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farm_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _July 2006_    to    _Sept 2007_.
[Date]              [Date or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _16_ day of _May_, 2008

_Brandy Whatley_
[PRINT NAME]

_Brandy Whatley_
[SIGN NAME]

_1209 E. Lafayette St._
[PRINT STREET ADDRESS]

_Dothan, Al 36301_
[PRINT CITY, STATE, ZIP CODE]

_(334) 701 1499_
[PRINT CELL PHONE NUMBER]

_(334) 333 6036_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Brenda J Warren states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by Perdue Farms
[Employer]
at the facility located in Dothan, Alabama.  I worked at this location from 1D-05-07 to 11-14-07.
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 20 day of ___May___, 2008

Brenda J Warren
[PRINT NAME]

2510 Kristie Rd
[PRINT STREET ADDRESS]

334-805-9939
[PRINT CELL PHONE NUMBER]

Brenda Q Warren
[SIGN NAME]

Dothan Al 36303
[PRINT CITY, STATE, ZIP CODE]

334-803-0281
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Sandy Walker_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms_____
[Employer]
at the facility located in Dothan, Alabama.  I worked at this location from _June 7, 2003_ to _Present_____.
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _16_ day of _May_____, 2008

_Sandy Walker_____
[PRINT NAME]

_3669 Lingo Rd.____
[PRINT STREET ADDRESS]

_(334) 714-1666___
[PRINT CELL PHONE NUMBER]

_Sandy Walker_____
[SIGN NAME]

_Dothan, Alabama 36303_
[PRINT CITY, STATE, ZIP CODE]

_N/A_____
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Oshaun Walker _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue farms _____
      [Employer]
      at the facility located in Dothan, Alabama. I worked at this

      location from Sept 3 2007 _____ to Jan 7 2008 _____.
      [Date]                        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the 16 day of May _____, 2008

Oshaun Walker _____
[PRINT NAME]

Oshaun Walker _____
[SIGN NAME]

208 Terrace Drive _____
[PRINT STREET ADDRESS]

206 Headland AL 36345 _____
[PRINT CITY, STATE, ZIP CODE]

(334) 791-5937 _____
[PRINT CELL PHONE NUMBER]

(334) 791-5811 _____
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Marla Tinson _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by Perdue Farms _____
[Employer]

   at the facility located in Dothan, Alabama.  I worked at this

   location from _10 - 06_____ to _12-06_____.
            [Date]           [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

   I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

   I swear or affirm that the foregoing Statements are true to the best of my knowledge.

   DATED the _17_ day of _May_____, 2008

Marla Tinson_____
[PRINT NAME]

Marla Tinson_____
[SIGN NAME]

88 Flowers Drive_____
[PRINT STREET ADDRESS]

Blakely, GA 39883_____
[PRINT CITY, STATE, ZIP CODE]

229-308-1212_____
[PRINT CELL PHONE NUMBER]

229-723-8627_____
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Kimberly Thornton states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms [Employer] at the facility located in Dothan, Alabama.  I worked at this location from October 05 [Date] to February 07 [Date, or if still working write "present"].

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 19 day of May , 2008

Kimberly Thornton
[PRINT NAME]

Kimberly Thornton
[SIGN NAME]

411 Damascus St Apt 23
[PRINT STREET ADDRESS]

Blakely Ga 39823
[PRINT CITY, STATE, ZIP CODE]

229-308-9368
[PRINT CELL PHONE NUMBER]

229-723-7241
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Willie D Thomas__ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by __Purdue Farms__
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from __1-20-96__ to __present__
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __19__ day of __May__, 2008

__Willie D Thomas__
[PRINT NAME]

__Willie D Thomas__
[SIGN NAME]

__917 Third Ave. Apt #3__
[PRINT STREET ADDRESS]

__Dothan, Al  36301__
[PRINT CITY, STATE, ZIP CODE]

__(334) 702-6680__
[PRINT HOME PHONE NUMBER]

_____
[PRINT CELL PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

EDWARD THARP        states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by PERDUE FARMS
     [Employer]

     at the facility located in Dothan, Alabama.  I worked at this

     location from 01 19 00    to    PRESENT .
                       [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the 19 day of MAY , 2008

EDWARD THARP
[PRINT NAME]

[SIGN NAME]

804 S. USSERY St.
[PRINT STREET ADDRESS]

DOTHAN AL, 36301
[PRINT CITY, STATE, ZIP CODE]

