IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, individually and on behalf of all others similarly situated, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> PERDUE FARMS INCORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:06-cv-1000-MEF <br> ) <br> ) <br> ) <br> ) |

## **O R D E R**

Upon consideration of the Consent Motion for Extension of Time for Plaintiffs to File Their Response to Defendant's Motion for Summary Judgment (Doc. #82) filed on May 30, 2008, it is hereby

ORDERED that the motion is GRANTED. The plaintiff shall file a response to defendant's motion for summary judgment on or before June 11, 2008. The defendant may file a reply brief on or before June 18, 2008.

DONE this 2nd day of June, 2008.

                                              /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE