# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARRYL ANDERSON, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **1:06-cv-01000-MEF-WC** |
| | § | |
| **PERDUE FARMS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## NOTICE OF FILING ADDITIONAL CONSENTS

Plaintiffs hereby files the following Notices of Consent in connection with the above-titled and numbered actions, attached hereto:

1. Alisa M. Jackson
2. Angela D. Alexander
3. Annie Aldridge
4. Anthony Graham
5. Anthony Sol
6. Ashley N. Davis
7. Beverly Kimble
8. Billy R. Rogers
9. Brenda Davis
10. Carol  Diane Braswell
11. Chris Thornton
12. Clarence Blackmon
13. Cornelius Butler
14. Cornelius Butler
15. Dale Thomas
16. Denise L. Sparrow
17. Denise Ricks
18. Diane Sample
19. Early Hayes, Jr.

20. Eddie Price
21. Elizabeth M. Taylor
22. Emma K. Wright
23. Eric Oliver
24. Ethelene Peterson
25. Genet McClendon
26. Gereccia Murchison
27. Henry Smith
28. Jackie L. Durry
29. James O. Frazier, Sr.
30. Janie C. Smith
31. Jermaine Grier
32. Jessica S. Gordon
33. Jessie M. Belcher
34. Joel A. Cardona
35. Kenyata Powell-Corbett
36. Keyarta K. Smith
37. Lakisha M. Burks
38. Latoya Salter
39. Leon Battle
40. Leroy Elder, Jr.
41. Linda Henderson
42. Lorenzo McGill
43. Mack R. Mcreal
44. Mario Austin
45. Mario Miller
46. Patricia Butler
47. Pearleatha Hamilton
48. Regina Beacham
49. Richard Smith
50. Rozena Jackson
51. Shashay L. Kennedy
52. Shawanda Whatley
53. Sherry J. Sanders
54. Stacta Ardell Smith
55. Stanley Bernard Blythers
56. Sue Ann Thomas
57. Tamara Turner
58. Tawanda Sparrow
59. Terleasha Williams
60. Timothy F. Moore
61. Titus E. Worlds
62. Tony Mason Taylor
63. Vemen L. Shell
64. Willie J. Jackson
65. Willie Wimbush

66. Doris Hornsby
67. LaQuila Lee Ofton
68. Geraldine Potter
69. Jeanette Beacham
70. Shirley M. Kilgore

Dated: June 10, 2008

Respectfully submitted,

/s/ Robert J. Camp
Robert J. Camp
THE COCHRAN FIRM
505 North 20th Street, Suite 825
Birmingham, AL 35203
205-244-1115
Fax: 205-244-1171
Email: rcamp@cochranfirm.com

Samuel A. Cherry
Lance H. Swanner
Cochran Cherry, Given, Smith, Lane &
Taylor, P.C.
P.O. Box 927
Dothan, Alabama 36302-0927
334-793-1555
334-836-2500
scherry@cochranfirm.com

Bernard D. Nomberg
The Cochran Firm
505 North 20th Street
Suite 825
Birmingham, AL 35203
205-930-6900
205-930-6910 (fax)
bnomberg@cochranfirm.com

Lance H. Swanner
The Cochran Firm, PC
PO Box 927
163 West Main Street
Dothan, AL 36301
334-793-1555
334-793-8280 (fax)
lswanner@cochranfirm.com

Richard Bernard Celler
Morgan & Morgan
7450 Griffin Road, Suite 230
Davie, FL 33314
954-318-0268
954-333-3515 (fax)
Richard@cellerlegal.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing instrument has been served on all counsel of record in accordance with the Rules of Civil Procedure on this 10th day of June, 2008.

James J. Kelley
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
202-739-3000
202-739-3001 (fax)
jkelley@morganlewis.com

Sandra Beth Reiss
Ogletree, Deakins, Nash, Smoak & Stewart, PC
1819 5th Avenue North
Suite 1000
Birmingham, AL 35203
205-328-1900
205-328-6000 (fax)
sandra.reiss@odnss.com

Lexer I. Quamie
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
202-739-5955
lquamie@morganlewis.com

s/ Robert J. Camp
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Clarence Blackmon_   states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Perdue Farms_ at
     [Name of plant]
     the facility located in _Dothan, AL_ . I worked at this location from
     [City/State]
     _4/12/05_ to _4/12/06_ .
     [Date]            [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, AL_ , and
     [Name of Plant]                [City/State]
     possibly other plants owned by _Perdue Farms_ . If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _19th_ day of _April_ , 2007.

_Clarence Blackmon_                    _____
PRINT NAME                             SIGNATURE

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Willie J. Jackson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms_ at
the facility located in _Dothan AL_. I worked at this location from
[Name of plant]
_Sept. 2004_ to _May 2005_.
[Date]           [Date, or if still working write "present"]
[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan AL_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Perdue Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.
DATED the _21_ day of _march_, 2007.


_Willie J. Jackson_
[PRINT NAME]

_Willie J. Jackson_
[SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Elizabeth M. Taylor_ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Perdue Farms_ at
       [Name of plant]
       the facility located in _Dothan, AL_ . I worked at this location from
       [City/State]
       _June 29, 1998_ to _present_ .
       [Date]                [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, AL_ , and
       [Name of Plant]                      [City/State]
       possibly other plants owned by _Perdue Farms_ . If brought as a class
       [Name of Plant]
       action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

       DATED the _19th_ day of _March_ , 2007.


