IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 1:06-CV-1000-MEF-WC |
| v. ) | |
| ) | |
| PERDUE FARMS INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ITS REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Perdue Farms, Inc. ("Defendant") with the Consent of Plaintiffs moves this Court pursuant to Federal Rule of Civil Procedure 6(b) for an extension of seven days to file its Reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment. This extension will not interfere with the Court's schedule as the deadline for filing dispositive motions is July 18, 2008.

Defendant filed its Motion for Summary Judgment on May 16, 2008. Defendant agreed to and this Court granted a requested extension of seven days for Plaintiffs to file their Response to Defendant's Motion for Summary Judgment. Plaintiffs filed their Response on June 11, 2008. Counsel for Defendant has requested and Counsel for Plaintiffs has agreed to a seven-day extension for Defendant to reply to Plaintiffs' response brief. Should the requested extension be granted, the reply brief would be due on or before June 25, 2008.

The parties have agreed that Counsel for Defendant would file this Consent Motion.

Respectfully submitted,   /s/ *Lexer I. Quamie*
James J. Kelley
(D.C. Bar No. 194746)*
202-739-5095
jkelley@morganlewis.com
Lexer I. Quamie
(D.C. Bar No. 502908)*
202-739-5955
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
202-739-3001 (fax)

Sandra B. Reiss
Alabama Bar No.  ASB-3650-S80S
**Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, AL 35203
205-328-1900
205-328-6000 (fax)
sandra.reiss@odnss.com

*Counsel for Defendant, Perdue Farms Incorporated*

Robert J. Camp
505 North 20th Street, Suite 825
Birmingham, AL 35203
205-930-6900
205-930-6910 (fax)
rcamp@cochranfirm.com

*Counsel for Plaintiffs*

Dated: June 13, 2008

* *James J. Kelley and Lexer Quamie have been admitted to this Court pro hac vice.*

1-WA/2990787.1                    2