# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARRYL ANDERSON, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **1:06-cv-1000-MEF** |
| | § | |
| **PERDUE FARMS, LLC.** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiff hereby files the following Notices of Consent in connection with the above-titled and numbered actions, attached hereto:

1. Montreal McCray
2. Andrew Alexander
3. Henry Lee Anderson
4. Lergiald Alexander
5. Shantrell M. Anderson
6. Joseph Max Alpin
7. Janie Asbie
8. Hazel L. Ash
9. Teresa Baker
10. Robert Barber
11. Morgan Barkley
12. Cindy Besse
13. Natalie Bonds
14. Christine Booker
15. Mary B. Boyd
16. Trevois A. Brascomb
17. Ashley Brown
18. Brenda G. Brown
19. Janice Bryant
20. Pauletta Bryant

21.     Steven Bryant
22.     Indya Burkes
23.     Armanda L. Carlisle
24.     Annie Carter
25.     Gary Chambers
26.     Henry Chambers
27.     Brenda Clemons
28.     Eric Clemmons
29.     Edith Clemons
30.     James W. Collins
31.     Sidney Crump
32.     Alan Curry
33.     Sarina Darby
34.     Teresa Davis
35.     Wendy Davis
36.     Louise Dean
37.     Adrin Dunlap
38.     Victoria Durr
39.     Richard H. Mims
40.     Lloyd T. Miree
41.     Ciara Moore
42.     Draper Scott Moore
43.     Jacqueline Moore
44.     Gloria Morris
45.     William P. Mosley
46.     Dean Patridge
47.     Beverly Perdue
48.     Bryant R. Peterson
49.     James Pitts
50.     Horace Preston
51.     Willie R. Pride
52.     Douglas E. Register
53.     Shavon R. Register
54.     Kenyatta Rich
55.     Rosie Jean Riggins
56.     Kamal T. Russaw
57.     Yolanda Russell
58.     Manuel Jorge Sea
59.     Christopher O. Sims
60.     April R. Smith
61.     Bennie Mae Smith
62.     Daneshia Smith
63.     Gloria Smith
64.     Jermaine Smith

65.     Lakita Smith
66.     Willie Smith
67.     Latoya Snipes
68.     John W. Spencer
69.     Lashunda Stovall
70.     Joshua M. Streeter
71.     Patrick E. Streeter, Sr.
72.     Wanda Sterling
73.     David Swain
74.     Chenique Thomas
75.     Lisa Tullis
76.     Terwanna Tyson
77.     Robert K. Wade
78.     David A. Walker
79.     Shenitha Walker
80.     Bizzie Walters
81.     Felecia A. Watson
82.     Stephanie L. Weatheington
83.     Willie Mae West
84.     Shawanda Whatley
85.     Judy M. White
86.     Stephanie White
87.      Timothy R. White
88.     Gloria J. Williams
89.     Jecellia Williams
90.     Veronica S. Williams
91.     Scoey Fields
92.     Johnny Lee Godfrey
93.     Mary Goines
94.     Brandon Graham
95.     Cedric Gude
96.     Sharon Hall
97.     Desann Hallam
98.     Archawacha Harris
99.     Gregory Andre Harris
100.    Don Hartzog
101.    Miriam J. Hayes
102.    Latoria M. Henderson
103.    Ashanti Olivette Hickman
104.    Carolyn M. Hopkins
105.    Lether Hunter
106.    Tisi Jackson
107.    Tony Jackson
108.    Maurice Jessie

109.   Annie Lee Johnson
110.   Erica Johnson
111.   Latoya Johnson
112.   Ralph Jones
113.   John Kennedy
114.   Shaletha Kennon
115.   Cindy D. Kirkland
116.   Serlael K. Knight
117.   April Lohman
118.   Devin McCoy
119.   Tonya Ann McCrae
120.   Troy McCree
121.   Willie McDonald
122.   Pamela D. Michellon
123.   Dale E. McLaughlin
124.   Chasity McLeod

Dated:  June 16, 2008                    Respectfully submitted,

                                         **THE COCHRAN FIRM, P.C.**

                                         /s/ Robert J. Camp_____
                                         **ROBERT J. CAMP**
                                         **BERNARD D. NOMBERG**
                                         505 North 20th Street, Suite 825
                                         Birmingham, AL  35203
                                         (205) 930-6900 (Phone)
                                         (205) 930-6910 (Fax)

       – and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)

(334) 793-8280 (Fax)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>June 16, 2008</u> I electronically filed the above

Notice with the Clerk of the District Court using CM/ECF System, which sent

notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiff
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiff
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiff
bnomberg@cochranfirm.com

Robert  J. Camp
Attorney for Plaintiff
rcamp@cochranfirm.com

James Kelley
Attorney for Defendant
jkelley@morganlewis.com

Sandra Reiss
Attorney for Defendant
Sandra.reiss@odnss.com

Lexer I. Quamie
Attorney for Defendant
lquamie@morganlewis.com

Richard B. Celler
Attorney for Plaintiff
Richard@cellarlegal.com

/s/ Robert J. Camp_____
**ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Janice Bryant_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by ~~Sale~~ _Perdue_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _Donalsonville_ to _Dothan_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _5|20_ day of _____, 2008

_Janice Bryant_
[PRINT NAME]

_Janice Bryant_
[SIGN NAME]

_705 Gip Ave_
[PRINT STREET ADDRESS]

_Donalsonville Ga 39845_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_524-2995_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Pauletta Bryant_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue FARMS_
      [Employer]

      at the facility located in Dothan, Alabama.  I worked at this

      location from _1-21-05_ to _2-28-05_.
                    [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _22_ day of _May_, 2008

_Pauletta Bryant_
[PRINT NAME]

_Pauletta Bryant_
[SIGN NAME]

_104 Nashville Dr_
[PRINT STREET ADDRESS]

_Dothan, Al, 36301_
[PRINT CITY, STATE, ZIP CODE]

_(334) 718-5436_
[PRINT CELL PHONE NUMBER]

_(334) 671-1498_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Steven Bryant_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _Donalsonville Geo_ _Dothan Alb_.
[Date]                           [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20_ day of _5/20/08_, 2008

_Steven Bryant_
[PRINT NAME]

_705 Gip Ave_
[PRINT STREET ADDRESS]

_____
[PRINT CELL PHONE NUMBER]

_Steven Bryant_
[SIGN NAME]

_Donalsonville Ga 39845_
[PRINT CITY, STATE, ZIP CODE]

_524-2295_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Indya Burkes_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]
at the facility located in Dothan, Alabama. I worked at this

location from _Feb. 24, 2006_ to _Oct. 16, 2006_.
[Date]                              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _16_ day of _May_, 2008

_Indya B. Renia Burkes_
[PRINT NAME]

_Chalya Burkes_
[SIGN NAME]

_200 Ross Dr._
[PRINT STREET ADDRESS]

_Ozark, Al. 36360_
[PRINT CITY, STATE, ZIP CODE]

_(334) 733-0299_
[PRINT CELL PHONE NUMBER]

_(334) 774-1049_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Armanda L. Carlisle_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _Dec, 17 2007_ to _Jan 28, 2008_ .
[Date]                        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the _24th_ day of _May_ , 2008

_Armanda L. Carlisle_
[PRINT NAME]

_Armanda L. Carlisle_
[SIGN NAME]

_778 W. Reynolds St._
[PRINT STREET ADDRESS]

_Ozark, Al 36360_
[PRINT CITY, STATE, ZIP CODE]

_334-774-6933_
[PRINT CELL PHONE NUMBER]

_334-379-5633_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

*Annie Carter* states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by *Perdue Farms*
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from *11-10-2000* to *Present* .
[Date]                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the *15* day of *May* , 2008

*Annie Carter*
[PRINT NAME]

*Annie Carter*
[SIGN NAME]

*266 Sander Rd*
[PRINT STREET ADDRESS]

*Kinsey AL 36383*
[PRINT CITY, STATE, ZIP CODE]

*(334) 718-1061*
[PRINT CELL PHONE NUMBER]

*791-7853*
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

GARY CHAMBERS          states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _PREDUE_
      at the facility located in Dothan, Alabama.  I worked at this [Employer]

      location from _5-27-05_     to     _PRESENT_.
                    [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _17_ day of _MAY_, 2008

_GARY CHAMBERS_
[PRINT NAME]

_825 S. Appletree ST_
[PRINT STREET ADDRESS]

_(334) 333-1869_
[PRINT CELL PHONE NUMBER]

[SIGN NAME]

_DOTHAN, AL. 36303_
[PRINT CITY, STATE, ZIP CODE]

_NONE_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_Henry, Chambers_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was (formerly) employed by _Perdue_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from ___2001___ to ___2004___ .
[Date]                        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _18_ day of _5 - 18 -_ , 2008

_Henry Chambers_                    _Henry Chambers_
[PRINT NAME]                         [SIGN NAME]

_307 Page St_                        _Dothan, Alabama 36301_
[PRINT STREET ADDRESS]               [PRINT CITY, STATE, ZIP CODE]

