IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, individually and on behalf of all others similarly situated, *et al.*,<br><br>　　Plaintiffs,<br>v.<br><br>PERDUE FARMS INCORPORATION,<br><br>　　Defendant. | CASE NO. 1:06-cv-1000-MEF |

# **O R D E R**

Upon consideration of the Consent Motion for Extension of Time for Defendant to File Its Reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment (Doc. #86) filed on June 13, 2008, it is hereby

ORDERED that the motion is GRANTED to and including June 25, 2008.

DONE this 17th day of June, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE