IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,

| | |
|---|---|
| DARRYL ANDERSON, et al., § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. |
| v.   § | 1:06-cv-01000-MEF-WC |
| § | |
| PERDUE FARMS, INC., § | JURY TRIAL DEMANDED |
| § | |
| Defendant. § | |
| § | |

## PLAINTIFFS' MOTION TO SEAL CERTAIN EVIDENTIARY EXHIBITS

Pursuant to the parties agreement, Plaintiffs request Exhibits 4 – 12 and Exhibits 13 – 17 of Plaintiffs' Cross Motion for Partial Summary Judgment, Doc.91, be filed under seal to protect the confidentiality of said documents.

Dated:  June 23, 2008                               Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP**
505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 244-1115 (Phone)
(205) 244-1171 (Fax)

*Attorney for Plaintiffs*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 23, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

| | |
|---|---|
| Sandra B. Reiss<br>sandra.reiss@odnss.com | Lance Harrison Swanner<br>lswanner@cochranfirm.com |
| James J. Kelley<br>jkelley@morganlewis.com | Bernard D. Nomberg<br>bnomberg@cochranfirm.com |
| Lexer I. Quarmie<br>lquamie@morganlewis.com | Samuel A. Cherry, Jr.<br>scherry@cochranfirm.com |

      /s/ Robert J. Camp
      **ROBERT J. CAMP**

2