IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-1000-MEF |
| ) | |
| PERDUE FARMS INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Plaintiffs' Cross-Motion for Partial Summary Judgment (Doc. # 91), it is hereby

ORDERED that Defendant file a response on or before July 11, 2008. Plaintiff may file a reply on or before July 18, 2008.

Done this 26th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE