IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )    CASE NO. 1:06-cv-1000-MEF |
| | ) |
| PERDUE FARMS INCORPORATED, | ) |
| | ) |
|    Defendant. | ) |

### **ORDER**

Upon consideration of Plaintiffs' Motion to Seal Certain Evidentiary Exhibits (Doc. # 93), it is hereby

ORDERED that Plaintiffs submit a brief with legal argument in support of this motion on or before July 3, 2008. Defendant may show cause in writing on or before July 11, 2008 as to why this motion should not be granted.

Done this 26th day of June, 2008.

                                               /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE