# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARRYL ANDERSON, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| v. | § | **1:06-cv-1000-MEF** |
| | § | |
| **PERDUE FARMS, LLC.** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiff hereby files the following Notices of Consent in connection with the above-titled and numbered actions, attached hereto:

1. Joyce Dawson
2. Alisha Pollard
3. Rhonda M. Harris
4. Britney J. Weems
5. Takeisha Vashay Johnson
6. Whitney Webb
7. Patricia A. Smith
8. Edwin Flowers
9. Kevin Acree
10. Shawanda Robinson
11. Cord Jenkins

Dated: June 27, 2008         Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP**

**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2008 I electronically filed the above Notice with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiff
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiff
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiff
bnomberg@cochranfirm.com

Robert J. Camp
Attorney for Plaintiff
rcamp@cochranfirm.com

James Kelley
Attorney for Defendant
jkelley@morganlewis.com

Sandra Reiss
Attorney for Defendant
Sandra.reiss@odnss.com


Richard B. Celler
Attorney for Plaintiff
Richard@cellarlegal.com

                                            /s/ Robert J. Camp_____
                                            **ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Joyce Dawson__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by __Perdue Farms__
   [Employer]
   at the facility located in Dothan, Alabama. I worked at this location from __4-01__ to __4-05__.
   [Date]       [Date, or if still working write "present"]

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __17__ day of __JUNE__, 2008

__Joyce Dawson__                    __Joyce Dawson__ (signature)
[PRINT NAME]      Mail To:          [SIGN NAME]
__233 W. North  P.O. Box 461__      __Columbia, Ala. 36319__
[PRINT STREET ADDRESS]              [PRINT CITY, STATE, ZIP CODE]

__229-349-3171__                    __N/A__
[PRINT CELL PHONE NUMBER]           [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Alisha Pollard__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by __Perdue Farms__ [Employer] at the facility located in Dothan, Alabama. I worked at this location from __10-03 & 07-06__ [Date] to __09-04 & 01-07__ [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __9th__ day of __June__, 2008

__Alisha Pollard__   ·   __Alisha Pollard__
[PRINT NAME]            [SIGN NAME]

__102 Bethany Forrest Ln__   __Carrollton Ga 30116__
[PRINT STREET ADDRESS]       [PRINT CITY, STATE, ZIP CODE]

__229) 220-0891__            __678-601-3624__
[PRINT CELL PHONE NUMBER]    [PRINT HOME PHONE NUMBER]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Rhonda M. Harris__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by __Perdue Farm, Inc.__
   [Employer]
   at the facility located in Dothan, Alabama. I worked at this location from __2/-/2000__ to __10/2007__.
   [Date]                      [Date, or if still working write "present"]

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __11__ day of __June__, 2008

__Rhonda M. Harris__          __Rhonda M. Harris__
[PRINT NAME]                  [SIGN NAME]

__1072 Fir Street__           __Dothan, Ala. 36303__
[PRINT STREET ADDRESS]        [PRINT CITY, STATE, ZIP CODE]

                              __(334) 671-8819__
[PRINT CELL PHONE NUMBER]     [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__BRITTNEY J. WEEMS__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by __PERDUE FARMS__ [Employer] at the facility located in Dothan, Alabama. I worked at this location from __2/04__ [Date] to __6/05__ [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __09__ day of __JUNE__, 2008

__BRITTNEY J. WEEMS__  __Brittney Weems__
[PRINT NAME]  [SIGN NAME]

__2451 KINSEY RD.__  __DOTHAN, AL. 36303__
[PRINT STREET ADDRESS]  [PRINT CITY, STATE, ZIP CODE]

__(334) 805-5825__  __(334) 712-1990__
[PRINT CELL PHONE NUMBER]  [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Takeisha Va'Shay Johnson states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by Perdue Farms [Employer] at the facility located in Dothan, Alabama. I worked at this location from February 27, 2006 [Date] to March 17, 2006 [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 24 day of June, 2008

Takeisha V. Johnson            Takeisha V. Johnson
[PRINT NAME]                   [SIGN NAME]

402 1/2 Dothan Rd. Apt. 101    Abbeville, AL 36310-2942
[PRINT STREET ADDRESS]         [PRINT CITY, STATE, ZIP CODE]

334-441-7261                   N/A
[PRINT CELL PHONE NUMBER]      [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Whitney Webb__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by __Perdue Farms__
   [Employer]
   at the facility located in Dothan, Alabama. I worked at this

   location from __1-17-07__ to __12-3-07__.
   [Date]                    [Date, or if still working write "present"]

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

   I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

   I swear or affirm that the foregoing Statements are true to the best of my knowledge.

