# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# SOUTHERN DIVISION

| | |
|---|---|
| **DARRYL ANDERSON, et al.,** § | |
| § | |
| **Plaintiffs,** § | |
| § | **CIVIL ACTION NO.** |
| v. § | **1:06-cv-1000-MEF** |
| § | |
| **PERDUE FARMS, LLC.** § | |
| § | |
| § | |
| **Defendant.** § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiff hereby files the following Notices of Consent in connection with the above-titled and numbered actions, attached hereto:

1. Patrice Beachem
2. Shakesha Henderson
3. Tiffany Moss


Dated: July 2, 2008              Respectfully submitted,

                                 **THE COCHRAN FIRM, P.C.**

                                 /s/ Robert J. Camp
                                 **ROBERT J. CAMP**
                                 **BERNARD D. NOMBERG**
                                 505 North 20th Street, Suite 825
                                 Birmingham, AL 35203
                                 (205) 930-6900 (Phone)
                                 (205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008 I electronically filed the above Notice with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiff
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiff
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiff
bnomberg@cochranfirm.com

Robert J. Camp
Attorney for Plaintiff
rcamp@cochranfirm.com

James Kelley
Attorney for Defendant
jkelley@morganlewis.com

Sandra Reiss
Attorney for Defendant
Sandra.reiss@odnss.com

Richard B. Celler
Attorney for Plaintiff
Richard@cellarlegal.com

/s/ Robert J. Camp_____
**ROBERT J. CAMP**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Patrice Beachem__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by __Perdue Farms__ [Employer] at the facility located in Dothan, Alabama. I worked at this location from __2-16-04__ [Date] to __1-18-07__ [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __15th__ day of __May__, 2008

__Patrice Beachem__          __Patrice Beachem__
[PRINT NAME]                 [SIGN NAME]

__131 McCall Road__          __Clayton, AL 36016__
[PRINT STREET ADDRESS]       [PRINT CITY, STATE, ZIP CODE]

__334-105-6954__             __334-775-8593__
[PRINT CELL PHONE NUMBER]    [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Shakesha Henderson states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by Perdue Farms [Employer] at the facility located in Dothan, Alabama. I worked at this location from April 2005 [Date] to Jan 2006 [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 20th day of May, 2008

Shakesha Henderson        Shakesha Henderson
[PRINT NAME]              [SIGN NAME]
                          [Mailing Address]
4769 Hwy 84 or P.O. Box 643    Jakin, GA 39861
[PRINT STREET ADDRESS]    [PRINT CITY, STATE, ZIP CODE]

(229) 254-6244            (229) 524-6229
[PRINT CELL PHONE NUMBER] [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Tiffany Moses_ [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by _Perdue Farms_ [Employer] at the facility located in Dothan, Alabama. I worked at this location from _01-06_ [Date] to _1-07_ [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _26_ day of _June_, 2008

_Tiffany Moses_
[PRINT NAME]

_Tiffany Moses_
[SIGN NAME]

_70 East College St_
[PRINT STREET ADDRESS]

_Clayton AL 36016_
[PRINT CITY, STATE, ZIP CODE]

_(334) 621-8524_
[PRINT CELL PHONE NUMBER]

_(334) 775-5564_
[PRINT HOME PHONE NUMBER]