IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRYL ANDERSON, et al., | § § | |
| Plaintiffs, | § § | |
| | § | CIVIL ACTION NO. |
| v. | § § | 1:06-cv-1000-MEF |
| | § | |
| PERDUE FARMS, LLC. | § § § | |
| Defendant. | § | |

## NOTICE OF FILING ADDITIONAL CONSENTS TO JOIN

Plaintiff hereby files the following Notices of Consent in connection with the above-titled and numbered actions, attached hereto:

1. Nathaniel Wigfall
2. Leon Reaves
3. Juanita Billings
4. Keyontarius McCoy
5. Charissa Edwards
6. Mary L. Franklin
7. Stephanie Givens
8. Freddy Myles

Dated: July 7, 2008                                Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP**
**BERNARD D. NOMBERG**
505 North 20th Street, Suite 825
Birmingham, AL 35203
(205) 930-6900 (Phone)
(205) 930-6910 (Fax)

– and –

Samuel A. Cherry, Jr.
Lance H. Swanner
**THE COCHRAN FIRM, P.C.**
163 West Main Street
P. O. Box 927
Dothan, AL 36302
(334) 793-1555 (Phone)
(334) 793-8280 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008 I electronically filed the above Notice with the Clerk of the District Court using CM/ECF System, which sent notification of such filing to:

Samuel A. Cherry
Attorney for Plaintiff
scherry@cochranfirm.com

Lance Harrison Swanner
Attorney for Plaintiff
lswanner@cochranfirm.com

Bernard D. Nomberg
Attorney for Plaintiff
bnomberg@cochranfirm.com

Robert J. Camp
Attorney for Plaintiff
rcamp@cochranfirm.com

James Kelley
Attorney for Defendant
jkelley@morganlewis.com

Sandra Reiss
Attorney for Defendant
Sandra.reiss@odnss.com

Richard B. Celler
Attorney for Plaintiff
Richard@cellarlegal.com

                                               /s/ Robert J. Camp_____
                                               **ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Nathaniel Wigfall__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by __Perdue Farms__ [Employer] at the facility located in Dothan, Alabama. I worked at this location from __Dec 17 2004__ [Date] to __Aug 17 2005__ [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __2__ day of __July__, 2008

__Nathaniel Wigfall__                __Nathaniel Wigfall__
[PRINT NAME]                          [SIGN NAME]

__3142 Flynn Rd Lot A-190__           __Dothan Alabama 36303__
[PRINT STREET ADDRESS]                [PRINT CITY, STATE, ZIP CODE]

__334 798-6058__                      __334 983-9026__
[PRINT CELL PHONE NUMBER]             [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Leon Reaves states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by Perdue Farms, Inc.
   [Employer]
   at the facility located in Dothan, Alabama. I worked at this location from Jan. 1991 to Aug. 2006.
   [Date]   [Date, or if still working write "present"]

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

   I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

   I swear or affirm that the foregoing Statements are true to the best of my knowledge.

   DATED the 26th day of May, 2008

Leon Reaves                          Leon Reaves
[PRINT NAME]                         [SIGN NAME]

413 Logue St.                        Dothan, Al. 36303
[PRINT STREET ADDRESS]               [PRINT CITY, STATE, ZIP CODE]

                                     (334) 792-2318
[PRINT CELL PHONE NUMBER]            [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Juanita Billings__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by __Perdue__
   [Employer]
   at the facility located in Dothan, Alabama. I worked at this location from __Sept 5, 2005__ to _____.
   [Date]                                              [Date, or if still working write "present"]

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

   I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

   I swear or affirm that the foregoing Statements are true to the best of my knowledge.

   DATED the __5__ day of __19__, 2008

__Juanita Billings__                    __Juanita Billings__
[PRINT NAME]                            [SIGN NAME]

__P.O Box 311__                         __Clopton, AL 36317__
[PRINT STREET ADDRESS]                  [PRINT CITY, STATE, ZIP CODE]

__(334) 621-8275__                      __(334) 397-0075__
[PRINT CELL PHONE NUMBER]               [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Keyontavius McCoy_ [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by _Perdue Farms_ [Employer] at the facility located in Dothan, Alabama. I worked at this location from _March 2003_ [Date] to _Oct, 2005_ [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the _17_ day of _June_, 2008

_Keyontavius McCoy_       _Keyontavius McCoy_
[PRINT NAME]              [SIGN NAME]

_439 North Ave._          _Blakely, GA 39823_
[PRINT STREET ADDRESS]    [PRINT CITY, STATE, ZIP CODE]

_____  _____
[PRINT CELL PHONE NUMBER] [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Charissa Edwards__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by __Perdue Farms__ [Employer] at the facility located in Dothan, Alabama. I worked at this location from __12-2-05__ [Date] to __10-__-07__ [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __23__ day of __May__, 2008

__Charissa Edwards__
[PRINT NAME]

__Charissa Edwards__
[SIGN NAME]

__304 E 5th__
[PRINT STREET ADDRESS]

__Donalsonville, GA 39845__
[PRINT CITY, STATE, ZIP CODE]

__229-726-4473__
[PRINT CELL PHONE NUMBER]

[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Mary L. Franklin states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by Perdue Farms [Employer] at the facility located in Dothan, Alabama. I worked at this location from 11-2003 [Date] to 02-17-2005 [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 26 day of June, 2008

Mary L. Franklin          Mary Lee Franklin
[PRINT NAME]              [SIGN NAME]

103 McNair Circle         Dothan, AL 36301
[PRINT STREET ADDRESS]    [PRINT CITY, STATE, ZIP CODE]

(334) 792-9868            (334) 673-1622
[PRINT CELL PHONE NUMBER] [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Stephanie Givens__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by __Perdue__ [Employer] at the facility located in Dothan, Alabama. I worked at this location from __Feb. 12, 2007__ [Date] to __Sept. 9, 2007__ [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __28th__ day of __June__, 2008

__Stephanie Givens__
[PRINT NAME]

__Stephanie Givens__
[SIGN NAME]

__327 31st Ave__
[PRINT STREET ADDRESS]

__Columbus GA 31903__
[PRINT CITY, STATE, ZIP CODE]

__706-905-9334__
[PRINT CELL PHONE NUMBER]

__706-992-1221__
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Freddy Myles__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by __Perdue__
   [Employer]
   at the facility located in Dothan, Alabama. I worked at this
   location from __12/03/07__ to __5/12/08__.
   [Date]        [Date, or if still working write "present"]

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

   I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

   I swear or affirm that the foregoing Statements are true to the best of my knowledge.

   DATED the __7__ day of __July__, 2008

__Freddy Myles__                __Freddy Myles__
[PRINT NAME]                    [SIGN NAME]

__503 W. Adams St.__            __Dothan, AL  36303__
[PRINT STREET ADDRESS]          [PRINT CITY, STATE, ZIP CODE]

__334) 618-6294__               __334) 671-9535__
[PRINT CELL PHONE NUMBER]       [PRINT HOME PHONE NUMBER]