IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| **DARRYL ANDERSON, et al.,** § | |
| § | |
| **Plaintiffs,** § | |
| § | CIVIL ACTION NO. |
| v. § | 1:06-cv-01000-MEF-WC |
| § | |
| **PERDUE FARMS, INC.,** § | |
| § | |
| **Defendant.** § | |

## NOTICE OF FILING ADDITIONAL CONSENTS

Plaintiffs hereby files the following Notices of Consent in connection with the above-titled and numbered actions, attached hereto:

1. Kelvin Anderson
2. Jerome Beacham
3. Henry Bullock
4. L.C. Burkes
5. Linda J. Cummings
6. Scott Laurimore
7. James M. Mckay
8. Brenda Mitchell
9. Anthony Mizell
10. Jeremy Smith
11. Patrick Young
12. Gregory Q. Miller
13. Sharonda Campbell

Dated: July 8, 2008                                      Respectfully submitted,


/s/ Robert J. Camp
Robert J. Camp
THE COCHRAN FIRM
505 North 20th Street, Suite 825
Birmingham, AL 35203
205-244-1115
Fax: 205-244-1171
Email: rcamp@cochranfirm.com

Samuel A. Cherry
Lance H. Swanner
Cochran Cherry, Given, Smith, Lane &
Taylor, P.C.
P.O. Box 927
Dothan, Alabama 36302-0927
334-793-1555
334-836-2500
scherry@cochranfirm.com

Bernard D. Nomberg
The Cochran Firm
505 North 20th Street
Suite 825
Birmingham, AL 35203
205-930-6900
205-930-6910 (fax)
bnomberg@cochranfirm.com

        Lance H. Swanner
        The Cochran Firm, PC
        PO Box 927
        163 West Main Street
        Dothan, AL 36301
        334-793-1555
        334-793-8280 (fax)
        lswanner@cochranfirm.com

        Richard Bernard Celler
        Morgan & Morgan
        7450 Griffin Road, Suite 230
        Davie, FL 33314
        954-318-0268
        954-333-3515 (fax)
        Richard@cellerlegal.com

        ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above and foregoing instrument has been served on all counsel of record in accordance with the Rules of Civil Procedure on this 8th day of July, 2008.

James J. Kelley
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
202-739-3000
202-739-3001 (fax)
jkelley@morganlewis.com

Sandra Beth Reiss
Ogletree, Deakins, Nash, Smoak & Stewart, PC
1819 5th Avenue North
Suite 1000
Birmingham, AL 35203
205-328-1900
205-328-6000 (fax)
sandra.reiss@odnss.com

Lexer I. Quamie
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
202-739-5955
lquamie@morganlewis.com

                                                  s/ Robert J. Camp
                                                  **ROBERT J. CAMP**

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

___Kelvin Anderson___ states the following:
   [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farms__ at
   [Name of plant]
   the facility located in __Dothan AL__. I worked at this location from
   [City/State]
   __Sept 5 2004__ to __July 30 2005__.
   [Date]              [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue Farms__ plant in __Dothan AL__, and
   [Name of Plant]                              [City/State]
   possibly other plants owned by __Perdue Farms__. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __26__ day of __2006__, 2006.

__Kelvin Anderson__                    __Kn Anderson__
[PRINT NAME]                           [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Jerome Beacham_ states the following:
   [Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Perdue Farms_ at
   [Name of plant]
   the facility located in _Dothan, AL_. I worked at this location from
   [City/State]
   _June 2002_ to _present_.
   [Date]     [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan, AL_, and
   [Name of Plant]                        [City/State]
   possibly other plants owned by _Perdue Farms_. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _____ day of _____, 2007.

_Jerome Beacham_                    _Jerome Beacham_
   PRINT NAME                             SIGN NAME

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

_Henry Bullock_ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by _Perdue Farms_ at [Name of plant] the facility located in _Dothan Alabama_. I worked at this location from [City/State] _3-3-06_ to _3-27-07_.
[Date]   [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the _Perdue Farms_ plant in _Dothan Alabama_, and [Name of Plant]   [City/State] possibly other plants owned by _Perdue Farms_. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the _27_ day of _march_, 2007.

_Henry Bullock_                        _Henry Bullock_
[PRINT NAME]                           [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__L.C. Burkes__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue__ at [Name of plant] the facility located in __Dothan Ala__. I worked at this location from [City/State] __May 10, 1993__ to __present__.
[Date]      [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue Farms__ plant in __Dothan, Ala__, and [Name of Plant]                                    [City/State] possibly other plants owned by __Perdue Farms__ If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __30__ day of __May__, 2007.

__L.C. Burkes__                         __L.C. Burkes__
PRINT NAME                              SIGN NAME

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

__Linda J Cummings__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farm__ at [Name of plant] the facility located in __Dothan Al__. I worked at this location from [City/State] __04 April__ to __06 May__.
[Date]              [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue Farm__ plant in __Dothan Al__, and [Name of Plant]                                    [City/State] possibly other plants owned by __Perdue Farm__. If brought as a class [Name of Plant] action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __02__ day of __April__, 2008.

