# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# SOUTHERN DIVISION

| | |
|---|---|
| **DARRYL ANDERSON, et al.,** § | |
| § | |
| **Plaintiffs,** § | |
| § | **CIVIL ACTION NO.** |
| v. § | **1:06-cv-01000-MEF-WC** |
| § | |
| **PERDUE FARMS, INC.,** § | |
| § | |
| **Defendant.** § | |

## NOTICE OF FILING ADDITIONAL CONSENTS

Plaintiffs hereby files the following Notices of Consent in connection with the above-titled and numbered actions, attached hereto:

1. Terrell Burkett
2. Latoya Coleman
3. Derrick Smith
4. Jermaine Shipman
5. Mary Crews

Dated: July 9, 2008

Respectfully submitted,

/s/ Robert J. Camp
Robert J. Camp
THE COCHRAN FIRM
505 North 20th Street, Suite 825
Birmingham, AL 35203
205-244-1115
Fax: 205-244-1171
Email: rcamp@cochranfirm.com

Samuel A. Cherry
Lance H. Swanner
Cochran Cherry, Given, Smith, Lane & Taylor, P.C.
P.O. Box 927
Dothan, Alabama 36302-0927
334-793-1555
334-836-2500
scherry@cochranfirm.com

Bernard D. Nomberg
The Cochran Firm
505 North 20th Street
Suite 825
Birmingham, AL 35203
205-930-6900
205-930-6910 (fax)
bnomberg@cochranfirm.com

Lance H. Swanner
The Cochran Firm, PC
PO Box 927
163 West Main Street
Dothan, AL 36301
334-793-1555
334-793-8280 (fax)
lswanner@cochranfirm.com

Richard Bernard Celler
Morgan & Morgan
7450 Griffin Road, Suite 230
Davie, FL 33314
954-318-0268
954-333-3515 (fax)
Richard@cellerlegal.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the above and foregoing instrument has been served on all counsel of record in accordance with the Rules of Civil Procedure on this 9th day of July, 2008.

James J. Kelley
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
202-739-3000
202-739-3001 (fax)
jkelley@morganlewis.com

Sandra Beth Reiss
Ogletree, Deakins, Nash, Smoak & Stewart, PC
1819 5th Avenue North
Suite 1000
Birmingham, AL 35203
205-328-1900
205-328-6000 (fax)
sandra.reiss@odnss.com

Lexer I. Quamie
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
202-739-5955
lquamie@morganlewis.com

                        s/ Robert J. Camp
                        **ROBERT J. CAMP**

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

Jermaine Shipman [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by _____ [Employer] at the facility located in Dothan, Alabama. I worked at this location from Feb 02 2006 [Date] to April-27-2007 [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the ___ day of 12 _____, 2008

Jermaine Shipman [PRINT NAME]   Jermaine Shipman [SIGN NAME]

413 College S [PRINT STREET ADDRESS]   Dothan AL 36301 [PRINT CITY, STATE, ZIP CODE]

_____ [PRINT CELL PHONE NUMBER]   _____ [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Derrick Smith [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by Perdue Farms [Employer] at the facility located in Dothan, Alabama. I worked at this location from 7/1/05 [Date] to 5/19/08 [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 16 day of June, 2008

Derrick Smith [PRINT NAME]   Derrick Smith [SIGN NAME]

816 Ridge St [PRINT STREET ADDRESS]   Donalsonville GA 39845 [PRINT CITY, STATE, ZIP CODE]

(229) 861-3494 [PRINT CELL PHONE NUMBER]   (229) 861-2288 [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__LaTaya Coleman__ states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by __Perdue Farms__ [Employer] at the facility located in Dothan, Alabama. I worked at this location from __July 1st 2005__ [Date] to __Sept. 30, 2006__ [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __14__ day of __June__, 2008

__LaTaya C Coleman__          __[signature]__
[PRINT NAME]                  [SIGN NAME]

__356 Howell St apt. 39__     __Blakely, GA 39823__
[PRINT STREET ADDRESS]        [PRINT CITY, STATE, ZIP CODE]

__(229) 308-5293__            _____
[PRINT CELL PHONE NUMBER]     [PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

__Terrell Burkett__ [Print Name] states the following:

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by __Perdue Farms Inc.__ [Employer] at the facility located in Dothan, Alabama. I worked at this location from __July 05__ [Date] to __October 05__ [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe that I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __24__ day of __May__, 2008

__Terrell Burkett__
[PRINT NAME]

__Terrell Burkett__
[SIGN NAME]

__1938 Midway__
[PRINT STREET ADDRESS]

__Montgomery, AL, 36110__
[PRINT CITY, STATE, ZIP CODE]

__(334) 235-9636__
[PRINT CELL PHONE NUMBER]

__(334) 231-0458__
[PRINT HOME PHONE NUMBER]

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO:   CLERK OF THE COURT AND COUNSEL OF RECORD

__Mary Crews__ states the following:
[Print Name]

1. I am over 18 years of age and competant to give the following consent in this matter.

2. I am currently, or was formerly, employed by __Perdue Farms__ [Employer] at the facility located in Dothan Alabama. I worked at this location from __2006__ [Date] to __N0__ [Date, or if still working write "present"].

3. I understand that this suit is being brought against Perdue Farms, LLC to recover unpaid compensation and overtime for violations of the Fair Labor Standards Act. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the __8__ day of __July__, 2008

__Mary Crews__                                __Mary Crews__
[PRINT NAME]                                  [SIGN NAME]

__383 Midland Mclaagain__          __Midland AL 30350__
[PRINT STREET ADDRESS]                        [PRINT CITY, STATE, ZIP CODE]

__334-333-1821__                              __334-873-4273__
[PRINT CELL PHONE NUMBER]                     [PRINT HOME PHONE NUMBER]