IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARRYL ANDERSON, ET AL.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No: 1:06-cv-1000-MEF |
| v. ) | |
| ) | |
| **PERDUE FARMS INCORPORATED,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the plaintiff, by and through the undersigned counsel, and gives notice of the appearance of J. Allen Schreiber as additional counsel.

                Respectfully submitted,

                */s/ J. Allen Schreiber*
                J. Allen Schreiber
                Counsel for the Plaintiff

OF COUNSEL:
Schreiber & Petro, P.C.
2 Metroplex Drive, Suite 250
Birmingham, Al. 35209
205-871-5080

## CERTIFICATE OF SERVICE

I do hereby certify that I have filed today, July 24, 2008, by CM/ECF, the above and foregoing, with copies being served on:

Robert J. Camp
rcamp@cochranfirm.com


Richard Celler

richard@cellerlegal.com

Samuel Cherry
scherrry@cochranfirm.com

James Kelley
jkelley@morganlewis.com

Joseph Lane
jlane@cochranfirm.com

Brian Liss
bliss@morganlewis.com

Bernard Nomberg
bnomberg@cochranfirm.com

Lexer Quamie
lquamie@morganlewis.com

Sandra Reiss
sandra.reiss@odnss.com

Lance Swanner
lswanner@cochranfirm.com

                                               */s/ J. Allen Schreiber*
                                               OF COUNSEL