IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARRYL ANDERSON, et al.,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **PERDUE FARMS INCORPORATED,** ) <br> ) <br> Defendant. ) | Case Action No.: <br> 1:06-CV-1000-MEF-WC <br> JURY TRIAL DEMANDED |

### DEFENDANT'S MOTION TO STRIKE NOTICES OF CONSENT TO JOIN SUIT AS PARTY PLAINTIFFS OF JULIUS THORNTON, SYBRINA WARE, AND PRISCILLA MEEKS

COMES NOW the Defendant, Perdue Farms Incorporated, ("Defendant") by and through counsel, and moves to strike improper Notices of Consent to Join Suit as Party Plaintiffs. Defendant files this Motion to Strike Consent Notices by Julius Thornton, Sybrina Ware, and Priscilla Meeks and in support states as follows:

1.  On April 28, 2008, this Court issued an Order authorizing that Plaintiffs shall mail Notice to the class of conditionally certified opt-in Plaintiffs on or before May 9, 2008. Plaintiffs were directed to file all Consents to Become Party Plaintiffs in this lawsuit within sixty (60) days of the Notice being mailed to the class of conditionally certified potential opt-in Plaintiffs. See Dkt. No. 77.

2.  To that end, the latest date that Plaintiffs could have mailed the notice and consent was May 9, 2008, creating a return and filing deadline of July 8, 2008.

3. Despite the sixty-day opt-in period that was ordered by the Court, Plaintiffs Julius Thornton, Sybrina Ware, and Priscilla Meeks proceeded to file their consent forms with this Court on July 28, 2008, almost three weeks after the opt-in period had expired.

4. Plaintiffs did not file a Motion to file Consents out of time nor have they presented any evidence that there is a compelling reason or good cause to accept their untimely Consent forms.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that this Honorable Court GRANT this Motion to Strike.

Dated: July 31, 2008

   /s/ *Lexer I. Quamie*
James J. Kelley  (D.C. Bar No. 194746)*
202-739-5095
jkelley@morganlewis.com
Lexer I. Quamie  (D.C. Bar No. 502908)*
202-739-5955
lquamie@morganlewis.com
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C.  20004
202-739-3001 (fax)

Sandra B. Reiss (Alabama Bar No.  ASB-3650-S80S)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, AL 35203
205-328-1900
205-328-6000 (fax)
sandra.reiss@odnss.com

*Counsel for Defendant, Perdue Farms Incorporated*

---

\* *James J. Kelley and Lexer Quamie have been admitted to this Court pro hac vice.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st day of July 2008, I caused a copy of the foregoing Defendant's Motion to Strike Opt-in Plaintiffs Julius Thornton, Sybrina Ware, and Priscilla Meeks From the Class to be served via electronic mail upon:

Robert J. Camp
rcamp@cochranfirm.com

Joseph Allen Schreiber
allen@sppclaw.com

Lance Harrison Swanner
lswanner@cochranfirm.com

Richard Bernard Celler
richard@cellerlegal.com

Samuel Alex Cherry, Jr.
scherry@cochranfirm.com

Bernard Dobbie Nomberg
bnomberg@cochranfirm.com

*/s/ Lexer I. Quamie*
Lexer I. Quamie (admitted pro hac vice)
D.C. Bar No. 502908
202-739-5955
lquamie@morganlewis.com
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
202-739-3001 (fax)

*Counsel for Defendant, Perdue Farms Incorporated*