IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRYL ANDERSON, individually and on behalf of all others similarly situated, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 1:06-cv-1000-MEF |
| | ) | |
| PERDUE FARMS INCORPORATION, | ) ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Strike(Doc. #116) filed on July 31, 2008, it is hereby

ORDERED that the plaintiffs show cause in writing on or before August 13, 2008 as to why the motion should not be granted.

DONE this the 4th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE