**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **DARRYL ANDERSON, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Case Action No.:** |
| **v.** ) | **1:06-CV-1000-MEF-WC** |
| ) | **JURY TRIAL DEMANDED** |
| **PERDUE FARMS INCORPORATED,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**DEFENDANT'S MOTION TO WITHDRAW ITS MOTION TO STRIKE NOTICES OF
CONSENT TO JOIN SUIT AS PARTY PLAINTIFFS OF JULIUS THORNTON,
SYBRINA WARE, AND PRISCILLA MEEKS**

COMES NOW the Defendant, Perdue Farms Incorporated, ("Defendant") by and through

counsel, and withdraws as moot its Motion to Strike Notices of Consent to Join Suit as Party

Plaintiffs (Dkt. No. 116).

Counsel for Plaintiffs and the Defendant have entered an agreement with respect to these

Notices of Consent and Defendant no longer seeks to strike the Notices of Julius Thornton,

Sybrina Ware, and Priscilla Meeks.

The Defendant respectfully withdraws its Motion to Strike and states that it is now

rendered moot.

Dated: August 5, 2008

**/s/  *Lexer I. Quamie***

James J. Kelley  (D.C. Bar No. 194746)*
202-739-5095
jkelley@morganlewis.com
Lexer I. Quamie  (D.C. Bar No. 502908)*
202-739-5955
lquamie@morganlewis.com
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C.  20004
202-739-3001 (fax)

Sandra B. Reiss (Alabama Bar No.  ASB-3650-S80S)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, AL 35203
205-328-1900
205-328-6000 (fax)
sandra.reiss@odnss.com

*Counsel for Defendant, Perdue Farms Incorporated*

*\* James J. Kelley and Lexer Quamie have been admitted to this Court pro hac vice.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of August 2008, I caused a copy of the foregoing Defendant's Motion to Withdraw its Motion to Strike Opt-in Plaintiffs Julius Thornton, Sybrina Ware, and Priscilla Meeks From the Class to be served via electronic mail upon:

Robert J. Camp
rcamp@cochranfirm.com

Joseph Allen Schreiber
allen@sppclaw.com

Lance Harrison Swanner
lswanner@cochranfirm.com

Richard Bernard Celler
richard@cellerlegal.com

Samuel Alex Cherry, Jr.
scherry@cochranfirm.com

Bernard Dobbie Nomberg
bnomberg@cochranfirm.com


*/s/ Lexer I. Quamie*
Lexer I. Quamie (admitted pro hac vice)
D.C. Bar No. 502908
202-739-5955
lquamie@morganlewis.com
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
202-739-3001 (fax)

*Counsel for Defendant, Perdue Farms Incorporated*