IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PERDUE FARMS INCORPORATED, ) <br> ) <br> Defendant. ) | Case Action No.: <br> 1:06-CV-1000-MEF-WC <br> JURY TRIAL DEMANDED |

**JOINT MOTION TO EXTEND DEADLINE FOR SETTLEMENT CONFERENCE**

Pursuant to this Court's Scheduling Order, the parties in the above-captioned case hereby jointly request an extension of the deadline in the Court's Uniform Scheduling Order issued July 17, 2007. In support of this request, the parties state the following:

1. The Court's Scheduling Order states that counsel for all parties shall conduct a face-to-face settlement conference on or before August 8, 2008.

2. The parties have attempted to schedule a settlement conference on or before August 8, 2008, but are unable to do so because of the schedules of counsel.

3. The parties request that they be granted an extension of one business day for a settlement conference to take place on August 11, 2008.

Dated: August 5, 2008

Respectfully Submitted,

DB1/62034559.1

| | |
|---|---|
| \_\_\_\_/s/_____ <br> Robert J. Camp <br> The Cochran Firm, P.C. <br> 505 North 20th Street, Suite 825 <br> Birmingham, AL  35203 <br> 205-930-6900 <br> rcamp@cochranfirm.com <br><br> *Counsel for Plaintiffs* | \_\_\_\_/s/_____ <br> James J. Kelley  (D.C. Bar No. 194746)* <br> 202-739-5095 <br> jkelley@morganlewis.com <br> Lexer I. Quamie  (D.C. Bar No. 502908)* <br> 202-739-5955 <br> lquamie@morganlewis.com <br> Morgan, Lewis & Bockius LLP <br> 1111 Pennsylvania Avenue, NW <br> Washington, D.C.  20004 <br> 202-739-3001 (fax) <br><br> Sandra B. Reiss (Alabama Bar No.  ASB-3650-S80S) <br> Ogletree, Deakins, Nash, Smoak & Stewart, P.C. <br> One Federal Place, Suite 1000 <br> 1819 5th Avenue North <br> Birmingham, AL 35203 <br> 205-328-1900 <br> 205-328-6000 (fax) <br> sandra.reiss@odnss.com <br><br> *Counsel for Defendant, Perdue Farms Incorporated* |

\* *James J. Kelley and Lexer Quamie have been admitted to this Court pro hac vice.*