IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRYL ANDERSON, individually and on behalf of all others similarly situated, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 1:06-cv-1000-MEF |
| PERDUE FARMS INCORPORATION, | ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the Joint Motion to Extend Deadline for Settlement Conference (Doc. #120) filed on August 5, 2008, it is hereby

ORDERED that the motion is GRANTED to and including August 11, 2008.

DONE this the 7th day of August, 2008.

                                               /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE