IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL ANDERSON, individually and on behalf of all others similarly situated, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>PERDUE FARMS INCORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 1:06-cv-1000-MEF<br>)<br>)<br>)<br>) |

## **O R D E R**

Upon consideration of the defendant's Motion to Withdraw Motion to Strike (Doc. #119) filed on August 5, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 7th day of August, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE