IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRYL ANDERSON, individually and on behalf of all others similarly situated, *et al.,* | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | CASE NO. 1:06-cv-1000-MEF |
| PERDUE FARMS INCORPORATION, | ) ) ) | |
| Defendant. | ) | |

# **ORDER**

It has come to the Court's attention that the parties have failed to comply with the requirements of Section 3 of the Uniform Scheduling Order (Doc. # 44) with respect to its requirement of conducting a face-to-face settlement conference at which counsel for all parties engage in good faith settlement negotiations. Pursuant to this Court's Order of August 7, 2008, the face-to-face settlement conference was to have been completed on or before **August 11, 2008**. Section 3 also requires counsel for the plaintiffs to file a "Notice Concerning Settlement Conference and Mediation" indicating: (1) that a face-to-face settlement conference was conducted; (2) whether settlement was reached at the mandatory face-to-face settlement conference; and (3) whether the parties believe mediation will assist them in resolving this case short of trial. Counsel for plaintiffs is required to submit the Notice Concerning Settlement Conference and Mediation **within five days of the face-to-face settlement conference**. As of the date of this Order, the mandatory Notice Concerning

Settlement Conference and Mediation has not been filed as required.

It is hereby ORDERED that:

a.  Plaintiffs' counsel file the Notice Concerning Settlement Conference and Mediation by **August 27, 2008**;

b.  Plaintiffs' counsel must show cause by **August 27, 2008,** why the Court should not sanction them pursuant to Federal Rule of Civil Procedure 16(f) for failure to comply with the Uniform Scheduling Order in this case.

DONE this 21st day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE