## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,

| | |
|---|---|
| DARRYL ANDERSON, et al., § § Plaintiffs, § § § v. § § PERDUE FARMS , INC., § § Defendant. § § | CIVIL ACTION NO. 1:06-cv-01000-MEF-WC |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The parties met face to face on August 11, 2008 to conduct the Court ordered Settlement Conference. Attorneys Allen Schreiber and Robert Camp attended on behalf of the Plaintiffs. Attorney Sandy Reiss attended in person as well as attorneys Jim Kelly and Lexer Quamie via teleconference on behalf of Defendant. The parties were unable to reach an agreement settling the matter. As to mediation, given the current posture of the case, absent further rulings from this Court, mediation does not appear to be helpful or a viable alternative.

2

Dated:  August 21, 2008            Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP**
505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 244-1115 (Phone)
(205) 244-1171 (Fax)

*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I electronically filed Plaintiffs' Reply with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

| | |
|---|---|
| Sandra B. Reiss | Lance Harrison Swanner |
| sandra.reiss@odnss.com | lswanner@cochranfirm.com |
| | |
| James J. Kelley | Bernard D. Nomberg |
| jkelley@morganlewis.com | bnomberg@cochranfirm.com |
| | |
| Lexer I. Quarmie | Samuel A. Cherry, Jr. |
| lquamie@morganlewis.com | scherry@cochranfirm.com |

/s/ Robert J. Camp
**ROBERT J. CAMP**

2