## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,

| | |
|---|---|
| DARRYL ANDERSON, et al., § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. |
| v. § | 1:06-cv-01000-MEF-WC |
| § | |
| PERDUE FARMS, INC., § | |
| § | |
| Defendant. § | |

## NOTICE TO SHOW CAUSE

The parties met face to face on August 11, 2008 to conduct the Court ordered Settlement Conference. Attorneys Allen Schreiber and Robert Camp attended on behalf of the Plaintiffs. Attorney Sandy Reiss attended in person as well as attorneys Jim Kelly and Lexer Quamie via teleconference on behalf of Defendant. Under the Court's Scheduling Order, Plaintiffs' Counsel was required to file a Notice Concerning Settlement Conference within 5 days of the parties' meeting. Counsel in this matter and their staff has been engaged in weekend mediation and pre-trial preparation in the case *Burks et al. v. Equity Group Eufaula Division, LLC*, Case No. 2:06-cv-0181-MEF, also pending before this Court set for trial the end of September. In an effort to meet Court ordered deadlines set forth in that case, an

administrative error occurred causing Counsel to miss the Court's deadline in this case. Counsel offers their deepest regrets and apologies and asks this Court to please refrain from filing sanctions against them.

Dated: August 21, 2008                    Respectfully submitted,

**THE COCHRAN FIRM, P.C.**

/s/ Robert J. Camp
**ROBERT J. CAMP**
505 North 20th Street, Suite 825
Birmingham, AL  35203
(205) 244-1115 (Phone)
(205) 244-1171 (Fax)

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I electronically filed Plaintiff's Notice to Show Cause with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Sandra B. Reiss
sandra.reiss@odnss.com

James J. Kelley
jkelley@morganlewis.com

Lexer I. Quarmie
lquamie@morganlewis.com

J. Allen Schreiber
Attorney for Plaintiffs
allen@sppclaw.com

Lance Harrison Swanner
lswanner@cochranfirm.com

Bernard D. Nomberg
bnomberg@cochranfirm.com

Samuel A. Cherry, Jr.
scherry@cochranfirm.com

/s/ Robert J. Camp
**ROBERT J. CAMP**