(334) 648 2345
[PRINT CELL PHONE NUMBER]

(334) 446 0371
[PRINT HOME PHONE NUMBER]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Eddie C. Snell_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue FARM_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _19 APRiL 91_ to _PReSeNT_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _19_ day of _MAY_, 2008

_Eddie C. Snell_
[PRINT NAME]

_Eddie C. Snell_
[SIGN NAME]

_251 Bluff SPRiNg_
[PRINT STREET ADDRESS]

_AshFord, ALA  36312_
[PRINT CITY, STATE, ZIP CODE]

_1-334-899-4778_
[PRINT HOME PHONE NUMBER]

_____
[PRINT CELL PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

MARcy Joyce _Smith_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farm_
      [Employer]

      at the facility located in Dothan, Alabama.  I worked at this

      location from _1998_ to _2006_.
                    [Date]         [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _17_ day of _MAY_, 2008

_MARy J. Smith_                          _Mary Joyce Smith_
[PRINT NAME]                             [SIGN NAME]

_412 Decatur St._                        _412 Decatur Street_
[PRINT STREET ADDRESS]                   [PRINT CITY, STATE, ZIP CODE]

_229-246-5240_                           _229-246-5240_
[PRINT CELL PHONE NUMBER]                [PRINT HOME PHONE NUMBER]
_a Contact Number_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Erica Saffold_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farm_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _NOV 14 2006_ to _March 10-11 2007_
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _May 16_ day of _Thursday_, 2008

_Erica Saffold_
[PRINT NAME]

_Erica Saffold_
[SIGN NAME]

_113 Alice St_
[PRINT STREET ADDRESS]

_Ashford Al 36312_
[PRINT CITY, STATE, ZIP CODE]

_334) 899-6590_
[PRINT CELL PHONE NUMBER]

_334) 435-5646_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_Sarah Roseborough_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly, employed by _Perdue Farms_
    [Employer]

    at the facility located in Dothan, Alabama.  I worked at this

    location from _October 2006_ to _January 2007_.
    [Date]                    [Date, or if still working write "present"]

3.  I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the _17_ day of _May_, 2008

_Sarah Roseborough_
[PRINT NAME]

_Sarah Roseborough_
[SIGN NAME]

_409 Hogan Ave_
[PRINT STREET ADDRESS]

_Blakely Ga 39823_
[PRINT CITY, STATE, ZIP CODE]

_(229) 308-5966_
[PRINT CELL PHONE NUMBER]

_Same as cell_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Ron Robinson_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Purdue_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _May 97_         to   _June 06_        .
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _16_ day of _May_         , 2008

_Ron Robinson_                    _Ron Robinson_
[PRINT NAME]                      [SIGN NAME]

_2095 Tanner RP_                  _Marianna, FL 32448_
[PRINT STREET ADDRESS]            [PRINT CITY, STATE, ZIP CODE]

_850-292-1016_                    _850-482-5969_
[PRINT CELL PHONE NUMBER]         [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Rodney Rhodes_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _6 / 07_ to _11 / 07_.
[Date]         [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _16_ day of _May_, 2008

_Rodney Rhodes_          _Rodney E. Rhodes_
[PRINT NAME]              [SIGN NAME]

_1072 Fir St._           _Dothan Al 36303_
[PRINT STREET ADDRESS]   [PRINT CITY, STATE, ZIP CODE]

_334-618-3647_           _334-671-8819_
[PRINT CELL PHONE NUMBER]  [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_Shirley A Ray_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by _Perdue Farms_
[Employer]
at the facility located in Dothan, Alabama.  I worked at this location from _10-15-07_ to _2-15-08_
[Date]                        [Date, or if still working write "present"]

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _15_ day of _May_, 2008

_Shirley A Ray_
[PRINT NAME]

_Shirley A Ray_
[SIGN NAME]

_1047 Hwy 10 west_
[PRINT STREET ADDRESS]

_Clio Ala 36017_
[PRINT CITY, STATE, ZIP CODE]

_334-621-6004_
[PRINT CELL PHONE NUMBER]

_334-397-4691 message_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Stacey Ransom_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _February March 2005_ to _April 2005_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the _18_ day of _May_ , 2008

_Stacey Ransom_                    _Stacy Ransom_
[PRINT NAME]                        [SIGN NAME]