_Elizabeth M. Taylor_                    _Elizabeth M. Taylor_
[PRINT NAME]                             [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Dale T Thomas_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Perdue Farms_ _____ at
     the facility located in _Dothan, AL_ _____. I worked at this location from
     _3-09-2001_ to _Present_ _____.
     [Date]                [Date; or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     employees at the _Perdue Farms_ _____ plant in _Dothan, AL_ ; and
     [Name of Plant]                              [City/State]
     possibly other plants owned by _Perdue Farms_ If brought as a class
     [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _18_ day of _April_ _2007_.

_DALE THOMAS_ _____        _Dale Thomas_ _____
PRINT NAME                     SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Tawanda Sparrow_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms_ at
                                                        [Name of Plant]
the facility located in _Dothan, AL_. I worked at this location from
                        [City/State]
_9/ 2000_ to _Present_
[Date]         [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action, covering employees at the _Perdue Farms_ plant in _Dothan, AL_, and
                          [Name of Plant]                    [City/State]
possibly other plants owned by _Perdue Farms_.  If brought as a class
                                [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28_ day of _September_ 2007.

_Tawanda    Sparrow_              _Yawanda Sparrow_
[PRINT NAME]                          [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:** **CLERK OF THE COURT AND COUNSEL OF RECORD**

_Pearletha Hamilton_ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly employed, by _Perdue Farms_ at [Name of plant] the facility located in _Dothan, AL_. I worked at this location from [City/State] _9-15-1989_ to _11-09-06_. [Date]   [Date, or if still working write "present"]

3.     I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.     I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, AL_, and [Name of Plant] [City/State] possibly other plants owned by _Perdue Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _21_ day of _April_, 2007.

_Pearletha Hamilton_                _Pearletha Hamilton_
PRINT NAME                         SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Richard Smith_ states the following:
[Print Name]

1.      I am over 18 years of age and competent to give the following consent in this matter.

2.      I am currently, or was formerly employed, by _Perdue Farms_ at
        [Name of plant]
        the facility located in _Dothan AlA_. I worked at this location from
        [City/State]
        _may 2005_ _Sept. 2006_
        _1-96-6-01_ to _5-05 9-06_
        Start [Date] Ended(?) SM[Date, or if still working write "present"]

3.      I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.      I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.      I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.      I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan AlA_, and
        [Name of Plant]                              [City/State]
        possibly other plants owned by _Perdue Farms_. If brought as a class
        [Name of Plant]
        action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

        DATED the _23_ day of _April_, 2007.

_Richard Smith JR._                    _Richard Smith JR_
PRINT NAME                             SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Annie Aldridge_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farm Inc._
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _Feb 2003_ to _Present_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _27_ day of _May_, 2008

_Annie Aldridge_
[PRINT NAME]

_Annie aldridge_
[SIGN NAME]

_16385 Woodvalley Rd_
[PRINT STREET ADDRESS]

_Arlington GA 39813_
[PRINT CITY, STATE, ZIP CODE]

_308-3982_
[PRINT CELL PHONE NUMBER]

_229-725-3923_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Mario Austin_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue_
[Employer]
at the facility located in **Dothan, Alabama.** I worked at this

location from _1-29-07_ to _4-3-08_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _23_ day of _May_ , 2008

_Mario Austin_
[PRINT NAME]

_Mario Austin_
[SIGN NAME]

_2874 Bartow Gibson Highway_
[PRINT STREET ADDRESS]

_Donalsonville GA, 39845_
[PRINT CITY, STATE, ZIP CODE]

_229-309-2699_
[PRINT CELL PHONE NUMBER]

_229-723-2013_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Angela D. Alexander states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by PERDUE
                                                              [Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _____ to _2001 — 2005_.
                     [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _5_ day of _20_____, 2008

Angela D. Alexander                    Angela D. Alexander
[PRINT NAME]                           [SIGN NAME]

74 William St                          Blakely, GA. 39823
[PRINT STREET ADDRESS]                 [PRINT CITY, STATE, ZIP CODE]

229-308-1291                           229-723-5978
[PRINT CELL PHONE NUMBER]              [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Jessie M. Belcher_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _Aug. 24, 97_    to    _Present_    .
[Date]                        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _19_ day of _May_, 2008

_Jessie M. Belcher_
[PRINT NAME]

_Jessie M. Belcher_
[SIGN NAME]

_401 E. Carr St_
[PRINT STREET ADDRESS]

_Donalsonville, Ga 39845_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_229-524-5638_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Cornelius Butler        states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms
       [Employer]
       at the facility located in Dothan, Alabama.  I worked at this

       location from Feb 12, 2002       to Oct 22, 2005        .
                      [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

       I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

       I swear or affirm that the foregoing Statements are true to the best of my knowledge.