_(334) 333-6487_                     _(334) 333-6487_
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_BRENDA CLEMONS_    states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly, employed by _PERDUE FARMS_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _MAy 10, 1991_ to _October 11, 2006_ .
[Date]                    [Date, or if still working write "present"]

3.     I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _27_ day of _May_ , 2008

_BRENDA CLEMONS_
[PRINT NAME]

_Brenda Clemons_
[SIGN NAME]

_P.O. Box 643_
[PRINT STREET ADDRESS]

_Brinson GA. 39820_
[PRINT CITY, STATE, ZIP CODE]

_229-400-1342_
[PRINT CELL PHONE NUMBER]

_229- NONE_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Eric Clemmons_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farm_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _July, 02_ to _March 06_.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _19_ day of _May_, 2008

_Eric Clemmons_
[PRINT NAME]

_Eric Clemmas_
[SIGN NAME]

_109 Lance Ct Lot-13_
[PRINT STREET ADDRESS]

_Bainbridge, GA. 39817_
[PRINT CITY, STATE, ZIP CODE]

_229-220-3552_
[PRINT CELL PHONE NUMBER]

_229-243-2622_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Edith Clemons_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farm_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _Dec. 16, 1990_ to _March 07, 2005_.
[Date]                        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _19_ day of _May_, 2008

_Edith Clemons_
[PRINT NAME]

_Edith Clemons_
[SIGN NAME]

_109 Lance ct Lot-13_
[PRINT STREET ADDRESS]

_Bainbridge Ga. 39817_
[PRINT CITY, STATE, ZIP CODE]

_229-220-4126_
[PRINT CELL PHONE NUMBER]

_229-243-2622_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

James W. Collins _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_____
                                                         [Employer]
       at the facility located in Dothan, Alabama.  I worked at this

       location from _Feb. 2006___ to _June 2006_____.
                        [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _3_ day of _June_____, 2008

_James W Collins_____          _Jas W. Col_____
[PRINT NAME]                        [SIGN NAME]

_914 Blackshear St.____          _Dothan, Alabama, 36303_
[PRINT STREET ADDRESS]            [PRINT CITY, STATE, ZIP CODE]

_____          _334-673-4744_____
[PRINT CELL PHONE NUMBER]         [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Sidney Crump_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue_
     [Employer]
     at the facility located in Dothan, Alabama.  I worked at this

     location from _6-19-04_ to _2-15-07_
     [Date]                              [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the _6-06-08_ day of _6-06-008_, 2008

_ney Crump_                      _Sidney Crump_
[NAME]                           [SIGN NAME]

_3T Apt 237_                     _ORLANDO FL 32839_
[ADDRESS]                        [PRINT CITY, STATE, ZIP CODE]

                                 _(407) 914-5060_
[NUMBER]                         [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Alan Curry_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]
at the facility located in Dothan, Alabama.  I worked at this

location from _Jun "07" Jen "08"_ to _____.
[Date]                                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

        I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

        I swear or affirm that the foregoing Statements are true to the best of my knowledge.

        DATED the _May_ day of _15_, 2008

_Alan Curry_                          _Alan Curry_
[PRINT NAME]                          [SIGN NAME]

_2401 Kristie Rd_                     _Dothan AL 36303_
[PRINT STREET ADDRESS]                [PRINT CITY, STATE, ZIP CODE]

_____               _(334) 983-3213_
[PRINT CELL PHONE NUMBER]             [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

SARina Darby    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by  Perdue Farm
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from  Jan 1998  to  Oct 2005  .
[Date]                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the  20  day of  May  , 2008

SARina Darby
[PRINT NAME]

Sarina Darby
[SIGN NAME]

139 Nicole Lane
[PRINT STREET ADDRESS]

Hartford, Al 36344
[PRINT CITY, STATE, ZIP CODE]

334-449-6072
[PRINT CELL PHONE NUMBER]

334-223-4038
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Teresa Davis_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _June 2003_ to _July 2005_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ~~Friday~~ 16 day of _May_ , 2008

_Teresa Davis_
[PRINT NAME]

_Teresa Davis_
[SIGN NAME]

_1907 Sullivan Dr._
[PRINT STREET ADDRESS]

_Dothan Al 36303_
[PRINT CITY, STATE, ZIP CODE]

_334-796-2005_
[PRINT CELL PHONE NUMBER]

_334-796-2005_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Wendy Davis__ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by __Perdue Farms Inc.__
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from __April 15, 2005__ to __present__.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __21__ day of __May__, 2008

__Wendy Davis__                     __Wendy Y. Davis__
[PRINT NAME]                         [SIGN NAME]

__206 N. Herring St. Apt 2__         __Dothan, AL 36303__
[PRINT STREET ADDRESS]               [PRINT CITY, STATE, ZIP CODE]

__(334) 798-0791__                   __N/A__
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Louise Dean_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms Inc._
[Employer]
at the facility located in Dothan, Alabama. I worked at this

location from _2 - 2004_ to _5 - 2006_ .
[Date]                  [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _16_ day of _May_ , 2008

_Louise Dean_
[PRINT NAME]

_Louise B. Dean_
[SIGN NAME]

_603 So. Edgewood Dr._
[PRINT STREET ADDRESS]

_Dothan, Alabama 36301_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334-677-4484_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Adrin Dunlap states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by PERDUE
      [Employer]

      at the facility located in Dothan, Alabama.  I worked at this

      location from 3/12/03 to 12/15/04.
      [Date]                              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the MAY day of 15, 2008

Adrin
Adrin Dunlap                          Adrin Dunlap
[PRINT NAME]                          [SIGN NAME]

95 Chevy Dr                           Kinsey AlA 36303
[PRINT STREET ADDRESS]                [PRINT CITY, STATE, ZIP CODE]

                                      (334) 794-5604
[PRINT CELL PHONE NUMBER]             [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Victoria Durr_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms_
[Employer]
at the facility located in Dothan, Alabama. I worked at this

location from _12-6-92_    to    _Present_ .
[Date]                          [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _16_ day of _May_ , 2008

_Victoria Durr_                    _Victoria Durr_
[PRINT NAME]                       [SIGN NAME]

_106 Liberty CT_                   _Dothan AL 36303_
[PRINT STREET ADDRESS]             [PRINT CITY, STATE, ZIP CODE]

_(334) 648-3653 or 334 618-4195_
[PRINT CELL PHONE NUMBER]          [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Timothy R. White_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _PERDUE FARMS INC_
[Employer]
at the facility located in Dothan, Alabama.  I worked at this

location from _JAN. 06_    to    _MAY 06'_
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _19TH_ day of _MAY_, 2008

_Timothy R. White_
[PRINT NAME]

_Timothy R. White_
[SIGN NAME]

_1116 CYNTHIA DRIVE_
[PRINT STREET ADDRESS]

_DOTHAN, Alabama 36301_
[PRINT CITY, STATE, ZIP CODE]

_(334) 685-8287_
[PRINT CELL PHONE NUMBER]

_(334) 671-1630_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Gloria J.Williams states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
                                                              [Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _Sept. 23, 2005_ to _present_.
              [Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the _22_ day of _May_, 2008

Gloria J.Williams                    Gloria J. Williams
[PRINT NAME]                         [SIGN NAME]

33 Church Ave./P.O.Box 442)          Arlington Ga, 39813
[PRINT STREET ADDRESS]               [PRINT CITY, STATE, ZIP CODE]

229-308-1467
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:     CLERK OF THE COURT AND COUNSEL OF RECORD

Jescellia Williams states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly, employed by Perdue Farms
       [Employer]

       at the facility located in Dothan, Alabama.  I worked at this

       location from March 19, 07 to Now 7, 08 Still employee there
                      [Date]        [Date, or if still working write "present"]

3.     I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

       I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

       I swear or affirm that the foregoing Statements are true to the best of my knowledge.