   DATED the __18th__ day of __June__, 2008

__Whitney Webb__              __Whitney Webb__
[PRINT NAME]                  [SIGN NAME]

__61 twin oaks__              __Blakely GA, 39823__
[PRINT STREET ADDRESS]        [PRINT CITY, STATE, ZIP CODE]

__229-254-1463__              __229-723-5065__
[PRINT CELL PHONE NUMBER]     [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

_Patricia A. Smith_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by _Perdue Farms_
   [Employer]
   at the facility located in Dothan, Alabama. I worked at this
   location from _June 15, 2001_ to _present_.
   [Date]                              [Date, or if still working write "present"]

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _18_ day of _June_, 2008

_Patricia A. Smith_                       _Patricia A Smith_
[PRINT NAME]                              [SIGN NAME]

_1203 Old Columbia Rd_                    _Blakely, GA 39823_
[PRINT STREET ADDRESS]                    [PRINT CITY, STATE, ZIP CODE]

                                          _(229) 723-6461_
[PRINT CELL PHONE NUMBER]                 [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Edwin Flowers_ states the following:
[Print Name]

1. I am over 18 years of age and competant to give the following consent in this matter.

2. I am currently, or was formerly, employed by _Perdue_ [Employer] at the facility located in Dothan Alabama. I worked at this location from _____ [Date] to _____ [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _6_ day of _24_, 2007

_Edwin Flowers_          _Edwin Flowers_
[PRINT NAME]             [SIGN NAME]

_110 George Cook Drive_   _Ashford, AL  36312_
[PRINT STREET ADDRESS]    [PRINT CITY, STATE, ZIP CODE]

_797-4531_               _983-1323_
[PRINT CELL PHONE NUMBER] [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Kevin Acree_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by _Perdue Farms_ [Employer] at the facility located in Dothan, Alabama. I worked at this location from _One Week_ [Date] to _N/A_ [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _14_ day of _June_, 2008

_Kevin Acree_                                _[signature]_
[PRINT NAME]                                 [SIGN NAME]

_Lot 322 118 East Sandusky's_                _Dothan Al 36303_
[PRINT STREET ADDRESS]                       [PRINT CITY, STATE, ZIP CODE]

_(334) 389-1793_                             _(334) 794-0116_
[PRINT CELL PHONE NUMBER]                    [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Shawanda Robinson states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by Perdue
   [Employer]
   at the facility located in Dothan, Alabama. I worked at this location from _____ to _____.
   [Date]     [Date, or if still working write "present"]

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 16 day of June, 2008

Shawanda Robinson            Shawanda Robinson
[PRINT NAME]                 [SIGN NAME]

P.O. Box 434                 Edison, Ga 39846
[PRINT STREET ADDRESS]       [PRINT CITY, STATE, ZIP CODE]

229-308-4593                 229-835-2684
[PRINT CELL PHONE NUMBER]    [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Cord Jenkins__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by __PERDUE, DOTHAN__
   [Employer]
   at the facility located in Dothan, Alabama. I worked at this location from __5/05  07__ to _____
   [Date]   [Date, or if still working write "present"]

   I work there a year 05 and also in 06-07

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

   I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, consent to join as a plaintiff in such suit.

   I swear or affirm that the foregoing Statements are true to the best of my knowledge.

   DATED the __16__ day of __June__, 2008

__Cord Jenkins - 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__            __Cord Jenkins__
[PRINT NAME]                               [SIGN NAME]

__1030 Ozark Rd__                          __Newville AL 36353__
[PRINT STREET ADDRESS]                     [PRINT CITY, STATE, ZIP CODE]

__334) 441-8535__                          __334/889-4620__
[PRINT CELL PHONE NUMBER]                  [PRINT HOME PHONE NUMBER]