__Linda J Cummings__          __Linda J Cummings__
[PRINT NAME]                  [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Scott Laurimore, states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by Perdue,
   [Employer]
   at the facility located in Dothan, Alabama. I worked at this location from 11/24/03 [Date] to 7/14/03 [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

   I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

   I swear or affirm that the foregoing Statements are true to the best of my knowledge.

   DATED the 8 day of July, 2008

Scott Laurimore                              Scott Laurimore
[PRINT NAME]                                 [SIGN NAME]

P.O. Box 5681                                Dothan, AL 36302
[PRINT STREET ADDRESS]                       [PRINT CITY, STATE, ZIP CODE]

334/805-7159                                 —
[PRINT CELL PHONE NUMBER]                    [PRINT HOME PHONE NUMBER]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

<u>James M. McKay</u> states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by <u>PERDUE</u> at the facility located in <u>Dothan Al</u>. I worked at this location from <u>Jan</u> to <u>Jun 03</u>.
   [Name of plant] [City/State] [Date] [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the <u>PERDUE farms</u> plant in <u>Dothan</u>, and possibly other plants owned by <u>PERDUE farms</u>. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.
   [Name of Plant] [City/State] [Name of Plant]

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the <u>25</u> day of <u>Sept</u>, 2006.


<u>James M McKay</u>          <u>James M McKay</u>
[PRINT NAME]                 [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Brenda Mitchell states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by Perdue Farms [Employer] at the facility located in Dothan, Alabama. I worked at this location from 1-19 00 [Date] to Still Working. [Date, or if still working write "present"]

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 5- day of 29, 2008

Brenda Mitchell                    Brenda Mitchell
[PRINT NAME]                       [SIGN NAME]

101 hance lot                      PoBox92 Blakley GA 39823
[PRINT STREET ADDRESS]             [PRINT CITY, STATE, ZIP CODE]

229 723-1460                       229 723 2501
[PRINT CELL PHONE NUMBER]          [PRINT HOME PHONE NUMBER]

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

Anthony Mizell [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by Perdue Farms [Name of Plant] at the facility located in Dothan, AL [City/State]. I worked at this location from _____ [Date] to _____ [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the Perdue Farms [Name of Plant] plant in Dothan AL [City/State], and possibly other plants owned by Perdue Farms [Name of Plant]. If brought as a class action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the 14 day of 08, 2007.

Anthony L. Mizell [PRINT NAME]         Anthony L. Mizell [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

___Jeremy Smith___ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly employed, by __Perdue Farms__ at
   [Name of plant]
   the facility located in __Dothan Al__. I worked at this location from
   [City/State]
   __June 16 2005__ to __Feb, 3-2006__.
   [Date]          [Date, or if still working write "present"]

3. I understand that this suit is being brought to recover compensation for pre- and post-production time activities from my employer. I also understand that the lawsuit may seek recovery for unpaid production time. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time, which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff herein and to be bound by any settlement of the case or adjudication by the Court.

6. I understand that this suit may be brought as a class action covering employees at the __Perdue Farms__ plant in __Dothan Al__, and
   [Name of Plant]                      [City/State]
   possibly other plants owned by __Perdue Farms__. If brought as a class
   [Name of Plant]
   action under either federal or state law, I agree to be a named Plaintiff in such class.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

DATED the __7__ day of __March__, 2007.


__Jeremy Smith__                              __Jeremy Smith__
[PRINT NAME]                                  [SIGN NAME]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

**Patrick Young** [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by **Perdue Farms Inc.** [Employer] at the facility located in Dothan, Alabama. I worked at this location from **1/08** [Date] to **4/08** [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the **3rd** day of **July**, 2008

**Patrick Young**
[PRINT NAME]

**Patrick Young**
[SIGN NAME]

**1107 Cabot St. Apt 1**
[PRINT STREET ADDRESS]

**Dothan, AL, 36301**
[PRINT CITY, STATE, ZIP CODE]

**251-458-1108**
[PRINT CELL PHONE NUMBER]

_____
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

Gregory Q Miller [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by PerDUE [Employer] at the facility located in Dothan, Alabama. I worked at this location from MAY-2-2007 [Date] to AUG-26-2007 [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 5-15 day of May 15, 2008

Gregory Q miller [PRINT NAME]        Gregory Q Miller [SIGN NAME]

909 Lennox Av [PRINT STREET ADDRESS]        Dothan, AL 36303 [PRINT CITY, STATE, ZIP CODE]

_____ [PRINT CELL PHONE NUMBER]        334-699-1085 [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:  CLERK OF THE COURT AND COUNSEL OF RECORD

__Sharonda Campbell__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by __BBQ-Rib__ [Employer] at the facility located in Dothan, Alabama. I worked at this location from __01/08__ [Date] to __06/08__ [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __06__ day of __07__, 2008

__Sharonda Campbell__        __Sharonda Campbell__
[PRINT NAME]                 [SIGN NAME]

__3309 Carpenter Ave__       __Dallas, Tx 75215__
[PRINT STREET ADDRESS]       [PRINT CITY, STATE, ZIP CODE]

__214-434-0185__             __214-426-2237__
[PRINT CELL PHONE NUMBER]    [PRINT HOME PHONE NUMBER]