_P.O. Box 426 Blakely GA._            _Blakely GA. 39823_
[PRINT STREET ADDRESS] 39823        [PRINT CITY, STATE, ZIP CODE]

_(229) 308-0050_                    _(229) 724-7695_
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Nicole Pinkney_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms_
     [Employer]

     at the facility located in Dothan, Alabama. I worked at this

     location from _May 5 2005_ to _July 06_.
     [Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the _19_ day of _May_, 2008

_Nicole Pinkney_
[PRINT NAME]

_Nicole Pinkney_
[SIGN NAME]

_411 Damascus Rd Apt4_
[PRINT STREET ADDRESS]

_Blakely Ga. 39823_
[PRINT CITY, STATE, ZIP CODE]

_229-308-0234_
[PRINT CELL PHONE NUMBER]

_229-723-5017_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Veronica Peterman states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue
      [Employer]

      at the facility located in Dothan, Alabama.  I worked at this

      location from _____ to    7/07                .
                          [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the  15th  day of    May           , 2008

Veronica Peterman                    Veronica Pet
[PRINT NAME]                         [SIGN NAME]

914 Williams Ave.                    Dothan Al. 36303
[PRINT STREET ADDRESS]               [PRINT CITY, STATE, ZIP CODE]

334-718-7498                         334-446-0341
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Diane Perdue_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Dothan Al._
     [Employer]

     at the facility located in Dothan, Alabama.  I worked at this

     location from _May 21, 05_ to _Dec 21, 06_ .
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the _18_ day of _May_, 2008

_Diane Perdue_          _Diane M Perdue_
[PRINT NAME]            [SIGN NAME]

_2436 Wood Rd_          _Chipley Fl 32428_
[PRINT STREET ADDRESS]  [PRINT CITY, STATE, ZIP CODE]

_(850) 849-0228_        _850 773-1749_
[PRINT CELL PHONE NUMBER]  [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Eddie J. Nunnally_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farm Dothan_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _5 - 15-00_ to _8 - 25-06_ .
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _19_ day of _May_ , 2008

_Eddie J. Nunnally_
[PRINT NAME]

_Eddie J. Nunnally_
[SIGN NAME]

_Rt 1 Box 69 Coleman Ga._
[PRINT STREET ADDRESS]

_Rt 1, Box 69 Coleman Ga, 39836_
[PRINT CITY, STATE, ZIP CODE]

_(229) 310-5342_
[PRINT CELL PHONE NUMBER]

[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

David T Newby _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _June 9, 07_ to _Dec 17 07_ .
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20_ day of _MAY_ , 2008

_David Newby_
[PRINT NAME]

_David Newby_
[SIGN NAME]

_818 Bayshore Ave_
[PRINT STREET ADDRESS]

_Dothan Ala 36303_
[PRINT CITY, STATE, ZIP CODE]

_714.0957_
[PRINT CELL PHONE NUMBER]

_678-8025 / 699-1550_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Anthony Newby_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue_
     [Employer]

     at the facility located in Dothan, Alabama.  I worked at this

     location from _8-00-07_ to _10-11-07_ .
                   [Date]        [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the _4_ day of _10_ , 2008

_Anthony Newby_
[PRINT NAME]

_914 Hamilton St_
[PRINT STREET ADDRESS]

_____
[PRINT CELL PHONE NUMBER]

_____
[SIGN NAME]

_Dothan AL 3630_
[PRINT CITY, STATE, ZIP CODE]

_334 - 699 - 1552_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

*Rojelio Morales* states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by *PERDUE FARMS*
     [Employer]

     at the facility located in Dothan, Alabama.  I worked at this

     location from *SEPT. 2006* to *JAN. 2007*
     [Date]                [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the *16TH* day of *MAY*, 2008

*Rojelio Morales*                    *Rojelio Morales*
[PRINT NAME]                          [SIGN NAME]

*720 Shighway 123 Lot 9*             *Ozark, AL. 36360-4108*
[PRINT STREET ADDRESS]                [PRINT CITY, STATE, ZIP CODE]

                                     *334-445 6031*
[PRINT CELL PHONE NUMBER]             [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Angela Meeks_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_ [Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _3/20/99_ to _5/8/08_
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime. _I Really Honestly Do_

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _16_ day of _May_, 2008

_Angela Meeks_
[PRINT NAME]

_Angela Meeks_
[SIGN NAME]