       DATED the 20 day of May , 2008

Cornelius Butler                       Cornelius Butler
[PRINT NAME]                           [SIGN NAME]

134 collins Rd                         Damascus GA 39841
[PRINT STREET ADDRESS]                 [PRINT CITY, STATE, ZIP CODE]

(229)254-4559                          (229) 723-5302
[PRINT CELL PHONE NUMBER]              [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Carol Diane Braswell states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms
[Employer]
at the facility located in Dothan, Alabama.  I worked at this

location from 03-02-98 to 2005
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 21 day of MAY , 2008

Carol Diane Braswell
[PRINT NAME]

Carol Diane Braswell
[SIGN NAME]

3258 Hodgesville Rd
[PRINT STREET ADDRESS]

Dothan AL 36301
[PRINT CITY, STATE, ZIP CODE]

334 790-8584
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Leon Battle_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in **Dothan, Alabama**.  I worked at this

location from _6/21/03/_    to    _Present_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _19th_ day of _May_, 2008

_Leon Battle_                    _Leon Battle_
[PRINT NAME]                     [SIGN NAME]

_808 Ridge St_                   _Donalsonville Ga 39845_
[PRINT STREET ADDRESS]           [PRINT CITY, STATE, ZIP CODE]

_(229) 309-0989_                 _(229) 726-4662_
[PRINT CELL PHONE NUMBER]        [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Lakhisha M. Burks_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]
at the facility located in Dothan, Alabama.  I worked at this
_(not sure about exact date)_
location from _March   2004_ to _March   2005_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

       I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

       I swear or affirm that the foregoing Statements are true to the best of my knowledge.

       DATED the _15_ day of _May_ , 2008

_Lakhisha Burks_                          _Lakhisha Burks_
[PRINT NAME]                              [SIGN NAME]

_1501 Co. Rd. 20_                         _Clayton, AL  36016_
[PRINT STREET ADDRESS]                    [PRINT CITY, STATE, ZIP CODE]

_(334) 237-8190_                          _(334) 775-8228_
[PRINT CELL PHONE NUMBER]                 [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Cornelius Butler _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms _____
      [Employer]
      at the facility located in Dothan, Alabama.  I worked at this

      location from Feb 12, 2002 _____ to Oct 22, 2005 _____.
      [Date]                                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the __20__ day of __May__, 2008

Cornelius Butler _____          Cornelius Butler _____
[PRINT NAME]                      [SIGN NAME]

Bt collins Rd _____             Damascus GA 39841 _____
[PRINT STREET ADDRESS]            [PRINT CITY, STATE, ZIP CODE]

(229) 254-4559 _____            (229) 723-5302 _____
[PRINT CELL PHONE NUMBER]         [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Patricia Butler_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms In_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _5-16 02_ to _5-31-08_.
[Date]                              [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the _5_ day of _31_, 2008

_Patricia Butler_                    _Patricia Butler_
[PRINT NAME]                         [SIGN NAME]

_134 Collins Rd Damascus_            _GA            3984_
[PRINT STREET ADDRESS]               [PRINT CITY, STATE, ZIP CODE]

_1-229-723-8803_                     _723-5802_
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Joel A Cardona_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
      [Employer]

      at the facility located in Dothan, Alabama.  I worked at this

      location from _I not Sure_ to _____.
                    [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _21_ day of _May_, 2008

_Joel A Cardona_                        _Joel A Cardona_
[PRINT NAME]                            [SIGN NAME]

_1921 Charlton dr_                      _Dothan AL 36303_
[PRINT STREET ADDRESS]                  [PRINT CITY, STATE, ZIP CODE]

_334-803-4522_                          _334-699-6423_
[PRINT CELL PHONE NUMBER]               [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Ashley N. Davis_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms INC_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _Oct. 13, 2006_ to _Dec. 15, 2006_ .
[Date]                       [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _23_ day of _May_ , 2008

_Ashley Davis_
[PRINT NAME]

_Ashley Davis_
[SIGN NAME]

_1030 North Main St_
[PRINT STREET ADDRESS]

_Blakely GA 39823_
[PRINT CITY, STATE, ZIP CODE]

_(229) 308-5307_
[PRINT CELL PHONE NUMBER]

_(229) 723-2580_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Brenda Davis states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by _Perdue_
   [Employer]

   at the facility located in Dothan, Alabama. I worked at this

   location from _Sept 21, 2001_ to _Present_.
   [Date]                    [Date, or if still working write "present"]

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

   I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

   I swear or affirm that the foregoing Statements are true to the best of my knowledge.

   DATED the _29_ day of _May_, 2008

Brenda Davis
[PRINT NAME]

Brenda Davis
[SIGN NAME]

127 Brown Allr
[PRINT STREET ADDRESS]

Ft Gaines Ga  39851
[PRINT CITY, STATE, ZIP CODE]

229-308-8366
[PRINT CELL PHONE NUMBER]

229-768-3729
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Leroy Elder Jr_   states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms_
                                                          [Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _3-14-07_   to   _6-22-07_ .
                [Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _29_ day of _May_ , 2008

_Leroy Elder Jr_                     _Leroy Elder Jr_
[PRINT NAME]                         [SIGN NAME]

_204 Arrowhead Drive_                _Troy, AL  36081_
[PRINT STREET ADDRESS]               [PRINT CITY, STATE, ZIP CODE]

_334-372-8850_                       _334-566-5687_
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

James O. Frazier SR states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _4 - 07_ to _5 - 08 "present"_
[Date]                          [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

   I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

   I swear or affirm that the foregoing Statements are true to the best of my knowledge.