       DATED the 15 day of May, 2008

Jescellia Williams                      Jescellia Williams
[PRINT NAME]                            [SIGN NAME]

400 Page St                             Dothan, Ala. 36303
[PRINT STREET ADDRESS]                  [PRINT CITY, STATE, ZIP CODE]

(334) 333-7575                          NA
[PRINT CELL PHONE NUMBER]               [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Veronica S. Williams    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms Inc
[Employer]
at the facility located in Dothan, Alabama.   I worked at this

location from   11-11-05   to   5-10-07
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the   7th   day of   June   , 2008

Veronica S. Williams                Veronica S. Williams
[PRINT NAME]                        [SIGN NAME]

1802 Graduate St                    Dothan, Al 36303
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

(229)418-1668 /334-655-8894
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Scoey Fields_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
      [Employer]
      at the facility located in Dothan, Alabama.  I worked at this

      location from _8-14-05_ to _9-16-07_.
                    [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _5_ day of _15_, 2008

_Scoey Fields_                     _Scoey Fields_
[PRINT NAME]                       [SIGN NAME]

_P.O. Box 303_                     _Ozark AL 36361_
[PRINT STREET ADDRESS]             [PRINT CITY, STATE, ZIP CODE]

_334 733-0110_                     _445-1351_
[PRINT CELL PHONE NUMBER]          [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Johnny Lee Godfrey_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _PERdUE FARMS_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _SEPT-03_ to _NOV.-04_.
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _27_ day of _MAY_, 2008

_Johnny Lee Godfrey_
[PRINT NAME]

_Johnny Lee Godfrey_
[SIGN NAME]

_706, Langley DR_
[PRINT STREET ADDRESS]

_Dothan. Alabama. 36301_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_(334)677-1176_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Mary Goines_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was (formerly) employed by _PerDue Farms Inc._
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _Dec. 14, 2003_    to    _January 24, 2008_ .
[Date]                                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _15_ day of _May_ , 2008

_Mary Goines_
[PRINT NAME]

_Mary Goines_
[SIGN NAME]

_816 Allan Road_
[PRINT STREET ADDRESS]

_Dothan, Alabama, 36303_
[PRINT CITY, STATE, ZIP CODE]

_N/A_
[PRINT CELL PHONE NUMBER]

_671-5765_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Brandon Graham_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue farms_
[Employer]
at the facility located in Dothan, Alabama.  I worked at this

location from _5-6-05_ to _8-4-06_.
[Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _4th_ day of _June_ , 2008

_Brandon Graham_
[PRINT NAME]

_Brandon Graham_
[SIGN NAME]

_1304 Cornell Ave. Apt B-11_
[PRINT STREET ADDRESS]

_Dothan, AL 36303_
[PRINT CITY, STATE, ZIP CODE]

_(229)-977-5896_
[PRINT CELL PHONE NUMBER]

_(229)-723-0889_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Cedric Gude_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_____
                                                                                    [Employer]
      at the facility located in Dothan, Alabama.  I worked at this

      location from _12-31-07_____ to _5-22-08_____.
                          [Date]                         [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _22_ day of _May_____, 2008

_Cedric Gude_____          _Cedric Gude_____
[PRINT NAME]                          [SIGN NAME]

_18420 e South Blvd lot 27_     _Blakely, GA, 39823_
[PRINT STREET ADDRESS]          [PRINT CITY, STATE, ZIP CODE]

_229-308-4655_____          _229-724-4429_____
[PRINT CELL PHONE NUMBER]       [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Shuvon Hall _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by ___Perdue___
[Employer]
at the facility located in Dothan, Alabama.  I worked at this

location from ___7-1-05___ to ___10-20-07___.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___15___ day of ___May___, 2008

Shuvon Hall _____            Shuvon Hall _____
[PRINT NAME]                   [SIGN NAME]

2233 Westgate Pkwy #77         Dothan, AL 36303
[PRINT STREET ADDRESS]         [PRINT CITY, STATE, ZIP CODE]

(334) 718-4626
[PRINT CELL PHONE NUMBER]      [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_DeSawn Hallam_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_____
                                                                          [Employer]
      at the facility located in Dothan, Alabama.  I worked at this

      location from _August 1, 2006_ to _Present_____.
                          [Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _21_ day of _May_____, 2008

_DeSawn Hallam_____          _[signature]_____
[PRINT NAME]                          [SIGN NAME]

_422 FortGaines St._              _Blakely, Georgia 39823_
[PRINT STREET ADDRESS]                [PRINT CITY, STATE, ZIP CODE]

_____          _229-773-3618_____
[PRINT CELL PHONE NUMBER]             [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Archawacha_ _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue_ _____
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _5-07_ _____ to _7-18-07_ _____
[Date]                                  [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _5_ day of _27_ _____, 2008

_Archawacha Harris_
[PRINT NAME]

_Archawacha Harris_
[SIGN NAME]

_409 4th Ave_
[PRINT STREET ADDRESS]

_Dothan AL 36301_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334-702-0062  334-678-7944_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Gregory Andre' Harris_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _July 2005_    to    _February 2007_ .
[Date]                                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _15th_ day of _May_, 2008

_Gregory A. Harris_
[PRINT NAME]

_Gregory A. Harris_
[SIGN NAME]

_P.O. BOX 251_
[PRINT STREET ADDRESS]

_Ashford, AL 36312_
[PRINT CITY, STATE, ZIP CODE]

_334-796-3290_
[PRINT CELL PHONE NUMBER]

_none_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

**Don Hartzog** states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by **Perdue Farms**
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from **April 19, 1991** to **Present**.
[Date]                         [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the **15** day of **MAY**, 2008

**Don Hartzog**
[PRINT NAME]

**Don Hartzog**
[SIGN NAME]

**119 Market Rd.**
[PRINT STREET ADDRESS]

**Newton, Al. 36352**
[PRINT CITY, STATE, ZIP CODE]

**798-0795**
[PRINT CELL PHONE NUMBER]

**334-692-3339**
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Miriam S. Hayes states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by Perdue Farms
     [Employer]

     at the facility located in Dothan, Alabama. I worked at this

     location from _____ 03 _____ to _____ 5 - 05 _____.
                        [Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the MAY day of _____ 23 _____, 2008

Miriam Hayes                          Miriam J. Hayes
[PRINT NAME]                          [SIGN NAME]
                    P.O. Bx 882
16745 Wood Valley Rd    Arlington GA 39813
[PRINT STREET ADDRESS]                [PRINT CITY, STATE, ZIP CODE]

229-308-5908                          229-725-1220
[PRINT CELL PHONE NUMBER]             [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Latoria m. Henderson   states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farm
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from July 2006   to   December 2006.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 27th day of May , 2008

Latoria Moshay Henderson
[PRINT NAME]

Latoria Henderson
[SIGN NAME]

14282 River St.
[PRINT STREET ADDRESS]

770) 639-6409 - Cell

229)308-2822
[PRINT CELL PHONE NUMBER]

Blakley Ga 39823
[PRINT CITY, STATE, ZIP CODE]

229) 723-2858 - work
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Ashanti Olivette Hickman states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms
[Employer]
at the facility located in Dothan, Alabama. I worked at this
location from ___07/06___ to ___09/06___.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 10th day of May, 2008

Ashanti O. Hickman                    Ashanti O Hickman
[PRINT NAME]                           [SIGN NAME]

950 Chickasaw St.                     Dothan Alabama 36303
[PRINT STREET ADDRESS]                 [PRINT CITY, STATE, ZIP CODE]

_____               (334) 673-0163
[PRINT CELL PHONE NUMBER]             [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Jrrclyn M. Hopkins_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue_
                                                          [Employer]
at the facility located in Dothan, Alabama.  I worked at this

location from _forgot the date_ to _____.
                    [Date]                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

       I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

       I swear or affirm that the foregoing Statements are true to the best of my knowledge.

       DATED the _19th_ day of _May_, 2008

_Jarolyn M. Hopkins_                _Carolyn M. Hopkins_
[PRINT NAME]                         [SIGN NAME]

_P.O. Box 353_                       _Arlington, Ga. 39813_
[PRINT STREET ADDRESS]               [PRINT CITY, STATE, ZIP CODE]

_x29-308-8880_                       _mom's 1-229-725-1716_
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_Lether Hunter_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly, employed by _Purdue_
    [Employer]
    at the facility located in Dothan, Alabama.  I worked at this

    location from _02-10-06_ to _05-16-08_ .
    [Date]                    [Date, or if still working write "present"]

3.  I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the _5_ day of _/ Le_ , 2008

_Lether Hunter_                    _Lether Hunter_
[PRINT NAME]                       [SIGN NAME]

_104 flower LN_                    _Dothan, AL 36303_
[PRINT STREET ADDRESS]             [PRINT CITY, STATE, ZIP CODE]

_334-796-5780_
[PRINT CELL PHONE NUMBER]          [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Tisi Jackson_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly, employed by _Perdue Farms_
    [Employer]
    at the facility located in Dothan, Alabama. I worked at this

    location from _2/06_ to _11/06_ .
    [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the _16_ day of _May_ , 2008

_Tisi Jackson_                   _Tisi Jackson_
[PRINT NAME]                     [SIGN NAME]

_108 Shady Hollow Ct._           _Dothan, Al. 36301_
[PRINT STREET ADDRESS]           [PRINT CITY, STATE, ZIP CODE]

_334 805-1768_                   _334 699-8608_
[PRINT CELL PHONE NUMBER]        [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Tony Jackson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]
at the facility located in Dothan, Alabama. I worked at this

location from _August 2007_ to _Present_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _15th_ day of _May_ , 2008

_Tony Jackson_
[PRINT NAME]

_Tony Jackson_
[SIGN NAME]

_3140 Flynn Rd box 61_
[PRINT STREET ADDRESS]

_Dothan Al 36803-1080_
[PRINT CITY, STATE, ZIP CODE]

_334-671-0672 or 983-9965_

[PRINT CELL PHONE NUMBER]        [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Maurice Jessie_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _12-07_ to _4-08_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _15_ day of _May_, 2008

_Maurice Jessie_
[PRINT NAME]

_Maurice Jessie_
[SIGN NAME]

_109 Jordan St_
[PRINT STREET ADDRESS]