_905 East Lafayette_
[PRINT STREET ADDRESS]

_Dothan Ala 36301_
[PRINT CITY, STATE, ZIP CODE]

_334-708-5801_
[PRINT CELL PHONE NUMBER]

_334-671-5716_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Stacey Meadows_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _Feb 2006_ to _Present_
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _16_ day of _May_, 2008

_Stacey Meadows_
[PRINT NAME]

_Stacey Meadows_
[SIGN NAME]

_602 S. Lena St. H-41_
[PRINT STREET ADDRESS]

_Dothan AL 36301_
[PRINT CITY/STATE, ZIP CODE]

_(334) 796-7325_
[PRINT CELL PHONE NUMBER]

_NONE_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

*Perry McPherson* states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly, employed by *Perdue Farms* [Employer]

    at the facility located in Dothan, Alabama. I worked at this

    location from *6/6/07* [Date] to *9/26/07* [Date, of if still working write "present"]

3.  I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the *15th* day of *May*, 2008

*Perry McPherson*                          *Perry McPherson*
[PRINT NAME]                               [SIGN NAME]
*Shirley*
*510 Waverly St. Apt. 1*                   *Dothan, Alabama, 36303*
[PRINT STREET ADDRESS]                     [PRINT CITY, STATE, ZIP CODE]

*334-479-9129*
[PRINT CELL PHONE NUMBER]                  [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

__Yvette S. McMiller__ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by __Perdue__
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from __Oct 31, 2000 (?) before__ to __2005__.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __16__ day of __May__, 2008

__Yvette S. McMiller__
[PRINT NAME]

__Yvette S. McMiller__
[SIGN NAME]

__810 Sunset Ave__
[PRINT STREET ADDRESS]

__Dothan Alabama 36303__
[PRINT CITY, STATE, ZIP CODE]

__(334) 596-1227__
[PRINT CELL PHONE NUMBER]

__(334) 803-1186__
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_T. J. MCGriff_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _May 30 2004_ to _January 3, 2007_ .
[Date]                [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _19_ day of _MAY_ , 2008

_T. J. McGriff_
[PRINT NAME]

_T. J. Mc Griff_
[SIGN NAME]

_215 Miller Street_
[PRINT STREET ADDRESS]

_Webb Alabama 36376_
[PRINT CITY, STATE, ZIP CODE]

_334-648-1106_
[PRINT CELL PHONE NUMBER]

_334-699-2266_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

FELECIA McGHEE states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by PERDUE FARMS
      [Employer]

      at the facility located in Dothan, Alabama.  I worked at this

      location from 6-12-06 to 7-28-07.
                    [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the 15th day of MAY, 2008

FELECIA McGHEE                          felecia McGh
[PRINT NAME]                            [SIGN NAME]

2007 SULLIVAN DR.                       DOTHAN, AL 36303
[PRINT STREET ADDRESS]                  [PRINT CITY, STATE, ZIP CODE]

334-648-2631                            334-678-9158
[PRINT CELL PHONE NUMBER]               [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Mary McClendon_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _June 2005_ to _Dec. 2005_.
[Date]                  [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _19_ day of _May_, 2008

_Mary McClendon_
[PRINT NAME]
_P.O. BA66_
_66 Evergreen St_
[PRINT STREET ADDRESS]

_Mary McClendon_
[SIGN NAME]
_Blakely, GA. 39823_
[PRINT CITY, STATE, ZIP CODE]

_229-723-7099_
[PRINT HOME PHONE NUMBER]

_____
[PRINT CELL PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Latsha Baxter _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms
      [Employer]

      at the facility located in Dothan, Alabama. I worked at this

      location from 6/04/08 _____ to 11/26/08 _____.
                       [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the 20th day of May _____, 2008

Latsha Baxter _____          L. Baxter _____
[PRINT NAME]                       [SIGN NAME]

P.O. Box 9082 _____          Dothan AL 36304 _____
[PRINT STREET ADDRESS]             [PRINT CITY, STATE, ZIP CODE]

                                   534-446-0436 _____
_____                        [PRINT HOME PHONE NUMBER]
[PRINT CELL PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Orlando Maybin_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms, LLC_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _10-19-06_ to _Still there_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _17_ day of _May_, 2008

_Orlando Maybin_
[PRINT NAME]

_Orlando Maybin_
[SIGN NAME]