   DATED the _20th_ day of _May_, 2008

_James Frazier SR_
[PRINT NAME]

_James O. Frazier Jr._
[SIGN NAME]

_707 N. Bell St_
[PRINT STREET ADDRESS]

_Dothan, AL. 36301_
[PRINT CITY, STATE, ZIP CODE]

_334 - 718 - 9413_
[PRINT CELL PHONE NUMBER]

_334 - 673 - 2224_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Early Hayes JR._____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_____
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _2/15/04_____ to _10/6/05_____.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _30_ day of _May_____, 2008

_Early Hayes JR._____          _Early H_____
[PRINT NAME]                              [SIGN NAME]

_Early Hayes Jr. 524 longbow DR._   _Albany, GA 31721_
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

_229-869-5267_____              _229-878-5085_____
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Anthony Graham states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _____N/A_____ to _____N/A_____.
[Date]                              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 16 day of May, 2008

Anthony Graham                    Anthony Graham
[PRINT NAME]                          [SIGN NAME]
9382 East South Blvd              Blakely, Ga 39823
[PRINT STREET ADDRESS]            [PRINT CITY, STATE, ZIP CODE]
229 309-0433                      229 725-6311
[PRINT CELL PHONE NUMBER]         [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

Jermaine Grier _ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly, employed by _Perdue Farm_
[Employer]

   at the facility located in Dothan, Alabama.  I worked at this

   location from _May 5, 2006_ to _Nov. 12, 2006_.
   [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

   I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

   I swear or affirm that the foregoing Statements are true to the best of my knowledge.

   DATED the _20_ day of _May_, 2008

_Jermaine Grier_                 _Jermaine Grier_
[PRINT NAME]                     [SIGN NAME]

_11728 Howard Landing Rd._       _Blakely, GA 39823_
[PRINT STREET ADDRESS]           [PRINT CITY, STATE, ZIP CODE]

_(229)-308-6142_                 _(229)-723-2464_
[PRINT CELL PHONE NUMBER]        [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Jessica b. Gordon_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms, Inc._
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _9 /26/ 04_    to    _6/06_
[Date]    [Date, or if still working write "present"]
JG

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the _15th_ day of _May_, 2008

_Jessica b. Gordon_
[PRINT NAME]

_Jessica Gordon_
[SIGN NAME]

_714 Lennox Ave_
[PRINT STREET ADDRESS]

_Dothan AL 36303_
[PRINT CITY, STATE, ZIP CODE]

_334-792-3630_
[PRINT CELL PHONE NUMBER]

_334-699-4019_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Linda Henderson_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms Inc_
[Employer]

   at the facility located in Dothan, Alabama.   I worked at this

   location from _01 - 29 - 88_ to _present_ .
                    [Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

   I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

   I swear or affirm that the foregoing Statements are true to the best of my knowledge.

   DATED the _20_ day of _May_ , 2008

_Linda Henderson_                _Linda Henderson_
[PRINT NAME]                      [SIGN NAME]

_1308 Fairlane Dr._              _Dothan, Al 36301_
[PRINT STREET ADDRESS]            [PRINT CITY, STATE, ZIP CODE]

_(334) 718 - 6874_               _(334) 671 - 8278_
[PRINT CELL PHONE NUMBER]         [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Denise Ricks_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
      [Employer]

      at the facility located in Dothan, Alabama.  I worked at this

      location from _July 1, 2003_ to _Present_.
                   [Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _17_ day of _May_, 2008

_Denise Ricks_                          _Denise Ricks_
[PRINT NAME]                            [SIGN NAME]

_18063 Damascus-Hilton Rd._             _Damascus, Ga. 39841_
[PRINT STREET ADDRESS]                  [PRINT CITY, STATE, ZIP CODE]

_229-220-7892_                          _229-725-5254_
[PRINT CELL PHONE NUMBER]               [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

**Billy R Rogers** _____    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by **Pedue Farms** _____
                                                                    [Employer]
at the facility located in Dothan, Alabama.  I worked at this
location from **April 2002** _____  to  _____ .
                              [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the **2** day of **JUNE** _____ , 2008

**Billy R. Rogers** _____          **Billy Roy Rogers** _____
[PRINT NAME]                              [SIGN NAME]

**1006 S. Bell St. Apt. 1** _____      **Dothan, AL 36301** _____
[PRINT STREET ADDRESS]                    [PRINT CITY, STATE, ZIP CODE]

_____                          **334-792-1142** _____
[PRINT CELL PHONE NUMBER]                 [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:**   CLERK OF THE COURT AND COUNSEL OF RECORD

Latoya Salter _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by ___Perdue_____
     [Employer]

     at the facility located in Dothan, Alabama.  I worked at this

     location from __February__ to __August_____.
                   [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a **plaintiff** in this lawsuit **and to be bound by any** decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a **plaintiff** in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the __20__ day of __May_____, 2008

Latoya Salter _____           Latoya Salter _____
[PRINT NAME]                      [SIGN NAME]

1121 South Main ST APT #18   Blakely, GA 39823
[PRINT STREET ADDRESS]           [PRINT CITY, STATE, ZIP CODE]

(229)308-5180 _____           (229)723-7483 _____
[PRINT CELL PHONE NUMBER]         [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Janie C. Smith_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Puedue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _3/0 6_ to _1/0 7_.
[Date]                [Date or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20th_ day of _May_, 2008

_Janie C. Smith_
[PRINT NAME]

_Janie C. Smith_
[SIGN NAME]

_360 Jeff St Apt 1_
[PRINT STREET ADDRESS]

_Dothan, Alabama 36303_
[PRINT CITY, STATE, ZIP CODE]