_Abbeville AL 36310_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_(334) 585-9970_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Addie Lee Johnson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
                                                    [Employer]

at the facility located in Dothan, Alabama. I worked at this

location from ___19 98___  to  ___2001___ · _twice_
              [Date]  _2001_      [Date, or if still working write "present"]  _2004_

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the ___02___ day of ___June___, 2008

_Addie Lee Johnson_            _Annie L. Johnson_
[PRINT NAME]                   [SIGN NAME]

_90 Valley Dr_                 _Dothan Columbia Al, 36319_
[PRINT STREET ADDRESS]         [PRINT CITY, STATE, ZIP CODE]

_____               _1-334-696-4375_  _Mrs. Phronnie Johnson "mother"_
[PRINT CELL PHONE NUMBER]      [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

**Erica Johnson** states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by ~~N/A~~ Perdue Farms
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from **March 06** to **March 07**.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the **19** day of **June** , 2008

**Erica Johnson**                    **Erica Johnson**
[PRINT NAME]                         [SIGN NAME]

**709 S. Tennille Ave**    **Donalsonville, GA. 39845**
[PRINT STREET ADDRESS]     [PRINT CITY, STATE, ZIP CODE]

**229-309-2679**            **229-524-6159**
[PRINT CELL PHONE NUMBER]   [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Latoya Johnson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _March 2005_ to _June 2005_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _2nd_ day of _June_ , 2008

_Latoya Johnson_                         _Latoya Johnson_
[PRINT NAME]                             [SIGN NAME]

_611 E Chason St_                        _Donalsonville, Ga, 39845_
[PRINT STREET ADDRESS]                   [PRINT CITY, STATE, ZIP CODE]

_(229) 254-5443_                         _(229) 524-2693_
[PRINT CELL PHONE NUMBER]                [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Ralph Jones states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _____
                                                              [Employer]
at the facility located in Dothan, Alabama.  I worked at this

location from 2-15-07 to 4-07.
             [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 6 day of July , 2008

Ralph Jones
[PRINT NAME]

Ralph Jones
[SIGN NAME]

236 Hogan Ace
[PRINT STREET ADDRESS]

Blakely, Ga 39823
[PRINT CITY, STATE, ZIP CODE]

229-308-7074
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__John Kennedy__   states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by __Perdue Farms__
[Employer]
at the facility located in Dothan, Alabama.  I worked at this

location from __May 2006__   to __Sept 2006__.
[Date]                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __17__ day of __May__, 2008

__John Kennedy__                      __John Kennedy__
[PRINT NAME]                           [SIGN NAME]

__1907 Sullivan Dr__                   __Dothan Al 36303__
[PRINT STREET ADDRESS]                 [PRINT CITY, STATE, ZIP CODE]

__334-796-2005__                       __334-796-2005__
[PRINT CELL PHONE NUMBER]              [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Shaletha Kennon _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _____ Perdue
      [Employer]
      at the facility located in Dothan, Alabama. I worked at this

      location from 06-05-06 to 07-23-07.
      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the 23 day of May, 2008

Shaletha Kennon                          Shaletha Kennon
[PRINT NAME]                             [SIGN NAME]

905 S. Ussery St. Apt. H-28              Dothan AL 36301
[PRINT STREET ADDRESS]                   [PRINT CITY, STATE, ZIP CODE]

(229) 308-4987                           (229) 723-6584
[PRINT CELL PHONE NUMBER]                [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Cindy D. Kirkland states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms
      [Employer]
      at the facility located in Dothan, Alabama.  I worked at this

      location from April 06        to     Dec, 06.
                      [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the   15   day of   May        , 2008

Cinda D. Kirkland                    Cindy D. Kirkland
[PRINT NAME]                         [SIGN NAME]

3 monza ct.                          Kinsey Al 36303
[PRINT STREET ADDRESS]               [PRINT CITY, STATE, ZIP CODE]

334-7985168                          334-7923515
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Serlaiel K. Knight    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _2 Feb 2006_ to _8-2006 (august)_
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _30_ day of _May_, 2008

_Serlaiel Knight_                    _Serlaiel Knight_
[PRINT NAME]                        [SIGN NAME]

_161 Marshall Rd_                    _Dothan, al 36305_
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

_334-714-8339 (mother)_              _334-692-5113_
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_April Lohman_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _04/2007_ to _Sept. 2007_.
[Date]                          [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _16_ day of _May_, 2008

_April Lohman_                        _April Lohman_
[PRINT NAME]                          [SIGN NAME]
_P.O. Box 88 (mailing)_
_14 Westfield Ct. Apt 106-B_          _Clayton, AL. 36016_
[PRINT STREET ADDRESS]                [PRINT CITY, STATE, ZIP CODE]

                                      _(334) 775-9312_
[PRINT CELL PHONE NUMBER]             [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Devin McCoy_ states the following:
[Print Name]

1.     I am over 18 years of age and competent to give the following consent in this matter.

2.     I am currently, or was formerly, employed by _Perdue_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _April 07_ to _May 07_.
[Date]                    [Date, or if still working write "present"]

3.     I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.     I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.     I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _25_ day of _May_, 2008

_Devin McCoy_
[PRINT NAME]

_Devin McCoy_
[SIGN NAME]

_19141 E. South blvd_
[PRINT STREET ADDRESS]

_Blakely G. A 39823_
[PRINT CITY, STATE, ZIP CODE]

_354-5401_
[PRINT CELL PHONE NUMBER]

_723 8030_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Tonya Ann McCrae_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farm_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _2004 and 2005_ to _NO_ .
[Date]                      [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _15_ day of _MAY_ , 2008

_Tonya Ann McCrae_                _Tonya C. McCrae_
[PRINT NAME]                          [SIGN NAME]

_479 Iris R. d_                           _Dothan Al 36302_
[PRINT STREET ADDRESS]          [PRINT CITY, STATE, ZIP CODE]

_334-333-3375_                        _(334) 702-7856_
[PRINT CELL PHONE NUMBER]      [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Tray McCree_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Purdue_
       [Employer]
       at the facility located in Dothan, Alabama. I worked at this

       location from _9 - 2007_    to    _10 - 2007_ .
                     [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

       I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

       I swear or affirm that the foregoing Statements are true to the best of my knowledge.

       DATED the _23rd_ day of _May_ , 2008

_Tray McCree_                          _Tray McC___
[PRINT NAME]                            [SIGN NAME]

_190 Strong Rd_                         _Ashford Ala 36312_
[PRINT STREET ADDRESS]                  [PRINT CITY, STATE, ZIP CODE]

_334-435-9031_                          _334-899-1395_
[PI   CELL PHONE NUMBER]                [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Willie McDonald_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by ___Purdue___
                                                      [Employer]

at the facility located in Dothan, Alabama. I worked at this

location from __June 1, 03__ to __Aug 4, 2005__.
              [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __May__ day of _____26_____, 2008

__Willie McDonald__              __Willie McDonald__
[PRINT NAME]                     [SIGN NAME]

__903 E. Lafayette St__          __Dothan AL 36301__
[PRINT STREET ADDRESS]           [PRINT CITY, STATE, ZIP CODE]

                                 __334 - 702-7378__
_____     _____
[PRINT CELL PHONE NUMBER]        [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Pamela D. McHellon_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms Incorporated_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _____ to _____.
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _____ day of _6 – 5_ , 2008

_Pamela D. McHellon_
[PRINT NAME]

_Pamela D. Mc Hellon_
[SIGN NAME]

_1357 South Main St._
[PRINT STREET ADDRESS]

_Blakely Ga 39823_
[PRINT CITY, STATE, ZIP CODE]

_1-229-359-5223_
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Dale E. McLaughlin_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by ___Perdue___
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from ___9/04/07___ to ___present___.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the _24th_ day of _May_, 2008

_Dale E. McLaughlin_
[PRINT NAME]

_Dale E. McLaughlin_
[SIGN NAME]

_1149 Persimmon St Apt 1_
[PRINT STREET ADDRESS]

_Dothan, AL 36303_
[PRINT CITY, STATE, ZIP CODE]

_(334) 701-3156_
[PRINT CELL PHONE NUMBER]

_(334) 446-0099_
[PRINT HOME PHONE NUMBER]

**CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Chasity McLeod    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by    Perdue Farms
                                                   [Employer]
at the facility located in Dothan, Alabama.  I worked at this location from    Aug '07    to    Aug '07
                                            [Date]          [Date, or if still working write "present".]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 15th day of May , 2008

Chasity McLeod    Chasity McLeod
[PRINT NAME]       [SIGN NAME]

141 Emerald Ct.    Ozark, AL 36360
[PRINT STREET ADDRESS]    [PRINT CITY, STATE, ZIP CODE]

334-432-3365    334-714-1385
[PRINT CELL PHONE NUMBER]    [PRINT HOME PHONE NUMBER]

## <u>CONSENT TO JOIN SUIT AS PARTY PLAINTIFF</u>

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Muntreal McCray_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

   at the facility located in Dothan, Alabama.  I worked at this

   location from _Feb. 06_ to _Aug. 06_ .
   [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

   I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

   I swear or affirm that the foregoing Statements are true to the best of my knowledge.