_978 Johnnie Ingram Rd_
[PRINT STREET ADDRESS]

_Webb Al 36376_
[PRINT CITY, STATE, ZIP CODE]

_(334) 499-9651_
[PRINT CELL PHONE NUMBER]

_(334) 899-7019_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Sharon Martin_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _12 / 06_ to _4 / 08_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _16_ day of _MAY_, 2008

_Sharon Martin_
[PRINT NAME]                     [SIGN NAME]

_1180 Fountain St,_
[PRINT STREET ADDRESS]           _Dothan, AL. 36303_
                                 [PRINT CITY, STATE, ZIP CODE]

_648-1348_
[PRINT CELL PHONE NUMBER]        _792-1560_
                                 [PRINT HOME PHONE NUMBER]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Dorothy Lyles_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by ~~~~ _Perdue Farms_
     [Employer]
     at the facility located in Dothan, Alabama.  I worked at this
     location from _Nov 7, 06___ to _~~Nov~~ Dec 7, 07_.
     [Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the _18_ day of _May_____, 2008

_Dorothy Lyles_____          _Dorothy Lee Lyly_
[PRINT NAME]                   [SIGN NAME]

_92 Hogan Av_____            _Blakely GA 39823_
[PRINT STREET ADDRESS]         [PRINT CITY, STATE, ZIP CODE]

_(229) 724-2077___            _(229) 723-5279_
[PRINT CELL PHONE NUMBER]      [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Jeffrey J. Lee states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms Inc.
[Employer]
at the facility located in Dothan, Alabama.  I worked at this

location from November 02 to August 05.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 16th day of May, 2008

Jeffrey Lee
[PRINT NAME]

Jeffrey J Lee
[SIGN NAME]

1938 Midway St.
[PRINT STREET ADDRESS]

Montgomery, Ala. 36110
[PRINT CITY, STATE, ZIP CODE]

(334)207-8506
[PRINT CELL PHONE NUMBER]

(334)281-0958
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: . CLERK OF THE COURT AND COUNSEL OF RECORD

_Kenneth Jones_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

      at the facility located in Dothan, Alabama.  I worked at this

      location from _Unknown_ to _____.
                   [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _19_ day of _May_, 2008

_Kenneth Jones_                    _Kenneth Jones_
[PRINT NAME]                       [SIGN NAME]

_2379 Kinsey Rd_                   _Dothan AL  36303_
[PRINT STREET ADDRESS]             [PRINT CITY, STATE, ZIP CODE]

_____                    _(334) 673-2336_
[PRINT CELL PHONE NUMBER]          [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Demetrean Jackson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _11/4/07_ to _2/1/08_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _18_ day of _May_, 2008

_Demetrean Jackson_
[PRINT NAME]

_Demetrean Jackson_
[SIGN NAME]

_P.O. Box 36 also 6689 Hwy 455_
[PRINT STREET ADDRESS]

_Damascus, Ga. 39841_
[PRINT CITY, STATE, ZIP CODE]

_N/A_
[PRINT CELL PHONE NUMBER]

_(229)725-6276_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_C ArL Ingram_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _perdue FARm_
[Employer]
at the facility located in Dothan, Alabama.  I worked at this

location from _JAN 14 2001_ to _5 - 18 - 08_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the _5_ day of _18_, 2008

_C ArL Ingram_                    _Carl clngram_
[PRINT NAME]                      [SIGN NAME]

_802 Lngroond Rn_                 _Dothan AL 36301_
[PRINT STREET ADDRESS]            [PRINT CITY, STATE, ZIP CODE]

_____          _334 - 702- 8944_
[PRINT CELL PHONE NUMBER]         [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Vanessa A. Hunter_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _9-2-92_      to    _Present_        .
[Date]                      [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _17_ day of _May_        , 2008

_Vanessa A. Hunter_          _Vanessa A. Hunter_
[PRINT NAME]                 [SIGN NAME]

_104 Seaborn Rd_             _Midland City AL 36350_
[PRINT STREET ADDRESS]       [PRINT CITY, STATE, ZIP CODE]

_477-1343_                   _983-6513_
[PRINT CELL PHONE NUMBER]    [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Quenthorsha E. Hill    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from April 17th 2000    to    Present    .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 17th day of May    , 2008

Quenthorsha E. Hill                    Quenthorsha E. Hill
[PRINT NAME]                        [SIGN NAME]