_334-794-0157_

[PRINT CELL PHONE NUMBER]     [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Diane Sampl_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farm_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _4-7-96_ to _7-15-07_ .
[Date]                              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _6_ day of _2_ , 2008

_Diane Sampl_
[PRINT NAME]

_Diane Sample_
[SIGN NAME]

_P.o Box 42 Dansey_
[PRINT STREET ADDRESS]

_Dansey Al 36370_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334-899-8923_
[PRINT HOME PHONE NUMBER]

_899-8923_

## <u>CONSENT TO JOIN SUIT AS PARTY PLAINTIFF</u>

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Henry Smith_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _~~January~~ Perdue_
[Employer]
at the facility located in Dothan, Alabama.  I worked at this

location from _January 1999_ to _Present_
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _6_ day of _2_ , 2008

_Henry Smith_
[PRINT NAME]

_Henry Smith_
[SIGN NAME]

_17 Doster Road_
[PRINT STREET ADDRESS]

_Ariton AL 86311_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Vernon L. Snell   states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by ___Perdue Farms___
     [Employer]

     at the facility located in Dothan, Alabama.  I worked at this
     location from ___9/05___ ___2/06___ to ___9/05___ ___2/06___.
                        march        Jan 200
                      3 /1999
                    [Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the _2_ day of __June__, 2008

Vernon L. Snell
[PRINT NAME]

P.O Box
10473
[PRINT STREET ADDRESS]

(334) 718-9719
[PRINT CELL PHONE NUMBER]

Vernon L. Snell
[SIGN NAME]

Dothan, Ala 36304
[PRINT CITY, STATE, ZIP CODE]

(334) 718-9719
[PRINT HOME PHONE NUMBER]

## <u>CONSENT TO JOIN SUIT AS PARTY PLAINTIFF</u>

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Denise L Sparrow _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by Perdue Farms
                                                          [Employer]
     at the facility located in Dothan, Alabama.  I worked at this

     location from  04/2006  to  08/2006
                    [Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 28th day of May , 2008

Denise L Sparrow
[PRINT NAME]

356 Howell St Apt #5
[PRINT STREET ADDRESS]

(229) 308-6565
[PRINT CELL PHONE NUMBER]

Denise Sparrow
[SIGN NAME]

Blakely, Ga  39823
[PRINT CITY, STATE, ZIP CODE]

(229) 724-7606
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Kenyarta K. Smith_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _June 28, 98_ to _July 7 2000_
[Date]                [Date or if still working write present]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20_ day of _May_ , 2008

_Kenyarta Smith_
[PRINT NAME]

_Kenyarta Smith_
[SIGN NAME]

_03 Lee St._
[PRINT STREET ADDRESS]

_Blakely Ga 39823_
[PRINT CITY, STATE, ZIP CODE]

_(229) 308-4874_
[PRINT CELL PHONE NUMBER]

_(229) 723-2152_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Sherry J. Sanders_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _June - 16 - 2006_ to _December - 26 - 2006_
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _3RD_ day of _June_ , 2008

_Sherry J. Sanders_
[PRINT NAME]

_Sherry J. Sanders_
[SIGN NAME]

_31 - Hogan Ave._
[PRINT STREET ADDRESS]

_Blakely, Georgia - 39823_
[PRINT CITY, STATE, ZIP CODE]

_N/A_
[PRINT CELL PHONE NUMBER]

_(229) 723 - 4521_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Tamara Turner_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _Oct 2005_ to _Feb. 06_ .
[Date]                [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _19_ day of _May_ , 2008

_Tamara Turner_
[PRINT NAME]

_Tamara Turner_
[SIGN NAME]

_2398 N Woodlawn Dr_
[PRINT STREET ADDRESS]

_Blakely_
[PRINT CITY, STATE, ZIP CODE]

_229-309-2596_
[PRINT CELL PHONE NUMBER]

_229-723-8515_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Chris Thornton_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _PeRDue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _2-  -04_  to  _11-  -05_.
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____ day of _5-19-08_ , 2008

_Christopher Thornton_
[PRINT NAME]

_440Live CL_
[PRINT STREET ADDRESS]

_1904 2610001_
[PRINT CELL PHONE NUMBER]

[SIGN NAME]

_Green Cove Spring FL_
[PRINT CITY, STATE, ZIP CODE]

_1904 284 6860_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_TONY MASON TAYLOR_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _PERduCE FARM's_
[Employer]
at the facility located in Dothan, Alabama.  I worked at this
location from _3-17-2003_ to _10-27-2005_.
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

   I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

   I swear or affirm that the foregoing Statements are true to the best of my knowledge.

   DATED the _9_ day of _19_ , 2008

_TONY M. TAYLOR_
[PRINT NAME]

_Tony M. Taylor_
[SIGN NAME]

_563 S. BAY ST._
[PRINT STREET ADDRESS]

_BLAKELY GA. 39823_
[PRINT CITY, STATE, ZIP CODE]

_229-723-4761_
[PRINT HOME PHONE NUMBER]

_NO_
[PRINT CELL PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Terleasha Williams__   states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by __Perdue Farms__
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from __10/2003__   to __4/2005__ .
[Date]   [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____ day of __May__   __19__ , 2008