   DATED the _13_ day of _June_ , 2008


_Montreal McCray_                    _Montre My_
[PRINT NAME]                         [SIGN NAME]

_316 S. 9th St._                     _Salina, KS 67401_
[PRINT STREET ADDRESS]               [PRINT CITY, STATE, ZIP CODE]

_785-312-5346_                       _785-823-2313_
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Andrew Alexander_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _Jun 5, 2006_ to _July 2007_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

        I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

        I swear or affirm that the foregoing Statements are true to the best of my knowledge.

        DATED the _19th_ day of _MAY_, 2008

_Andrew Alexander_                _Andrew Alexander_
[PRINT NAME]                        [SIGN NAME]

_5752 St John St Matthew church Rd_    _Donalsonville, Ga  39845_
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

_____            _229- 524-1378_
[PRINT CELL PHONE NUMBER]        [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Henry Lee Anderson states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms
[Employer]
at the facility located in Dothan, Alabama. I worked at this

location from Dec 2004 to Aug 2005 .
[Date]                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 15 day of May , 2008

Henry Lee Anderson
[PRINT NAME]

Henry Lee Anderson
[SIGN NAME]

3003 Curtis Mixon Rd
[PRINT STREET ADDRESS]

Gordon, Alabama 36343
[PRINT CITY, STATE, ZIP CODE]

334-671-0000
[PRINT CELL PHONE NUMBER]

334-522-4431
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Lergiald Alexander states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by mrs. Markerget
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from Apr. 2005           to Jul. 2005                   .
[Date]                              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the mon day of May 19 , 2008

Lergiald Alexander
[PRINT NAME]

Lergiald Alexander
[SIGN NAME]

1101 Fairlane Dr.
[PRINT STREET ADDRESS]

Dothan Al. 36301
[PRINT CITY, STATE, ZIP CODE]

334-718-5405
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

334-805-1780
mrs. Donna

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Shantrell M. Anderson states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by Perdue Farms
[Employer]
at the facility located in Dothan, Alabama.  I worked at this

location from May 2005 to Aug 2005.
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 14 day of May , 2008

Shantrell M. Anderson                    Shantrell M. Anderson
[PRINT NAME]                             [SIGN NAME]

3003 Curti. Mixen Rd                     Gordon, AL 36343
[PRINT STREET ADDRESS]                   [PRINT CITY, STATE, ZIP CODE]

_____                  334 - 522 - 4431
[PRINT CELL PHONE NUMBER]                [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Joseph max Aplin_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue_
       [Employer]
       at the facility located in Dothan, Alabama.  I worked at this

       location from _1989_ to _Present_ .
                      [Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

       I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

       I swear or affirm that the foregoing Statements are true to the best of my knowledge.

       DATED the _15th_ day of _may_ , 2008

_Joseph max Aplin_                    _Joseph max aplin_
[PRINT NAME]                          [SIGN NAME]
_2100 tRAwick Rd, Lot3._              _Dothan, AL, 36305_
[PRINT STREET ADDRESS]                [PRINT CITY, STATE, ZIP CODE]
_794-4659_                            _334-673-0094_
[PRINT CELL PHONE NUMBER]             [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Janie Asbie_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _Jan. 6, 2003_ to _June 2006_.
[Date]                        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit **and to be bound by any** decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _15th_ day of _MAY_ , 2008

_Janie Asbie_
[PRINT NAME]

_Janie Asbie_
[SIGN NAME]

_1003 William Ave._
[PRINT STREET ADDRESS]

_Dothan, AL. 36303_
[PRINT CITY, STATE, ZIP CODE]

_(334) 648-2191_
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Hazel L Ash_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]
at the facility located in Dothan, Alabama.  I worked at this

location from _Sept 23-2002_   to   _1/ — — 06_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20_ day of _MAX_ , 2008

_HAZel L ASh_
[PRINT NAME]

_Hazel L Ash_
[SIGN NAME]

_P.O. Box 53  4/William DR._
[PRINT STREET ADDRESS]

_Midland City AL 36350_
[PRINT CITY, STATE, ZIP CODE]

_(334) 405 - 9363_
[PRINT CELL PHONE NUMBER]

_(334) 983 - 5721_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Teresa Baker_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]
at the facility located in Dothan, Alabama. I worked at this

location from _April 2001_ to _April 2005_.
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _23_ day of _May_, 2008

_Teresa Baker_
[PRINT NAME]

_Teresa Baker_
[SIGN NAME]

_512 Terrace Dr._
[PRINT STREET ADDRESS]

_Headland, Al. 36345_
[PRINT CITY, STATE, ZIP CODE]

_(334) 803-2160_
[PRINT CELL PHONE NUMBER]

_(334) 693-9663_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Robert Barber    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms [Employer] at the facility located in Dothan, Alabama. I worked at this location from 04-15-2005 to _____ .
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 21 day of May , 2008

Robert Barber
[PRINT NAME]

Robert Barber
[SIGN NAME]

809 East 7th Street
[PRINT STREET ADDRESS]

Donalsonville, Georgia 39845
[PRINT CITY, STATE, ZIP CODE]

(229)-254-1487
[PRINT CELL PHONE NUMBER]

(229)-524-5053
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Morgan Barkley Jr._ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _December 06_ to _February 07_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _15_ day of _May_, 2008

_Morgan Barkley Jr_
[PRINT NAME]

_Mz Bh/r_
[SIGN NAME]

_Cele Vega Ct_
[PRINT STREET ADDRESS]

_Dothan Al 36303 -7751_
[PRINT CITY, STATE, ZIP CODE]

_334- 648 -4650_
[PRINT CELL PHONE NUMBER]

_334-794-3623_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Cindy Basse_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _March_    to    _April_    .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _15_ day of _May_ , 2008

_Cindy Besse_
[PRINT NAME]

_Cindy Besee_
[SIGN NAME]

_101 meadow creek Dr._
[PRINT STREET ADDRESS]

_Webb AL 36376_
[PRINT CITY, STATE, ZIP CODE]

_334-648-4861_
[PRINT CELL PHONE NUMBER]

_None_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

*Natalie Bonds* states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by *Perdue Farms*
      [Employer]
      at the facility located in Dothan, Alabama. I worked at this

      location from *Feb. 16, 2002* to *Present*
      [Date]                                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the *22* day of *May* , 2008

*Natalie Bonds*                          *Natalie Bonds*
[PRINT NAME]                             [SIGN NAME]

*1300 Galaxie Dr.*                       *Dothan, AL 36303*
[PRINT STREET ADDRESS]                   [PRINT CITY, STATE, ZIP CODE]

*334-596-6511*                           *334-693-5491 or 677-1082*
[PRINT CELL PHONE NUMBER]                [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

_Christina Booker_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue_
                                                                    [Employer]
at the facility located in Dothan, Alabama. I worked at this

location from _10/15/07_ to _2/7/08_.
                          [Date]          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _16_ day of _May_ , 2008

_Christina Booker_
[PRINT NAME]

_Christina Booker_
[SIGN NAME]

_285 noah Cir_
[PRINT STREET ADDRESS]

_Ozark, Al 36360_
[PRINT CITY, STATE, ZIP CODE]

_334·237·0764_
[PRINT CELL PHONE NUMBER]

_229 723-1118_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

*Mary B. Boyd* _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was <u>formerly</u>, employed by *Perdue Farms* _____
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from *3-21-03* _____ to *5-6-04* _____.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the *19* day of *May* _____, 2008

*Mary B. Boyd* _____
[PRINT NAME]

*Mary B. Boyd* _____
[SIGN NAME]

*1964 Hartford St APT 26* _____
[PRINT STREET ADDRESS]

*Edison GA 39846* _____
[PRINT CITY, STATE, ZIP CODE]

*(229)359-6161* _____
[PRINT CELL PHONE NUMBER]

*(229)835-2015* _____
[PRINT HOME PHONE NUMBER]

**CONSENT TO JOIN SUIT AS PARTY PLAINTIFF**

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Trevais A. Brascomb_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Earl Chapman_
[Employer]
at the facility located in Dothan, Alabama. I worked at this

location from _10-22-07_ to _12-28-08_ .
[Date]                         [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _16_ day of _MAY_, 2008

_Andre' Brascomb_
[PRINT NAME]

_Andre Brascomb_
[SIGN NAME]

_804 S Lena St._
[PRINT STREET ADDRESS]

_Dothan AL, 36301_
[PRINT CITY, STATE, ZIP CODE]

_(334) 618-6093_
[PRINT CELL PHONE NUMBER]

_(334) 794-0081_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Ashley Brown_   states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms_
     [Employer]
     at the facility located in Dothan, Alabama.  I worked at this

     location from _July 2006_ to _July 2007_ .
     [Date]                [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _6_ day of _June_ , 2008

_Ashley Brown_                      _Ashley Brown_
[PRINT NAME]                        [SIGN NAME]

_3183 Town & Country Rd_            _Donalsonville GA 39845_
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

_229-202-0368_                      _2·_
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