42 Chinaberry lane                    Blakely, GA 39823
[PRINT STREET ADDRESS]                [PRINT CITY, STATE, ZIP CODE]

229-308-2128                        229- 723- 8118
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Decris Henson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _March 12 2006_ to _present_.
[Date]                                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _19th_ day of _May_, 2008

_Decris Henson_                          _Dennis Henson_
[PRINT NAME]                             [SIGN NAME]

_500 South Washington St_                _Columbia, Al  36319_
[PRINT STREET ADDRESS]                   [PRINT CITY, STATE, ZIP CODE]

_(334) 714-6054_                         _(334) 696-4262_
[PRINT CELL PHONE NUMBER]                [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Mary R Harris states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by PERDUe Farms
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from 7-21-03 to Present.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 16 day of MAY, 2008

Mary R Harris
[PRINT NAME]

Mary R Harris
[SIGN NAME]

120 Silverado Dr.
[PRINT STREET ADDRESS]

Kinsey, Al 36303
[PRINT CITY, STATE, ZIP CODE]

334-791-9886
[PRINT CELL PHONE NUMBER]

334-699-5774
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Homer Harper_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Ø Mrs. Nancy_
      [Employer]
      at the facility located in Dothan, Alabama.  I worked at this
      
      location from _June 06 2006_ to _Sept 06_ .
      [Date]                        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _May 19_ day of _May_ , 2008

_Homer Harper_                          _Homer Harper_
[PRINT NAME]                            [SIGN NAME]

_220 palmetto street_                   _Blakely GA 39823_
[PRINT STREET ADDRESS]                  [PRINT CITY, STATE, ZIP CODE]

_308 - 5338_                            _(229) (723- 4596)_
[PRINT CELL PHONE NUMBER]               [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_Tara Grissom-Hunter_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _February 19, 2007_ to _Present_.
[Date]                    [Date, or if still working write "present"]

3.  I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _15_ day of _May_, 2008

_Tara Grissom-Hunter_
[PRINT NAME]

_Tara Grissom-Hunter_
[SIGN NAME]

_200 Blissett Dr. Apt A-4_
[PRINT STREET ADDRESS]

_Dothan, AL 36301_
[PRINT CITY, STATE, ZIP CODE]

_(334) 790-0932_
[PRINT CELL PHONE NUMBER]

_N/A_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Letha A Grier states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from Mar 10, 2007 to Sep. 5, 2008.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 19th day of May, 2008

Letha A Grier
[PRINT NAME]

Letha A Grier
[SIGN NAME]

11728 Howard Landing
[PRINT STREET ADDRESS]

Blakely Georgia 39823
[PRINT CITY, STATE, ZIP CODE]

229-308-6142
[PRINT CELL PHONE NUMBER]

229-723-2464
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Violet   Green_   states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue  Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _Jan 05_   to   _May 06_ .
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _19_ day of _May_ , 2008

_Violet Green_
[PRINT NAME]

_Violet Green_
[SIGN NAME]

_306 Mallon St._
[PRINT STREET ADDRESS]

_Dothan Ala 36802_
[PRINT CITY, STATE, ZIP CODE]

_718. 4595_
[PRINT CELL PHONE NUMBER]

_718. 4795_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Jamal Graham_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _05/05/06_ to _09/1/07_.
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _19_ day of _May_, 2008

_Jamal Graham_
[PRINT NAME]

_Jamal Graham_
[SIGN NAME]

_31 Hogan av._
[PRINT STREET ADDRESS]

_Blakly Ga. 39803_
[PRINT CITY, STATE, ZIP CODE]

_229-308-7990_
[PRINT CELL PHONE NUMBER]

_229-723-4521_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Malissia Glasgow states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by Perdye
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from 0-1-200 to 3-15-07.
[Date]    [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 5 day of 18 , 2008

Malissia Glasgow
[PRINT NAME]

Malissia Glasgow
[SIGN NAME]

125 Bluff Spring RD Lot 3
[PRINT STREET ADDRESS]

Cowarts, AL 36321
[PRINT CITY, STATE, ZIP CODE]

334. 790-8788
[PRINT CELL PHONE NUMBER]

NONE
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Gaberial O. Franklin _____    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms, of Dothan
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from 2004 - 2005 _____    to _____ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 17 day of May _____ , 2008

Gaberial O. Franklin _____
[PRINT NAME]