__Terleasha Williams__
[PRINT NAME]

__Teresha Willi__
[SIGN NAME]

__17 Thornton Ave__
[PRINT STREET ADDRESS]

__Arlington  GA  39813__
[PRINT CITY, STATE, ZIP CODE]

__(229) 308-1421__
[PRINT CELL PHONE NUMBER]

__(229) 725-5654__
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Titus E. WorldS_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms INC.,_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this
location from _6/02 - 3/04_ to _4/03 - 11/04_ .
[Date]    [Date, or if still working write "present"]
_Estimated time_    _Estimated time_

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20_ day of _May_ , 2008

_Titus WorldS_
[PRINT NAME]

_201 Young America Drive_
[PRINT STREET ADDRESS]

_(334) 648-1700_
[PRINT CELL PHONE NUMBER]

_Titus WorldS_
[SIGN NAME]

_Dothan Ala, 36303_
[PRINT CITY, STATE, ZIP CODE]

_(334) 678-2103_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Willie Wimbush_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _11/03_ to _2/ /05_.
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _25_ day of _May_____, 2008

_Willie Wimbush_
[PRINT NAME]

_Willee Wimbush_
[SIGN NAME]

_116 Buckhead Drive lot 41_
[PRINT STREET ADDRESS]

_Bainbridge Georgia 39817_
[PRINT CITY, STATE, ZIP CODE]

_1-229-400-2209_
[PRINT CELL PHONE NUMBER]

_1-229-246-6019_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Shawanda Whatley states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter. yes

2.    I am currently, or was formerly, employed by Perdue Farm
                                                    [Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from    Feb 07    to    Apr 07    .
                   [Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any. yes

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime. yes

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case. yes

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the    15th    day of    May    , 2008

Shawanda Whatley                    Shawanda Whatley
[PRINT NAME]                        [SIGN NAME]

1207 E. Lafayette St                Dothan, Al 36301
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

(334)333-6641                       NA
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Sue Ann Thomas_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farm_ at
[Name of Plant]
the facility located in _Dothan Al_ . I worked at this location from
[City/State]
_9-7-97_ to _present_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Perdue Farm_ plant in _Dothan Al_ , and
[Name of Plant]                        [City/State]
possibly other plants owned by _Perdue Farm_ . If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _16th_ day of _October_ , 2007.

_Sue Ann Thomas_                    _Sue Ann Thomas_
[PRINT NAME]                        [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jackie L. Durry_ _____ states the following:
          [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms_ at
      the facility located in _Dothan, Al_.  I worked at this location from
                            [Name of Plant]
      _09-09-02_ to _present_.
        [Date]        [Date) or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
      employees at the _Perdue Farms_ plant in _Dothan Al_, and
                      [Name of Plant]              [City/State]
      possibly other plants owned by _Perdue Farms_.  If brought as a class
                                    [Name of Plant]
      action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

      DATED the _09_ day of _October_, 2007.


_Jackie L. Durry_                    _Jackie L. Durry_
[PRINT NAME]                         [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_ShaShay L. Kennedy_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly employed, by ___Perdue Farms___ at the facility located in ___Dothan, AL___. I worked at this location from
[Name of Plant]                                    [City/State]
___11/3/03___ to ___10/16/05___.
[Date]                [Date, or if still working write "present"]

3.  I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.  I understand that this suit may be brought as a class action covering employees at the ___Perdue Farms___ plant in ___Dothan, AL___, and
[Name of Plant]                          [City/State]
possibly other plants owned by ___Perdue Farms___. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _8_ day of ___October___, 2007.

_ShaShay L. Kennedy_                _ShaShay L. Kennedy_
[PRINT NAME]                        [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Stanley Bernard Blythers_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Perdue FARMS_ at
the facility located in _Dothan, AL._ .  I worked at this location from
_12-1-00_ to _11-9-06_ .
     [Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Perdue FARMS_ plant in _Dothan, AL_ , and
     [Name of Plant]                    [City/State]
possibly other plants owned by _Perdue FARMS_ .  If brought as a class
     [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _15th_ day of _October_ , 2007.

_Stanley Bernard Blythers_          _Stanley Bernard Blythers_
[PRINT NAME]                        [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Regina Beachar_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Perdue Farms_ at
     the facility located in _Dothan, Ala_. I worked at this location from
                            [Name of plant]
     _Aug 28, 1998_ to _Present_.
        [Date]          [Date, or if still working write "present"]
                        [City/State]

3.   I understand that this suit is being brought to recover compensation for pre-
     and post-production time activities from my employer. I also understand that
     the lawsuit may seek recovery for unpaid production time. I understand that
     the suit is brought pursuant to both federal law and applicable state statutes,
     if any.

4.   I believe I have not been paid for all compensable time, which I have worked,
     including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any
     settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering
     employees at the _Perdue Farms_ plant in _Dothan Ala_ and
                      [Name of Plant]              [City/State]
     possibly other plants owned by _Perdue Farms_ If brought as a class
                                    [Name of Plant]
     action under either federal or state law, I agree to be a named Plaintiff in such
     class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

     DATED the _3_ day of _May_, 2007.


_Regina Beachar_                    _Regina Beachar_
PRINT NAME                          SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Stacta Ardell Smith_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms_ at
the facility located in _Dothan AL_ .  I worked at this location from [Name of plant]
_Jan. 2005_ to _June 2006_ .
[Date]          [Date, or if still working write "present"]
_July 1994_
_August 1997 (?)_

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering
employees at the _Perdue Farms_ plant in _Dothan AL_ , and [Name of Plant]          [City/State]
possibly other plants owned by _Perdue Farms_ .  If brought as a class [Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _3_ day of _Feb_ , 2007.