BrenDA G. BRown _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms
[Employer]
at the facility located in Dothan, Alabama. I worked at this

location from Dec 1999 to July 2005 .
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___ day of MAY , 2008

BrenDA G. BRown
[PRINT NAME]

Brenda G. Brn
[SIGN NAME]

505 FLeming Street
[PRINT STREET ADDRESS]

Enterprise AL. 36330
[PRINT CITY, STATE, ZIP CODE]

334 494-8952
[PRINT CELL PHONE NUMBER]

334-347-9631
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Richard H. Mims_ States the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms Inc._
     [Employer]

     at the facility located in Dothan, Alabama. I worked at this

     location from _May 7, 2007_ to _Present_.
     [Date]         [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the _12th_ day of _May_, 2008

_Richard H. Mims_          _Richard Mims_
[PRINT NAME]               [SIGN NAME]
_1179 Persimmon St._       _Dothan, AL 36303_
[PRINT STREET ADDRESS]     [PRINT CITY, STATE, ZIP CODE]
_(334) 718-9079_           _(334) 678-9926_
[PRINT CELL PHONE NUMBER]  [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Lloyd T Miree_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _perdue farms_
[Employer]
at the facility located in Dothan, Alabama.  I worked at this

location from _Nov 2004_ to _present_.
[Date]           [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the _15th_ day of _May_____, 2008

_Lloyd T Miree_
[PRINT NAME]

_Lloyd T Miree_
[SIGN NAME]

_3142 Flynn Rd box 61_
[PRINT STREET ADDRESS]

_Dothan Al 36353_
[PRINT CITY, STATE, ZIP CODE]

_334-718-1974_
[PRINT CELL PHONE NUMBER]

_334-983-9965_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Ciara Moore _____ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by  Perdue Farms _____
     [Employer]

     at the facility located in Dothan, Alabama.  I worked at this

     location from Feb 06' - Apr 06' to _____ n/a _____
     [Date]                         [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the 15th day of May _____, 2008

Ciara Moore _____          Ciara Moore _____
[PRINT NAME]                  [SIGN NAME]

705 North Lena St. Apt I-63   Dothan, AL 36303
[PRINT STREET ADDRESS]        [PRINT CITY, STATE, ZIP CODE]

334-805-8850 _____          n/a _____
[PRINT CELL PHONE NUMBER]     [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Draper Scott Moore_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _U n E m p l o y o k_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _3  6  2007_ to _6  10  2 07_.
[Date]                                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _May 6_ day of _t5_ , 2008

_Draper Scott Moore_                _Draper Scott Moore_
[PRINT NAME]                        [SIGN NAME]

_170 Rockhill circle_              _Abbeville Al 36310_
[PRINT STREET ADDRESS]            [PRINT CITY, STATE, ZIP CODE]

_229-308-3529_                     _334 585-9934_
[PRINT CELL PHONE NUMBER]         [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Jacqueline Moore   states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by Perdue Farms
[Employer]
at the facility located in Dothan, Alabama. I worked at this

location from   5 - 1999   to   Present   .
[Date]              [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the   20   day of   May   , 2008

Jacqueline Moore
[PRINT NAME]

Jaqueline Moore
[SIGN NAME]

2268 N St Hwy 123
[PRINT STREET ADDRESS]

Hartford, Al. 36344
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

334-588-6384
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Gloria Morris_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _Oct. 19, 1988_    to    _Present_
[Date]                                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _May_ day of _15_ , 2008

_Gloria Morris_
[PRINT NAME]

_Gloria J. Morris_
[SIGN NAME]

_711 S. Range St Apt. 1_
[PRINT STREET ADDRESS]

_Dothan Ala. 36301_
[PRINT CITY, STATE, ZIP CODE]

_334 678 9288_

_____
[PRINT CELL PHONE NUMBER]

[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

William P. Mosley _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms _____
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _____ to ____Now_____.
[Date]                           [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ~~31st~~ May day of 28 _____, 2008

Phillip Mosley _____          Phillip Mosley _____
[PRINT NAME]                           [SIGN NAME]

86 Silverado Dr _____          Dothan, AL 36303 _____
[PRINT STREET ADDRESS]                [PRINT CITY, STATE, ZIP CODE]

334-333-5233 _____          334-702-9020 _____
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_DEAN PARTRIDGE_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _10-06_        to        _03-09_ .
[Date]                                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _26th_ day of _May_ , 2008

_DEAN PARTRIDGE_
[PRINT NAME]

_Dean Partridge_
[SIGN NAME]

_203 Monta Dr #2_
[PRINT STREET ADDRESS]

_Dothan, AL 36303_
[PRINT CITY, STATE, ZIP CODE]

_334-796-4485_
[PRINT CELL PHONE NUMBER]

_334 673-0275 or_
[PRINT HOME PHONE NUMBER]

_334 593-7897_

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Beverly Perdue                states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms
      [Employer]
      at the facility located in Dothan, Alabama.  I worked at this

      location from  5 - 4 - 04     to   12 - 23 - 05     .
                     [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the  21  day of   May        , 2008

Beverly Perdue                    Beverly Perdue
[PRINT NAME]                      [SIGN NAME]

2436 Wood RD                      Chipley, FlA 32428
[PRINT STREET ADDRESS]            [PRINT CITY, STATE, ZIP CODE]


_____           _____
[PRINT CELL PHONE NUMBER]         [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Bryant R. Peterson_ states the following:
   [Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms, Inc._
      [Employer]
      at the facility located in Dothan, Alabama.  I worked at this

      location from _August 2006_    to    _July 2007_    .
                    [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _21_ day of _MAY_ , 2008

_Bryant R. Peterson_                    _Bryant R. Pet_
[PRINT NAME]                            [SIGN NAME]

_24221 HWY 27 South_                    _Bluffton, GA, 39824_
[PRINT STREET ADDRESS]                  [PRINT CITY, STATE, ZIP CODE]

_229-308-5190_                          _229-835-3117_
[PRINT CELL PHONE NUMBER]               [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_James    Pitts_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue    Farm_
                                                                [Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _6-2000_    to    _MAY - 2005_
                [Date]               [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _15_ day of _MAY_, 2008

_James Pitts_
[PRINT NAME]

_James Pitt_
[SIGN NAME]

_6604    Parker Dr_
[PRINT STREET ADDRESS]

_Birmingham   AL  35028_
[PRINT CITY, STATE, ZIP CODE]

_205   425- 2615_
[PRINT CELL PHONE NUMBER]

_205 - 426 - 6337_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

*Horace Preston Jr.* states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by *the Department of Transportation*
[Employer]
at the facility located in Dothan, Alabama.  I worked at this

location from *September 2005* to *September 2005*
[Date]                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the *21st* day of *May*, 2008

*Horace Preston Sr.*
[PRINT NAME]

*Horace Preston Jr.*
[SIGN NAME]

*1133 pine st.*
[PRINT STREET ADDRESS]

*Edison, GA 39846*
[PRINT CITY, STATE, ZIP CODE]

*(229) 308-0805*
[PRINT CELL PHONE NUMBER]

*(229) 835-3127*
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Willie R. Pride_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue    Farms_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _11-1-98_    to _6-3-06_    .
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _22_ day of _MAr_    , 2008

_Willie R. Pride_
[PRINT NAME]

_Willie R. Pride_
[SIGN NAME]

_801 N. Cherry Apt. B-1_
[PRINT STREET ADDRESS]

_Dothan, Al. 36303_
[PRINT CITY, STATE, ZIP CODE]

_(334) 333-1087_
[PRINT CELL PHONE NUMBER]

_(334) 699-1545_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Douglas E. Register_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms Incorporated_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _1-6-06_      to   _8-1-06 or 10-1-06_    not sure...
[Date]                      [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _21st_ day of _May_            , 2008

_Douglas E. Register_              _Douglas E. Register_
[PRINT NAME]                       [SIGN NAME]

_502 Explorer Circle_              _Dothan, Al 36301_
[PRINT STREET ADDRESS]             [PRINT CITY, STATE, ZIP CODE]

_803=5167_                         _(334) 793=4863_
[PRINT CELL PHONE NUMBER]          [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Sharon R. Register_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Zack's Rest._
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _4-1-08_ to _Present_
[Date]                  [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _15th_ day of _May_, 2008

_Sharon R. Register_                _Shara R. Register_
[PRINT NAME]                        [SIGN NAME]

_1101 Meadowlane_                   _Dothan Al. 36301_
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

_(334)_                             _(334) 446-0444_
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Konyetta Rich_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Purdue Charms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _February 2006_ to _September 2006_.
[Date]                      [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _9th_ day of _June_, 2008

_Konyetta Rich_
[PRINT NAME]

_Konyetta Rich_
[SIGN NAME]

_917 Cherry Ave. #305_
[PRINT STREET ADDRESS]

_Birmingham AL 35214_
[PRINT CITY, STATE, ZIP CODE]

_334-791-3538_
[PRINT CELL PHONE NUMBER]

[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Rosie Jean Riggins_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

   at the facility located in Dothan, Alabama.  I worked at this

   location from _7-7-63_           to   _7-10-05_           .
   [Date]                              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

   I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

   I swear or affirm that the foregoing Statements are true to the best of my knowledge.