Gabrial D. Franklin
[SIGN NAME]

2024 Clanton St. _____
[PRINT STREET ADDRESS]

Dothan, AL 36303
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

334) 792-2767
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Tracy Newman_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _2002 Dect_ to _2003 Jan_.
          _2007 Nov_           _2007 Dec_
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _19_ day of _May_, 2008

_Tracy Newman_                      _Tracy Newman_
[PRINT NAME]                        [SIGN NAME]

_2600 Hwy 27 E_                     _Ozark AL 36360_
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

_____                   _334-445-1205_
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Lurotha Flowers _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms_____
     [Employer]

     at the facility located in Dothan, Alabama. I worked at this

     location from __3-16-01_____ to __Present_____.
                   [Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the _15_ day of _March May_, 2008

_Lurotha Flowers_____
[PRINT NAME]

_Lurotha Flowers_____
[SIGN]NAME]

_P.O Box 112_____
[PRINT STREET ADDRESS]

_Ransey AL 36370_____
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334 899-5464_____
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_David M. Pride_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _David M. Pride_
[Employer]

at the facility located in Dothan, Alabama.   I worked at this

location from _1-17-07_ to _Present_
[Date]                        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _25_ day of _May, 5_, 2008

_David M. Pride_
[PRINT NAME]

_David M. Pride_
[SIGN NAME]

_1910 Honeysuckle Rd. Apt D-179_
[PRINT STREET ADDRESS]

_Dothan Alabama, 36305_
[PRINT CITY, STATE, ZIP CODE]

_334) -718-7436_
[PRINT CELL PHONE NUMBER]

_334) 718-7436_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Sandra Etheridge_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Purdue_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _2005 - 2006_ to _____ .
[Date]                                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _17th_ day of _MAY_ , 2008

_Sandra D. Etheridge_                 _Sandra D. Etheridge_
[PRINT NAME]                                 [SIGN NAME]

_247 Palmetto Ave_                    _Blakely, Ga. 39823_
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

                                      _229-723-5709_
_____              _____
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Laura U. Edward_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Laura Edward / Perdue Farm_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _June 8 2005_ to _Nov. 2005_ .
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _17_ day of _May_ , 2008

_Laura U Edward_
[PRINT NAME]

_Laura U. Edward_
[SIGN NAME]

_PO. Box 64_
[PRINT STREET ADDRESS]

_Blakely, GA. 31823_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_229-723-7029_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_RonDale Dunlap_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Purdue_
                                                        [Employer]

    at the facility located in Dothan, Alabama.  I worked at this

    location from _7/16/04_    to    _12/1/04_
                    [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the _16th_ day of _May_____, 2008

_RonDale Dunlap_                    _RonDale Dunlap_
[PRINT NAME]                        [SIGN NAME]

_900 LaGrand Drive_                 _Dothan, AL 36301_
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

_334-671-1198_                      _334-671-1198_
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

*Bernid Dunlap* states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly, employed by *Perdue farm Inc.*
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from *2001 Sep 28* to *May*
[Date]                                [Date, or if still working write "present"]

3.     I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the *18* day of *May*, 2008

*Bernid Dunlap*                          *Bernid Dunlap*
[PRINT NAME]                             [SIGN NAME]

*1012 Sonata*                            *Dothan Ala 36301*
[PRINT STREET ADDRESS]                   [PRINT CITY, STATE, ZIP CODE]

                                         *334 702-7319*
_____                _____
[PRINT CELL PHONE NUMBER]                [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Kevis Dickson_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _October 5, 2001_    to    _June 12, 2005_.
[Date]                                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _17th_ day of _May_, 2008

_Kevis Dickson_
[PRINT NAME]

_Kevi Dickson_
[SIGN NAME]

_16 Durham Rd_
[PRINT STREET ADDRESS]

_Ansey AL 36370_
[PRINT CITY, STATE, ZIP CODE]

_(334) 803-0434_
[PRINT CELL PHONE NUMBER]

_(334) 899-2052_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Shirley J. Critten_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue_
[Employer]

      at the facility located in Dothan, Alabama.  I worked at this

      location from _Feb. 9, 2004_ to _Present_ .
      [Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _19_ day of _May_ , 2008

_Shirley J. Critten_              _Shirley J. Critten_
[PRINT NAME]                      [SIGN NAME]

_106 May Street_                  _Dothan, AL 36303_
[PRINT STREET ADDRESS]            [PRINT CITY, STATE, ZIP CODE]