_Stacta Ardell Smith_          _Stacta Ardell Smith_
PRINT NAME                     SIGN NAME

**CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Mack R. McReal_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Perdue Farms_ at the facility located in _Dothan, Al_. I worked at this location from
[Name of Plant]                          [City/State]
_11-23-2000_ to _Present_.
[Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan Al_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Perdue Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _Oct_, 2007.

_Mack McReal_                    _Mack R. McReal_
[PRINT NAME]                      [SIGN NAME]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Anthony Sol_ _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms_ at
the facility located in _Dothan Ala._  I worked at this location from
[Name of plant]
_10-20-03_  [City/State]  _4-20-05_
~~10-28-05~~   to   ~~1/28/07~~
[Date]              [Date, or if still working write "present"] _Eu_

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer.  I also understand that the lawsuit may seek recovery for unpaid production time.  I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan Ala._; and
[Name of Plant]          [City/State]
possibly other plants owned by _Perdue Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _23rd_ day of _May_, 2007.

_Anthony Sol_ _____
PRINT NAME

_Anthony Sol_ _____
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Emma K. Wright_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Perdue Farms_____ at the facility located in _Dothan, Ala_____. I worked at this location from
[Name of plant]
_2/28/03_ to _Present_____.
[Date]      [City/State]      [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, Ala_; and
[Name of Plant]      [City/State]
possibly other plants owned by _Perdue Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _26_ day of _May___, 2007.

_Emma K. Wright___        _Emma K. Wright___
PRINT NAME                SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

Doris Hornsby _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by Perdue Farms at
the facility located in Dothan, AL. I worked at this location from
[Name of plant]
April 2003 to August 2005.
[Date]           [City/State]
[Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the Perdue Farms plant in Dothan, AL, and possibly other plants owned by Perdue Farms If brought as a class
[Name of Plant]        [City/State]
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 26 day of May, 2007.

Doris Hornsby
PRINT NAME

Doris Hornsby
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:  CLERK OF THE COURT AND COUNSEL OF RECORD**

_LaQuila Lee Ofton_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms_ at
[Name of plant]
the facility located in _Dothan, Alabama_ I worked at this location from
[City/State]
_8-31-04_ to _February 25, 2007_.
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, Alabama_, and
[Name of Plant]    [City/State]
possibly other plants owned by _Perdue Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _28th_ day of _May_, 2007.

_LaQuila Lee Ofton_                    _LaQuila Ofton_
PRINT NAME                              SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Geraldine Potter_____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly employed, by _Perdue Farms_____ at the facility located in _Dothan, AL_____. I worked at this location from
[Name of Plant]
_April 2005_ to _December 2005_
[Date]          [City/State]
                [Date, or if still working write "present"]

3.   I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.   I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, AL_, and
[Name of Plant]                    [City/State]
possibly other plants owned by _Perdue Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _03_ day of _April_____, 2007.

_Geraldine Potter_____        _Geraldine Potter_____
[PRINT NAME]                    [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Jeanette Beachan_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms_ at
the facility located in _Dothan Ala_ . I worked at this location from
[Name of plant]
_Oct. 1996_ to _Nov. 2006_ .
[Date]              [Date, or if still working write "present"]
[City/State]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, Ala_ ; and
[Name of Plant]                          [City/State]
possibly other plants owned by _Perdue Farms_ If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _25_ day of _April_ , 2007.

_Jeanette Beachan_
PRINT NAME

_Jeanette Beachan_
SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:   CLERK OF THE COURT AND COUNSEL OF RECORD**

_Shirley M. Kilgore_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly employed, by _Perdue Farms_ at
the facility located in _Dothan AL._. I worked at this location from
[Name of plant]
_5-10-2001_ to _Present_.
[Date]                [City/State]
[Date, or if still working write "present"]

3.    I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe I have not been paid for all compensable time, which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6.    I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan AL._, and
[Name of Plant]                [City/State]
possibly other plants owned by _Perdue Farms_. If brought as a class
[Name of Plant]
action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _30_ day of _march_, 2007.


_Shirley M. Kilgore_                    _Shirley M. Kilgore_
PRINT NAME                              SIGN NAME

**CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Rozena Jackson [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by Predue Fams [Employer] at the facility located in Dothan, Alabama. I worked at this location from 2003 [Date] to 2005 [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 20 day of May, 2008

Rozena Jackson [PRINT NAME]          Rozena Jackson [SIGN NAME]

P.O Box 434  82 prices T [PRINT STREET ADDRESS]          Edison GA 39846 [PRINT CITY, STATE, ZIP CODE]

(229) 308-1660 [PRINT CELL PHONE NUMBER]          (229) 835-2684 [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Alisa M Jackson   states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by Perdue Farms
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from   7 - 05   to   3 - 07   .
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 20 day of may , 2008

Alisa M Jackson
[PRINT NAME]

Alisa M Jackson
[SIGN NAME]

314 mallon St.
[PRINT STREET ADDRESS]

Dothan AL 36303
[PRINT CITY, STATE, ZIP CODE]

334 - 479 - 9334
[PRINT CELL PHONE NUMBER]

[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Beverly Kimble states the following:
[Print Name]

1.      I am over 18 years of age and competent to give the following consent in this matter.

2.      I am currently, or was formerly, employed by Perdue Farm
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from July 29, 2006 to _____ .
[Date]                         [Date, or if still working write "present"]

3.      I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.      I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.      I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

        I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

        I swear or affirm that the foregoing Statements are true to the best of my knowledge.