   DATED the _27_ day of _MAY_           , 2008

_Rosie Jean Riggins_                _Rosie Jean Riggins_
[PRINT NAME]                        [SIGN NAME]

_201 EAs; Creek St_                 _Colquitt GA 39837_
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

_229-220-9561_                      _229-758-6689_
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Kamal T Russaw _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Purdue _____
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from April-16-2005 To Nov. 15, 2006.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the 08 day of June _____, 2008

Kamal T Russaw _____
[PRINT NAME]

Kamal Russaw _____
[SIGN NAME]

334 Sanders Rd. _____
[PRINT STREET ADDRESS]

Dothan, AL, 36301 _____
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

(334) 718-2607 _____
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Yolanda Russell states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from May 2004 to April 2005 .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 15th day of May , 2008

Yolanda Russell                     Yolanda Russell
[PRINT NAME]                        [SIGN NAME]

401 W. Inez. Rd. Apt N-01           Dothan, Al 36301
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

(334) 333- 5902                     (334) 792- 5218
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Manuel Jorge Sea_   states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms Inc._
[Employer]

at the facility located in Dothan, Alabama.   I worked at this

location from _SepT 14 2001_   to   _Present_ .
[Date]                                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.   If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _15_ day of _May_ , 2008

_Manuel Jorge Sea_
[PRINT NAME]

_Manuel Jorge Sea_
[SIGN NAME]

_117 Wrinn Ln._
[PRINT STREET ADDRESS]

_DoTHan Al 36301_
[PRINT CITY, STATE, ZIP CODE]

_334 701-9662_
[PRINT CELL PHONE NUMBER]

[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Christopher O Sims_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _May 2007_ to _July 2007_.
[Date]                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the _25_ day of _May_, 2008

_Christopher O Sims_
[PRINT NAME]

_Christopher C. Sims_
[SIGN NAME]

_472 Headland Ave._
[PRINT STREET ADDRESS]

_Dothan, Al. 36303_
[PRINT CITY, STATE, ZIP CODE]

_334-596-7199_
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_April R. Smith_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was _formerly_, employed by _Perdue_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _Aug 2005_ to _Aug, 2006_.
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20th_ day of _May_, 2008

_April R. Smith_                    _April Smith_
[PRINT NAME]                        [SIGN NAME]

_311 Jesse Johnson_                 _Blakely, Ga. 39823_
[PRINT STREET ADDRESS]              [PRINT CITY/STATE, ZIP CODE]

_229,308-4386_                      _229 - 724 - 7291_
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Bennie MAE Smith_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Per due_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _2002 July_ to _Feb 2005_ .
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _6_ day of _2_ , 2008

_Bennie MAE Smith_
[PRINT NAME]

_Bonnie mae Smith_
[SIGN NAME]

_16993 Cedel Spring Rd_
[PRINT STREET ADDRESS]

_BlAKely GA 39823_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_229 - 723 - 5229_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Daneshia Smith states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by perdue
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from Donalsonville Ga to Dothan Alb .
[Date]                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 20 day of 5 20 , 2008

Dane Shia Smith
[PRINT NAME]

705 Gip Ave
[PRINT STREET ADDRESS]

_____
[PRINT CELL PHONE NUMBER]

Daneshia Smith
[SIGN NAME]

Donalsonville Ga 39745
[PRINT CITY, STATE, ZIP CODE]

524 - 2295
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

Gloria Smith _____ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly, employed by Perdue Farms _____
    [Employer]

    at the facility located in Dothan, Alabama.  I worked at this

    location from 5-93 _____ to Present _____
                      [Date]              [Date, or if still working write "present"]

3.  I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the 31 day of MAy _____, 2008

Gloria Smith _____          Gloria Smith _____
[PRINT NAME]                  [SIGN NAME]

15 Green Court Apt 2 _____  midland City, Al. 36350 _____
[PRINT STREET ADDRESS]        [PRINT CITY, STATE, ZIP CODE]

(334) 791 - 7525 _____      (334) 983- 8064 _____
[PRINT CELL PHONE NUMBER]     [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

I, _Jermaine Smith_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _Sept. 05_ to _Aug 07_ .
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _June_ day of _7th_ , 2008

_Jermaine Smith_
[PRINT NAME]

_Jermaine Smith_
[SIGN NAME]

_108 Constitution Drive_
[PRINT STREET ADDRESS]

_Dothan  AL  36303_
[PRINT CITY, STATE, ZIP CODE]

_334  793-2754_
[PRINT CELL PHONE NUMBER]

_334  793-2754_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Lakita Smith_   states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _____ to _____
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20th_ day of _MAY_, 2008

_____        _____
[PRINT NAME]                    [SIGN NAME]

_____        _____
[PRINT STREET ADDRESS]          [PRINT CITY, STATE, ZIP CODE]

_____        _____
[PRINT CELL PHONE NUMBER]       [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Willie Smith   states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by  PERDUE
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from   2000   to   2008   .
[Date]   [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the  15  day of  May  , 2008

Willie Smith
[PRINT NAME]

Willi Smith
[SIGN NAME]

396 Fleming St.
[PRINT STREET ADDRESS]

Bellwood Ala 36313
[PRINT CITY, STATE, ZIP CODE]

334-449-1546
[PRINT CELL PHONE NUMBER]

334-588-2246
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_LaToya Snipes_    states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly, employed by _Perdue_
    [Employer]

    at the facility located in Dothan, Alabama. I worked at this

    location from _June '06_    to _July '06_    .
    [Date]              [Date, or if still working write "present"]

3.  I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the _15th_ day of _May_    , 2008

_LaToya Snipes_                    _Latoya Snipes_
[PRINT NAME]                       [SIGN NAME]

_100 Meno Ct #121_                 _Dothan, AL 36303_
[PRINT STREET ADDRESS]             [PRINT CITY, STATE, ZIP CODE]

_334-778-7897_                     _334-677-0860_
[PRINT CELL PHONE NUMBER]          [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_John W. Spencer_   states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms, LLC_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _1-16-07_   to   _5-20-08_ .
[Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _20_ day of _May_ , 2008

_John W. Spencer_          _John Spencer_
[PRINT NAME]                 [SIGN NAME]

_217 N. Gordon Ave_       _Donalsonville, Ga. 39845_
[PRINT STREET ADDRESS]    [PRINT CITY, STATE, ZIP CODE]

_229-726-1263_            _229-524-5065_
[PRINT CELL PHONE NUMBER] [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Lashonda Stovall_____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farm_____
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from 4/27/05_____ to 10/7/07_____.
[Date]                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the 23 day of May_____, 2008

Lashonda Stovall_____         Lashonda Stovall_____
[PRINT NAME]                        [SIGN NAME]

17821-46 cedar Spring Rd_____      Blakely    GA   39823_____
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

229) 308-5955_____            229) 504-2886_____
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Joshua M. Streeter_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I am currently, or was formerly, employed by _Perdue Inc. / Dothan_
    [Employer]

    at the facility located in Dothan, Alabama.  I worked at this
    _At Various_

    location from _1993_    to    _2003_ .  _times_
    [Date]              [Date, or if still working write "present"]

3.  I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.  I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

    I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the _26_ day of _MAY_ , 2008

_Joshua M. Streeter_                    _Josh Streeter_
[PRINT NAME]                            [SIGN NAME]

_68 Kristina Rd._                       _Webb, AL. 36376_
[PRINT STREET ADDRESS]                  [PRINT CITY, STATE, ZIP CODE]

_____                     _Same_
[PRINT CELL PHONE NUMBER]               [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

*Patrick E. Streeter Sr.* states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by *Perdue Inc. / Dothan*
      [Employer]
      at the facility located in Dothan, Alabama.  I worked at this

      location from *November 1991* to *July 2007* .
      [Date]                    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the *May* day of _____ *22* _____, 2008

*Patrick E. Streeter Sr.*
[PRINT NAME]

*68 Kristina Rd.*
[PRINT STREET ADDRESS]

*334 - 435 - 6382*
[PRINT CELL PHONE NUMBER]

[SIGN NAME]

*Webb, Alabama 36376*
[PRINT CITY, STATE, ZIP CODE]

*← Same*
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

Wanda Sterling states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Per Due Farms_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _April 27, 2000_ to _May 3 PRESENT_
[Date]                          [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _May_ day of _19_, 2008

_Wanda Sterling_
[PRINT NAME]

_Wanda Sterling_
[SIGN NAME]

_P.O Box 84 189 Monroe St._
[PRINT STREET ADDRESS]

_Gordon AL 36343_
[PRINT CITY, STATE, ZIP CODE]

_(334) 522-3227_

[PRINT CELL PHONE NUMBER]          [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_DAVID SWAIN_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
       [Employer]
       at the facility located in Dothan, Alabama.  I worked at this

       location from _1-23-04_    to    _1-23-05_    .
                         [Date]            [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

       I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

       I swear or affirm that the foregoing Statements are true to the best of my knowledge.