_334-796-2606_
[PRINT CELL PHONE NUMBER]         [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Norman L. Critten_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _Aug. 2007_ to _Present_
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _19_ day of _May_ , 2008

_Norman L. Critten_
[PRINT NAME]

_Norman L. Critten_
[SIGN NAME]

_106 May Street_
[PRINT STREET ADDRESS]

_Dothan, AL 36303_
[PRINT CITY, STATE, ZIP CODE]

_334-796-7287_
[PRINT CELL PHONE NUMBER]

[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Patrice D. Condry_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _PERDUE FARMS_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _Oct 2005_ to _Sept. 2007_ .
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _15_ day of _May_ , 2008

_Patrice D. Condry_
[PRINT NAME]

_Patrice D. Condry_
[SIGN NAME]

_P.O Box 6195_
[PRINT STREET ADDRESS]

_Dothan, Ala 36302_
[PRINT CITY, STATE, ZIP CODE]

_334-798-6714_
[PRINT CELL PHONE NUMBER]

_334-702-9669_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

___SHANNON CHAMBERS___ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by ___PERDUE FARMS___
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from ___10/05___ to ___2/7/06___.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___15th___ day of ___MAY___, 2008

___SHANNON CHAMBERS___
[PRINT NAME]

___(signature)___
[SIGN NAME]

___1856 S. ALICE St.___
[PRINT STREET ADDRESS]

___DOTHAN ALABAMA 36301___
[PRINT CITY, STATE, ZIP CODE]

___334 (701-0937___
[PRINT CELL PHONE NUMBER]

___334-792-2443___
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Crystal Butler_____     states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly, employed by _Perdue Farms_____
       [Employer]
       at the facility located in Dothan, Alabama.  I worked at this

       location from ___2006___ to ___2006___.
                          [Date]              [Date, or if still working write "present"]

3.     I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

       I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

       I swear or affirm that the foregoing Statements are true to the best of my knowledge.

       DATED the _18_ day of _May_____, 2008

_Crystal Butler_____          _Crystal Butler_____
[PRINT NAME]                  [SIGN NAME]

_P.O. Box 875_____            _Blakely Ga 39823_
[PRINT STREET ADDRESS]        [PRINT CITY/STATE, ZIP CODE]

_229-308-4120_____            _229-724-7492_____
[PRINT CELL PHONE NUMBER]     [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Annette Bradley_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_ _____
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from ___2002___ to ___2007___.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __17__ day of __May__, 2008

_Annette Bradley_                    _Annette Bradley_
[PRINT NAME]                         [SIGN NAME]

_P. O. Box 875_                      _Blakely  Ga  39823_
[PRINT STREET ADDRESS]               [PRINT CITY, STATE, ZIP CODE]

_229-308-4120_                       _229-724-7492_
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Jeffery D. Bigham_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _2/05_    to _08/05_ .
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _17_ day of _May_ , 2008

_Jeffery D. Bigham_
[PRINT NAME]

_Jeffery D. Bigham_
[SIGN NAME]

_170 Strong Rd_
[PRINT STREET ADDRESS]

_Ashford, Al. 36312_
[PRINT CITY, STATE, ZIP CODE]

_334) 790 - 6416_
[PRINT CELL PHONE NUMBER]

_334) 899 - 1365_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Cossy Beaty_ states the following:
[Print Name]

1.      I am over 18 years of age and competent to give the following consent in this matter.

2.      I am currently, or was formerly, employed by _Perdue Farms, ~~Inc.~~ LLC_
        [Employer]
        at the facility located in Dothan, Alabama.  I worked at this

        location from _July 16, 2007_ to _April 7, 2008_ .
                      [Date]              [Date, or if still working write "present"]

3.      I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.      I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.      I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

        I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

        I swear or affirm that the foregoing Statements are true to the best of my knowledge.

        DATED the _16_ day of _May_ , 2008

_Cossy Beaty_                           _Cossy Beaty_
[PRINT NAME]                            [SIGN NAME]
_2678 E Hwy 27_                         _Ozark, AL 36360_
[PRINT STREET ADDRESS]                  [PRINT CITY, STATE, ZIP CODE]
_(334) 733-0468_                        _(334) 774-6931_
[PRINT CELL PHONE NUMBER]               [PRINT HOME PHONE NUMBER]