        DATED the 5 day of 20 _____, 2008

Beverly Kim Ble                     Beverly Kimble
[PRINT NAME]                        [SIGN NAME]

501 E. 6St                          Donalsonville, GA. 39845
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

229-416-5037                        229) 383-0632
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Genet Mc Clendon_ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly, employed by _Purdue Farm_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _Aug 1_ to _Sept 1_.
[Date]                    [Date, or if still working write "present"]

3.     I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _16_ day of _May_, 2008

_Genet Mc Clendon_
[PRINT NAME]

_Genel Mc Clen_
[SIGN NAME]

_52 Sun Tons St_
[PRINT STREET ADDRESS]

_Blakly, Ga. 39823_
[PRINT CITY, STATE, ZIP CODE]

_229-808-5729_
[PRINT CELL PHONE NUMBER]

_229-723-6208_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

MARlo Miller  _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms  _____
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from Sept. 24. 04  _____ to Feb 8, 08  _____.
[Date]                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 23 day of May  _____, 2008

Marlo Miller  _____
[PRINT NAME]

Mario D. Miller  _____
[SIGN NAME]

900 Grant St  _____
[PRINT STREET ADDRESS]

Dothan, Al. 36301  _____
[PRINT CITY, STATE, ZIP CODE]

334-798-7660  _____
[PRINT CELL PHONE NUMBER]

d  _____
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Lorenzo McGill_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _07 03 07_ to _n/a_ .
[Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _05_ day of _2 /_ , 2008

_Lorenzo McGill_
[PRINT NAME]

_Lorenzo McGill_
[SIGN NAME]

_408 N Friendship Ave_
[PRINT STREET ADDRESS]

_Donalsonville GA 39845_
[PRINT CITY, STATE, ZIP CODE]

_229 226 0024_
[PRINT CELL PHONE NUMBER]

_229 524 2860_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Gerecria Murchison_ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly, employed by _Perdue Farms_
       [Employer]
       at the facility located in Dothan, Alabama.  I worked at this

       location from _2/27/06_ to _8/28/06_.
                     [Date]              [Date, or if still working write "present"]

3.     I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

       I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

       I swear or affirm that the foregoing Statements are true to the best of my knowledge.

       DATED the _20th_ day of _May_, 2008

_Gerecria Murchison_                _Gerecria Murchison_
[PRINT NAME]                        [SIGN NAME]

_1607 Squire Court_                 _Dothan, AL 36301_
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

_(334) 791-5790_                    _____
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

*Timothy F. Moore* states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by *Perdue FARMS*
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from *06-15-07* to _____.
[Date]                                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the *05* day of *20*_____, 2008

*Timothy F. Moore*                *Timothy F. Moore*
[PRINT NAME]                          [SIGN NAME]

*408 N. Friendship Ave*       *Donalsonville GA 39845*
[PRINT STREET ADDRESS]        [PRINT CITY, STATE, ZIP CODE]

*229-220-9024*
*229-524-2860*                      *229-524-2860*
[PRINT CELL PHONE NUMBER]    [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Eric  Oliver_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Purdue_
      [Employer]

      at the facility located in Dothan, Alabama.  I worked at this

      location from _Jan.  2005_ to _April  2006_.
                    [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _2_ day of _June_, 2008

_Eric  Oliver_                          _Eric Oliver_
[PRINT NAME]                            [SIGN NAME]
_Box 517_
_15th St. 10th Ave_                     _Malone, FL  32445_
[PRINT STREET ADDRESS]                  [PRINT CITY, STATE, ZIP CODE]

                                        _(850) 569-9893_
[PRINT CELL PHONE NUMBER]               [PRINT HOME PHONE NUMBER]

## <u>CONSENT TO JOIN SUIT AS PARTY PLAINTIFF</u>

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Eddie Price_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _11-12-08_ to _Present_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _2_ day of _June_, 2008

_Eddie Price_
[PRINT NAME]

_Eddie Price_
[SIGN NAME]

_1006 South Bell Apt/_
[PRINT STREET ADDRESS]

_Dothan Ala 36301_
[PRINT CITY, STATE, ZIP CODE]

_334-792-4142_

_____
[PRINT CELL PHONE NUMBER]

[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Kenyata Powell - Corbett_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _06-05_ to _9-05_.
[Date]                        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _16_ day of _May_, 2008

_Kenyata Powell Corbett_              _Kenyata Powell Corbett_
[PRINT NAME]                          [SIGN NAME]

_106 Vena Ct_                          _Kinsey AL 36303_
[PRINT STREET ADDRESS]                 [PRINT CITY/STATE, ZIP CODE]

_nA_                                   _334-794-3623_
[PRINT CELL PHONE NUMBER]              [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Ethelene Peterson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _5 / 1 /05_    to    _3/22/06_    .
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20th_ day of _May_, 2008

_Ethelene Peterson_
[PRINT NAME]

_Ethelene Peterson_
[SIGN NAME]

_24221 Hwy 27_
[PRINT STREET ADDRESS]

_Bluffton Ga 39824-0091_
[PRINT CITY, STATE, ZIP CODE]

_(229) 835-3117_
[PRINT CELL PHONE NUMBER]    [PRINT HOME PHONE NUMBER]