       DATED the _19_ day of _May_ , 2008

_DAVID SWAIN_                          _David Swain_
[PRINT NAME]                              [SIGN NAME]

_1296 County Rd 111_                   _1296 County Rd 111 Columbia Al 36319_
[PRINT STREET ADDRESS]                 [PRINT CITY, STATE, ZIP CODE]
_Columbia AL 36319_
_334-618-0919  Dad_                    _334-618-0919 - 334-693-3258-mom_
[PRINT CELL PHONE NUMBER]              [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Chenique Thomas_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Bar B Perdue Farm_
     [Employer]
     at the facility located in Dothan, Alabama.  I worked at this

     location from _July 05_ to _May 06_.
     [Date]           [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

     DATED the _20_ day of _May_, 2008

_Chenique Thomas_
[PRINT NAME]

_Chenique Thomas_
[SIGN NAME]

_P.O Box 785_
[PRINT STREET ADDRESS]

_Arlington GA 39813_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_(229) 725 - 3108_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_LISA TULLIS_   states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _PERDUE FARMS_
                                              [Employer]
at the facility located in Dothan, Alabama.  I worked at this

location from _JAN. 2006_ to _JUNE. 2006._
              [Date]                    [Date, or if still working write "present"]
              _6 months_

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _4_ day of _JUNE_, 2008

_LISA TULLIS_
[PRINT NAME]

_Lisa Tullis_
[SIGN NAME]

_1007 CABOT ST._
[PRINT STREET ADDRESS]

_DOTHAN, AL 36301_
[PRINT CITY, STATE, ZIP CODE]

_- 0 -_
[PRINT CELL PHONE NUMBER]

_334-677-3007_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Terwanna Tyson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue_
[Employer]

at the facility located in Dothan, Alabama. I worked at this

location from _3'03_ to _5'04_ .
[Date]        [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _15_ day of _May_ , 2008

_Terwanna Tyson_                _Terwanna Tyson_
[PRINT NAME]                    [SIGN NAME]

_209 South Lenost._            _Dothan, Al 36301_
[PRINT STREET ADDRESS]          [PRINT CITY, STATE, ZIP CODE]

_334 772 791-6633_             _334 794-0775_
[PRINT CELL PHONE NUMBER]       [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Robert Kinta Wade_    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _7-05_    to    _the end of the 8TH month 05_
[Date]    [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _3RD_ day of _June_ , 2008

_Robert K. Wade_
[PRINT NAME]

_Robert K. Wade_
[SIGN NAME]

_700 Bayshore A.K.E._
[PRINT STREET ADDRESS]

_Dothan AL, 36503_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_334- 677-3196_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

David A. Walker _____ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms
       [Employer]
       at the facility located in Dothan, Alabama. I worked at this

       location from Jan 07 _____ to Aug 07 _____.
                      [Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

       I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

       I swear or affirm that the foregoing Statements are true to the best of my knowledge.

       DATED the 15th day of May _____, 2008

David A. Walker _____          David A. Walker _____
[PRINT NAME]                     [SIGN NAME]

145 Joan Circle _____          Webb, Al. 36376 _____
[PRINT STREET ADDRESS]           [PRINT CITY, STATE, ZIP CODE]

334-805-3675 _____             334-899-6770 _____
[PRINT CELL PHONE NUMBER]        [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Shenitha Walker states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by Perdue Farms
      [Employer]
      at the facility located in Dothan, Alabama.  I worked at this

      location from Aug 23, 2002 to Present .
                    [Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

      I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

      I swear or affirm that the foregoing Statements are true to the best of my knowledge.

      DATED the 1 day of June , 2008

Shenitha Walker
[PRINT NAME]

Shenitha Walker
[SIGN NAME]

14 Newberry Cir Apt 55
[PRINT STREET ADDRESS]

Midland City Al 36350
[PRINT CITY, STATE, ZIP CODE]

(334) 491-8449
[PRINT CELL PHONE NUMBER]

(334) 983-4408
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Bizzie Walters_ states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms_
[Employer]
at the facility located in Dothan, Alabama. I worked at this

location from _3-29-99_ to _Present_ .
[Date]          [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _17th_ day of _May_ , 2008

_Bizzie walters_
[PRINT NAME]

_Bizzie Walters_
[SIGN NAME]

_1102 Seminole Dr._
[PRINT STREET ADDRESS]

_Dothan AL 36303_
[PRINT CITY, STATE, ZIP CODE]

_(334) 714-2225_
[PRINT CELL PHONE NUMBER]

_(334) 794-7577_
[PRINT HOME PHONE NUMBER]

## <u>CONSENT TO JOIN SUIT AS PARTY PLAINTIFF</u>

TO:    CLERK OF THE COURT AND COUNSEL OF RECORD

_Felecia A. Watson_ states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Per Due Farms_
[Employer]
at the facility located in Dothan, Alabama.  I worked at this

location from _8-23-04_ to _6-2-08_ .
[Date]              [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _2_ day of _June_ , 2008

_Felecia A. Watson_
[PRINT NAME]

_Felecia A. Watson_
[SIGN NAME]

_2510 Hagen Still Rd._
[PRINT STREET ADDRESS]

_Iron City Ga. 39859_
[PRINT CITY, STATE, ZIP CODE]

_____
[PRINT CELL PHONE NUMBER]

_(229) 774-2323_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Stephanie L. Weatherington states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by _Perdue Farms Inc._
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _June 2006_ to _June 2007_
[Date]                    [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _23_ day of _May_, 2008

Stephanie L. Weatherington          Stephanie L. Weatherington
[PRINT NAME]                         [SIGN NAME]

_213 Chevette Dr._                   _Kinsey, Ala. 36303_
[PRINT STREET ADDRESS]               [PRINT CITY, STATE, ZIP CODE]

                                     _334 677-7264_
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

*Willie Mae West*      states the following:
[Print Name]

1.   I am over 18 years of age and competent to give the following consent in this matter.

2.   I am currently, or was formerly, employed by *Perdue Farms*
     [Employer]
     at the facility located in Dothan, Alabama.  I worked at this

     location from *06/06*          to      *07/06*          .
     [Date]                              [Date, or if still working write "present"]

3.   I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.   I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.   I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

     I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

     I swear or affirm that the foregoing Statements are true to the best of my knowledge.

          DATED the *3* day of *June*          , 2008

*Willie Mae West*                    *Willie Mae West*
[PRINT NAME]                         [SIGN NAME]

*216 Smith St Lot A*                 *Cuthbert Ga 39840*
[PRINT STREET ADDRESS]               [PRINT CITY, STATE, ZIP CODE]

*229-310-1526*                       *229-732-6117*
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

_Shawanda whatley_ states the following:
[Print Name]

1.  I am over 18 years of age and competent to give the following consent in this matter.  _yes_

2.  I am currently, or was formerly, employed by _perdue farms_
    [Employer]

    at the facility located in Dothan, Alabama.  I worked at this

    location from _Feb 07_  to  _April 07_ .
    [Date]          [Date, or if still working write "present"]

3.  I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.  _yes_

4.  I believe that I have not been paid for all compensable time which I have worked, including overtime.  _yes_

5.  I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.  _yes_

    I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.  _yes_

    I swear or affirm that the foregoing Statements are true to the best of my knowledge.

    DATED the _15th_ day of _May_ , 2008

_Shawanda whatley_
[PRINT NAME]

_Shawanda whatley_
[SIGN NAME]

_1207 E. Lafayette St_
[PRINT STREET ADDRESS]

_Dothan, Al 36301_
[PRINT CITY, STATE, ZIP CODE]

_(334) 333-6641_
[PRINT CELL PHONE NUMBER]

_NA_
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Judy M. White    states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by PERDUE
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from 5-7-01 to Present
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 19 day of MAY , 2008

Judy M. White
[PRINT NAME]

Judy M. White
[SIGN NAME]

433 Ft Gaines St
[PRINT STREET ADDRESS]

Blakely GA. 39823
[PRINT CITY, STATE, ZIP CODE]

308-4162
[PRINT CELL PHONE NUMBER]

229-723-7097
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Stephanie White_   states the following:
[Print Name]

1.    I am over 18 years of age and competent to give the following consent in this matter.

2.    I am currently, or was formerly, employed by _Perdue Farms_
[Employer]

at the facility located in Dothan, Alabama.  I worked at this

location from _June-5-2006_   to   _May-14-2008_ .
[Date]                [Date, or if still working write "present"]

3.    I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4.    I believe that I have not been paid for all compensable time which I have worked, including overtime.

5.    I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant.  If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _2_ day of _June_ , 2008

_Stephanie White_
[PRINT NAME]

_Stephanie White_
[SIGN NAME]

_433 Ft. Gaines St_
[PRINT STREET ADDRESS]

_Blakely GA 39823_
[PRINT CITY, STATE, ZIP CODE]

_229-308-4162_
[PRINT CELL PHONE NUMBER]

_229-723-7097_
[PRINT HOME PHONE NUMBER]